**In and for United States Eastern District Court of Arkansas, Little Rock, AR**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 0 2025

TAMMY H. DOWNS, CLERK

By: _____
DEP CLERK

**Joseph D Gilberti PE**, a licensed Professional
Engineer in the State of Florida.

    Petitioner(s),

v.

Case: _____

4:25-cv-00123-BSM

**DEMAND FOR JURY TRIAL**

**William Jefferson (Bill) Clinton**, George W. Bush, Judge Donna Marie Padar, World Economic Forum, World Bank Group (The International Bank for Reconstruction and Development (IBRD) and the International Development Association (IDA)), New Development Bank (BRICS BANKS), James Amschel Victor Rothschild, Nicholas David Rothschild, Lady Lynn Forester de Rothschild, "The Holy See" (The Vatican City State), David Mayer de Rothschild, Archdiocese of Venice, Archdiocese of Washington, Catholic Diocese of Little Rock, National Football League (NFL), National Basketball Association (NBA), Major League Baseball (MLB), National Association for Stock Car Auto Racing (NASCAR), Mary Ross Agosta, Barron Trump, Attorney Ryan Snyder, Judge Stephen Walker, Blackstone Inc., State Street Corporation, Morgan Stanley, Apollo Global Management Inc., Goldman Sachs Group Inc., JPMorgan Chase Bank National Association (JPMCB), JPMorgan Chase & Co., Vice President James David Vance, Melania Trump, New York University, University of Washington, University of Arkansas, Arkansas State University, Lara Trump, US Congressman Vern Buchanan, Al Gore, Eric Trump, Emma Gonzales, Ivanka Trump, Andrew Rosin PA, Judge Hunter Carroll, Donald Trump Jr., Marjorie Stoneman Douglas School, Judge Omar A. Williams, Governor Gavin Newsom, Governor Kathy Hochul, Sheriff Scott Israel, Judge James Dominguez, Judge Caroyln Delano, Town of Royal Palm Beach, Port Everglades, Judge James Conrad, Judge Mark Wolfe, Palm Beach County Board of County Commissioners, Judge Kimberly Carlton Bonner, Lee Pallardy, Broward County Board of County Commissioners, Thomas Howze, National Sheriff's Association, Town of Royal Beach, Lee County Board of County Commissioners, City of West Palm Beach, City of Boca Raton, City of Miami, Miami Port Authority, 12th Judicial Circuit of Florida, 13th Judicial Circuit of Florida, Sheriff Chad Chronister, Sarasota County Board of County Commissioners, Dade County Board of County Commissioners, Hillsborough County Board of County Commissioners, South Florida Water Management District, Benderson Development, U.S. Congress, Pennsylvania Department of Environmental Protection Agency, Arkansas Division of Environmental Quality, Bankruptcy Trustee Luis Rivera, Edward J. DeBartolo. Southwest Florida Water Management District, Tampa Central Command MacDill Air Force Base, Metropolitan Planning Council, Matt Gaetz, Richard Bruce (Dick) Cheney, Judge Thomas Krug, Central Intelligence Agency (CIA), Jeff Bezos, Warren Buffet, Judge Maria Ruhl, Judge Don T. Hall, Judge James Parker, South Florida Regional Planning Council, Judge Dana Moss, Judge George A. O'Toole Jr., Southwest Florida Regional Planning Council, Rockefeller Group International, inc., Judge McHugh, Judge Darrin P. Gayles, Judge Jose E. Martinez, Judge Laura Taylor Swain, Rockefeller Capital Management, State Attorney Ed Brodsky, Judge Juan Merchan, Treasure Coast Regional Planning Council, Judge Charles Williams, Judge Thomas Barber, City of Cape Coral, City of Naples, City of Fort Myers, Judge Geoffrey H. Gentile, Judge Martin Fein, Seminole Tribe Hard Rock Casino, Judge Sheri Polster Chappell, Judge Elizabeth Scherer, City of Parkland, David Hogg, Judge Loren AliKhan, Manatee County Board of County Commissioners, Town of Davy, Nikolas Cruz, Judge Martha Pacold, Sheriff Carmine Marceno, Sheriff Kurt Hoffman, Florida Department of Environmental Protection, Greenberg Traurig Law, Judge Ketanji Brown Jackson, Florida Department of Law Enforcement, Judge Liam O' Grady, Federal Bureau of Investigation (FBI), Michael Waltz, Judge Madeline Cox Arleo, Elon Musk, Senator Marco Rubio, Susie Wiles, Judge Donald M. Middlebrooks, Judge David S Leibowitz, Rudy Giuliani, Yale University, Ron DeSantis, Judge Aileen Cannon, Rockefeller Financial Services, Donald J. Trump, Harvard University, Ohio State University, Ariana Rockefeller, Valerie Rockefeller, Archdiocese

This case assigned to District Judge <u>Miller</u>
and to Magistrate Judge <u>Volpe</u>

1

of Los Angeles, Archdiocese of Baltimore, State Attorney Thomas Widen, Archdiocese of Philadelphia, Archdiocese of Miami, Archdiocese of New York, Pope Francis Jorge Mario Bergoglio, Archdiocese of Newark, Archdiocese of Boston, Nancy Pelosi, Hillary Clinton, William Jefferson (Bill) Clinton, Barrack Obama, Michelle Obama, Governor Josh Shapiro, Governor Wes Moore, Florida State University, Kamala Harris, Tim Waltz, Philadelphia City Council, Pennsylvania State Police, Christopher Shaw, Attorney General Ashley Moody, US Department of Transportation, Department of Interior, Sheila Sanghvi, Mayor Eric Adams, Council of National Defense, New York City Council, New York Port Authority, Washington Public Ports Association, Senator Rick Scott, United States Geological Survey, The Washington Post, University of Miami, Cleveland City Council, ExxonMobil, The Rockefeller Foundation, Scott Freyre, Environmental Protection Agency (EPA), Army Corps of Engineers, Pennsylvania State University, Natural Resources Defense Council, The U.S. Surgeon General, National Security Council, Department of State, Benderson Development, US National Guard, Human Health and Services, Pete Hegseth, Kristi Noem, John Ratcliffe, Tulsi Gabbard, Lee Zeldin, Elise Stefanik, Robert F. Kennedy Jr. , Doug Burgum, Doug Collins, Chris Wright, James Blair, Taylor Budowich, Stephen Miller, Dan Scavino, Thomas Homan, Bill McGinley, Steven Cheung, Karoline Leavitt, Will Scharf, Sergio Gor, Vivek Ramaswamy, Brendan Carr, Howard Lutnick, Linda McMahon, Sean Duffy, Dean John Sauer, Todd Blanche, Steven Witkoff, Michael Huckabee, Marjorie Taylor Greene, Wink News, Mosaic Fertilizer, Pfizer Pharmaceutical Industry Company, United Nations, Bill Gates, Mark Zuckerberg, Canadian National Railway, CSX Transportation Inc., BlackRock Inc., US Congressman Byron Donalds, Attorney Alvin Bragg, AG Letitia James, Baltimore City Council, Archdiocese of Indianapolis, Ney York Department of Environmental Protection (NYDEP), Judge Paul Diamond, Department of Government Efficiency (DOGE), Archdiocese of Los Angeles, Archdiocese of San Francisco, Washington State Department of Ecology, Washington City Council, Governor of Alabama, Governor of Alaska, Governor of Arizona, Governor of Arkansas, Governor of California, Governor of Colorado, Governor of Connecticut, Governor of Delaware, Governor of Florida, Governor of Georgia, Governor of Hawaii, Governor of Idaho, Governor of Illinois, Governor of Indiana, Governor of Iowa, Governor of Kansas, Governor of Kentucky, Governor of Louisianna, Governor of Maine, Governor of Maryland, Governor of Massachusetts, Governor of Michigan, Governor of Minnesota, Governor of Mississippi, Governor of Missouri, Governor of Montana, Governor of Nebraska, Governor of Nevada, Governor of New Hampshire, Governor of New Jersey, Governor of New Mexico, Governor of New York, Governor of North Carolina, Governor of North Dakota, Governor of Ohio, Governor of Oklahoma, Governor of Oregon, Governor of Pennsylvania, Governor of Rhode Island, Governor of South Carolina, Governor of South Dakota, Governor of Tennessee, Governor of Texas, Governor of Utah, Governor of Vermont, Governor of Virginia, Governor of Washington, Governor of West Virginia, Governor of Wisconsin, Governor of Wyoming, And THE PENTAGON.

    Defendant(s).
_____/

## COMPLAINT

*Mass Torts, Racketeering Influence and Corruption Organization, Negligence, Fraud on United States of America and its Primary Water Supply from Earth's Core Found by Plaintiff and timed Terrorism to Subdue Engineer of Record with HR 5736* **Conspiracy per Title 18 US Code, 241 & 242**

    Comes Now, the Plaintiff JOSEPH D. GILBERTI JR. PE, PLAINTIFF ("PLAINTIFF") hereby sues Defendants listed above ("Defendants") for **Terrorism against America pursuant to HR 5736 Mod of 2012, per Article 1 Section 8, Fraud, Theft, Regional Water Supply Eugenics, Racketeering, Negligence, Quieting Title, Trespass and ejectment pursuant to Florida Statutes** and in support thereof, states the following:

**Jurisdiction And Venue**

1.  Jurisdiction of this court is invoked pursuant to (i) Article III of the United States Constitution, (ii) the provisions of 28 U.S.C. §1331, §1343(a)(3) and (4), §2201 and §2202 and 41 U.S.C. §1983, and (iii) the provisions of 28 U.S.C. §1367.

2.     Venue is proper pursuant to 28 U.S.C. § 1391.

3.     At all material times, Defendants committed these unlawful violations under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiffs' human, safety, and property rights.

4.  The Plaintiff, Joseph D. Gilberti, P.E., is a natural person and professional engineer doing business on approximately 2500 acres of property and mineral rights owned by Plaintiff since 2012 in Sarasota County, Florida.

5.  The Defendants are doing business in from Tampa to South Florida.

6.  The Defendants, show listed Government Entities from State, Local and Federal agencies above such as but not limited to, all of which do business in the State of Florida and overall USA and other Nations.

7.  Private or public traded Defendants such as but not limited to, Blackrock Corporation LLC, CSX Transportation and Seminole Gulf Railway do business in Florida.

8.  Defendants, Pentagon and FBI do business in the State of Florida.

9.  This Court has jurisdiction over the parties and the subject matter hereto and a potential bifurcating, Change in Venue and/or merging of existing and new Federal cases across America and Florida progress which are directly related to this case.

10. Venue is appropriate in Palm Beach County, 15th Judicial Circuit for purposes of filing and discovery due to an UNDUE INFLUENCE in West and South Florida on Plaintiff's civil rights. attacks on his Children from Schools. Cops. Secret Service. FBI. US Marshals and Sheriffs to hide the resource and deter Plaintiff from prevailing and engineering and constructing infrastructure with Primary Water to the Taps of Florida, New York, New Jersey and more, for over 10yrs using DOJ to attack THE PEOPLE and their Drinking Water Supply needs, by avoiding all discovery and requested Evidentiary

2

hearing with Professionals in Water Supply with a gang of Judges, Lawyers, attorney Politicians, Universities and Cops on the payoff books to attack all Americans.

11. Plaintiffs bring this action pursuant 42 U.S.C. § 1983 for violations of civil rights under the First, Fourth, and Fourteenth Amendments to the United States Constitution.

12. This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343(a)(3) (civil rights); 28 U.S.C. § 1367 provides supplemental jurisdiction over the state law tort claims that arose from the same common nuclei of facts.

13.    These constitutional law violations are "capable of repetition, yet evading review." *Roe v. Wade*, 410 U.S. 113, 125 (1973) (citing *Southern Pacific Terminal Co. v. ICC*, 219 U. S. 498, 515 (1911), *Moore v. Ogilvie*, 394 U. S. 814, 816 (1969), *Carroll v. Princess Anne*, 393 U. S. 175, 178-179 (1968), *United States v. W. T. Grant Co.*, 345 U. S. 629, 632-633 (1953)).

14.    THE ENGINEER was kidnapped timed with the FDEP SRF Marjorie Stoneman Douglas funding application just 17 days prior to the Marjory Stoneman Douglas Shooting in Broward where 17 were shot and 17 wounded in game tied to Smith-Mundt act where Hollywood in Los Angeles sells stories to Government to sells Manufactured news for their Propaganda agenda to attack other nations and now America since its Congressional approval under Obama in 2012 via the H.R. 5736 The Smith-Mundt Modernization Act of 2012, initiated days after our World Resource find by Tampa Central command and this Florida Enterprise of Terrorist civil servants and Developers tied to huge Corporations like Walt Disney owners, Seminole Tribe Casinos, Federal Reserve Bank and corrupt Judges in land grabs and cohersion on tax base grants for their Enterprise which includes a front called 72 Partners LLC and BFSL Holdings LLC.

3

## ALLEGATIONS COMMON TO ALL COUNTS

15.  Prior to July 26, 2013, Cecil Daughtrey Jr. and Patricia A. Daughtrey (collectively "Daughtrey") were the owners of the entire seven parcel property. However, on July 26, 2013, Daughtrey conveyed, via properly witnessed and executed Warranty Deed, a portion of the Property to PLAINTIFF. A true and correct copy of the Warranty Deed is attached as **EXHIBIT "A".** Since then a State and National attack by Florida Leaders and CIA with Bush Family has taken place on Plaintiff and Americans to hide PRIMARY WATER to TAPS of Florida for 10yrs now with a barrage of attacks to subdue the Engineer of Record and Deed Holder while attacking Daughtrey land as they didnt know exactly where the resource was on the forested ranch. **We had to hide it on Civil engineering plans during these Timed Terrorism attacks, fueled by all Florida Sheriff and FBI under Title 18 Treason........to protect our fellow Americans from these US Terrorist Politicians and Lawyers in Florida, such as Greenberg Traurig and Henderson Franklin and all Sarasota Lawyers (its a gang) tied to Rothschild World Bank and a gang of Retarded Judges who lie, cheat and steal to kill children with Cancer Rates at the tap by PLAYING STUPID ON EVIDENTIARY HEARING and NOT ALLOWING ANY EVIDENCE while they attack with Desantis and Yale fools for 10yrs.**

16.  The US Congress never finished Impeachment issues that disappeared in Media spot light once a Black Harvard Terrorist President Barrack Hussain Obama and Trump replaces the last Terrorist President tied to Harvard and Yale and Defendants with Catholic Church filled with Pedophiles tied to Epstein list in Florida.

17.  George W. Bush – ex President George W. Bush who was in Sarasota Classroom day of 9-11 is into Blue Gold. See Blue Gold Bush Family and has used the Carlton Family and

72 Partners members of Notre Dame, Lee Pallardy and C1 bank/Ozark Bank Thomas Howze to pay off Judges, Clerks and Commissioners from Tampa to South Florida and up into Washington, Georgia and abroad to claim these underground resources and cases are frivolous without any Court hearings or due process. They use Smith Mundt acts and MODIFICATION in 2012 to attack Americans with the CIA and Hollywood manufactured news with this Court and many Florida courts now starting to understand this CIA highly trained and illegal coup against The Engineers rights to attack his clients and lands with Sheriffs and Judges under investigation.

18.     Bush family was one of the original Presidents who created the CIA and works with Greenberg Traurig to control DOJ and more to attack Americans and their Water Supply with the DOJ and fake new or combined fake and real new timed with these cases and our permitting. The Judges avoid all due process as they are too incompetent or lazy to allow witnesses and due process.

19.     Bill Clinton – Ex President associated with 72 Partners LLC, and their funders via Donnie Clark of Myakka City or Myakka Gold drug dealers. Rob Goodwin who was partners with Donnie Clark part of the same above and show a definite connection to Blue Gold Bush Family and Sarasota's 9-11 connection. See *Gilberti vs George W. Bush*, *et al* filed in New York City where THE ENGINEER now has a new project with Blue Gold from New Jersey Washington Rock to New York to save lives as the Aqua Ducts in New York can fail any day killing millions on file and sent to the mayors office and over 20 Commissioners last week.

20.     72 Partners LLC – Consist of Lee Pallardy, Thomas Howze, Kenny Harrison, and Laurence Hall. This is the front for most of the coordination with Terrorism and is a well known for Illegal activities, Title Fraud and works with Terrorism funding groups like

5

Greenberg Traurig Law and Israel Chemical/ Mosaic Phosphate or THE MOSAIC Company.

21. Christopher Shaw, Esq. (Hillsborough County ex-Public Defender – Attorney who fabricated AR-15 emails timed the Stoneman Douglas Shooting shown in Appendix under oath, to hide the Resource with Defendants at Stoneman Douglas and Media to attack America and this World underground Medicine Resource.

22. Defendant SCOTT ISRAEL ("Israel") was at all pertinent times the Broward County Sheriff and the decision maker AND timed the Shooting with Plaintiff's Marjorie Stoneman Douglas SRF funding Submittal, with a massive group of media and Political figures hiding a critical US Resource while creating Fear and Vaccinations with LIES using the Smith-Mundt Act Modifications of 2012 and 2013, and compromised the future careers and safety of the young DRAMA kids or students at Marjory Stoneman Douglas High school.

23. Defendant SCOT PETERSON ("Peterson") was at all pertinent times a Broward County deputy and was specifically tasked with protecting the Plaintiffs; even it meant risking his own life. It was and is a heroic job and one upon which people reply in the case of a life and death emergency. He was tasked with the job to protect the children at the school with the knowledge that he was possibly the only armed person in the immediate vicinity of the school. His job duties required him to run towards danger at risk of life and limb, and not to run away from danger for the sole purpose of sole-preservation. His arbitrary and conscience-shocking actions and inactions directly and predictably caused children to die, get injured, and get traumatized. Peterson is employed by the Broward County as a deputy police officer in the Marjory Stoneman Douglas High school, and at all times relevant herein was acting under the color of state law.

6

24.    Some Defendants were present at Marjory Stoneman Douglas High school during the shooting , know of the timing of the US Resource to FDEP to Marjorie Stoneman Douglas and the offer at the School Board on March 20, 2018 just after the event, by the Defendant, of ONE MILLION DOLLARS for each shot survivor to show us your wounds with forensics, help open this secret resource timed on your shooting by FDEP and Florida-US Politicians and continued to hide the Resource with FDEP and Judges, US Marshals, Police and Media, for years knowing Tap water is based on Cancer and Viruses-Disease rates.    See Gilberti vs Nikolas Cruz, et al, that has started Discovery showing how the Judge Dimitroulcas is now under Federal

## NATURE OF THE ACTION

29.    This is a 42 U.S. Code § 1983 federal civil rights case under the First and Fourth Amendments of the United States Constitution as applied to the States under the United States Constitution's Fourteenth Amendment for the Defendants' individual and collective personal, malicious, and unlawful violations under color of state law of Plaintiffs' individual and collective constitutional rights to free speech and protection against unreasonable search of Plaintiff's bodies as well as state tort claims for civil conspiracy.    See *Gilberti vs Pentagon, et al*, in Arlington VA. Case 21-cv-680, which in includes FBI, CIA, etc., that will include this case evidence and discovery and others via *Gilberti vs CDC, et. al*, and *Gilberti vs Desantis, et al*, headed to US Supreme Court for Racketeering by Florida Department of Justice, State and US Judges, Florida Department of Law Enforcement, Florida Dept of Education & US Leaders being paid by large foreign corporations and Greenberg Traurig to time Terrorism, using FDEP and DOE agencies, and Global Corps after this resource with Florida Congress, US Presidents such as but not limited to Israel Chemical LTD/Mosaic Phosphate of Florida hiding Global

Water & Medicine Resources with EPA and Federal Reserve Board/Central Banks. This Resource has reading never seen on Earth that affects Medicine and National Defense.



This mask has been on the $20bill since 2003 and is part of the same Smith-Mundt Modification pattern used to subdue Engineer Gilberti with various Terrorist attacks shown in this complaint and multiple filed related cases throughout Florida and Washington DC.

30.    Defendants are working with U.S. Federal Reserve, EPA, FEMA, CDC, WHO, Hollywood Producers, Israel Mosaic Phosphate, corrupt Judges, Court clerks, law-firms, Florida leaders, EPA and foreign Terrorist to subdue Plaintiff who found a hidden underground Natural resource in Medicine, Energy and Water Supply production and National Defense. Defendants are working in a Racketeering Enterprise with Leaders, agencies and Land Developers to destroy water supply and Americans with higher rates of Cancers, Viruses and Diseases as well as destroying the Environment, Fish & Wildlife, Tourism, Jobs and Macroeconomic growth in Florida, America and abroad. **This unique property has Geological indicators that show**

8

**America how to find more in days and create millions of Jobs, new medicine and economic sustainability.**

31.    Below is a diagram of major concerns by thousands of citizens who asked Plaintiff to be the West Florida expert at Desoto County against this Enterprise and Mosaic Phosphate and Plaintiff was approved for said expert to protect millions of Floridian and Americans from this Enterprise.

32.    Defendants committed these unlawful violations of Plaintiff's constitutional and state rights under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiff's human, safety, and property rights.

33.    A Judiciary without honesty has little chance of executing its moral and constitutional duties. no matter how many rules of ethics exist. This is especially true in America. where the judiciary is afforded wide discretion. Every decision left up to the discretion of a judge—is a potential opportunity for corruption. Today, oil, gas, minerals, drinking water and natural resources and their entitlements are often decided by judges making decisions without the ability to understand the long term engineering and infrastructure affects of hiding massive drinking water resources of the health quality. The Judges are often influenced by local Corporations, Law-firms and bribes if the stakes are so economically high in the region. no salary could compare to the monetary corrupt bribes or offers.

9



**Figure 1** – Israel Chemical LTD/Mosaic destroy massive surface rivers used for Raw Drinking Water Resources, Economy, Fish & Wildlife at West Florida Rivers with Phosphate mining with Defendants and Agencies in Racketeering Enterprise to fill Cancer Centers with Treated Water vs Gilberti Endless Alkaline spring water.

34.     The case involves the Defendants in a massive Enterprise which consist of Judicial courts, Judges, State attorneys, public defenders, Police officers, Utility directors, water and health agencies, hard money loan sharks, local law-firms and developers who have teamed up against THE ENGINEER to steal a hidden underground resource which more valuable that

10

Gold, in an effort to hide it and its knowledge to find more like it from THE AMERICAN PEOPLE; and keep cancer and diseases rising in the region from Water supply being treated from polluted rivers and corporate dumping at the Taps.

By this suit, Plaintiff seeks federal district court review of the federal and Florida constitutionality of Defendants' actions for both on their face and as applied, which:

(i)     Deny an impartial tribunal;

(ii)    Violate United States Code, Title 4§§101 and 102;

(iii)   Violate Florida Statute §876.05(1)

(IV)   **CRIMES OF GENOCIDE/EUGENICS**
       ***General Assembly resolution 260 A(III) of 9 December 1948 Entry into force: 12 January 1951, in accordance with article XIII***

Having considered the declaration made by the General Assembly of the United Nations in its resolution 96 (I) dated 11 December 1946 that genocide is a crime under international law, contrary to the spirit and aims of the United Nations and condemned by the civilized world, Recognizing that at all periods of history genocide has inflicted great losses on humanity, and being convinced that, in order to liberate mankind from such an odious scourge, international co-operation is required, Hereby agree as hereinafter provided:

**Article I**
The Contracting Parties confirm that genocide, whether committed in time of peace or in time of war, is a crime under international law which they undertake to prevent and to punish.

**Article II**

11

In the present Convention, genocide means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:

(a) Killing members of the group;

(b) Causing serious bodily or mental harm to members of the group;

(c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;

(d) Imposing measures intended to prevent births within the group;

(e) Forcibly transferring children of the group to another group.

**Article III**

The following acts shall be punishable:

(a) Genocide;

(b) Conspiracy to commit genocide;

(c) Direct and public incitement to commit genocide;

(d) Attempt to commit genocide;

(e) Complicity in genocide.

35.     THE ENGINEER brings this action against DEFENDANTS for a **Violation of RICO, 18 U.S.C. § 1961-1968, *et seq* (a), (b), (c) and (d).** THE ENGINEER seeks damages from DEFENDANTS who are working in a massive Enterprise tied to water supply eugenics across Florida, USA and the World with the World Health Organization in MOU agreements with the Environmental Protection Agency, FDEP in Tallahassee at the Florida Marjorie Stoneman Douglas State Revolving Fund, 2001-2010 Florida Forever Trust Funds, ESLAPP in Sarasota Florida, Global Cooperative Agreements of combined Environmental and Global Healthcare sustainability crimes by essentially hiding and/or stealing secret underground critical

12

National Defense Resources of 'Blue Gold'......... or ready to drink Alkaline Spring Water from Earth not Manmade.

36.    The Defendants with other Racketeering Enterprises are manipulating the Department of Education and Courtroom Judges, Police, Fire and University personal and systems to subdue Appellant timed with civil cases, permitting, investment proposals to hide critical a unique drinking water and resource 2000ft below the plaintiff's Sarasota land, verified by third party consultants.

37.    This unique resource was hidden 50yrs by NASA and EPA, to stall new energy production resources and new science to depopulate Humanity, increase costs, pollutions, and attack THE ENGINEER from exposing the knowledge and resource to THE PEOPLE of the United States of American and Florida; preventing his ability to Due process in courtrooms. taking his 1st, 2nd, 4th, 5th, 6th, 8th and 14th Constitutional Amendments with multiple Judges in multiple jurisdictions working together to hide the US Resource for foreign corps like Israel Chemical LTD, Mosaic Phosphate and more; retroactive with the unique resource discovery.  A full blown attack on the Engineer. his clients. his family. children. bank accounts. reputation and business has been taking place continuously from 2011 to present time, with fake AR-15 emails created by the Tampa State Attorney office and ex-public defenders.  .

38.    Defendants are attacking a National Security resource and future Blue Gold pipeline project that produces millions in profits per day.  While damaging millions of US Citizens with lower level of service water supply from poor raw drinking water resources that are heavily treated with chemicals vs. natural endless alkaline spring water; causing higher Cancer Rates at the home and business taps, bottling plants, parks, schools, and more. While increasing the possibilities of Viruses like Zika and Coronavirus, hiding answers to Vaccines, medicine solutions, energy solutions, and new technologies by hiding secret underground critical US

13

Resources such as this resource with never seen endless new Water mixtures that are unique to Human health.

## IV. FACTUAL ALLEGATIONS

39.     Plaintiff is located and does business within the State of Florida and United States of America.

40.     Defendants are located and do business within the State of Florida and United States of America.

41.     All defendants are State actors, and as such, the United States Constitution governs their individual and collective actions when acting on Tax payer behalf to protect the public.

42.     Defendants formal and informal policies, written or unwritten, allowed, encouraged or enabled Defendants to violate Plaintiffs' individual constitutional rights and conspire to commit these constitutional violations.

43.     This issue is a matter of great public concern. A Global hidden underground Drinking Water, new Medicine and Energy Resource has been found and is being attacked by a pool of Judges, Agency personnel, Law Firms and Court Circuits in West Florida and Washington DC to hide this critical National Defense Resource from America for foreign owned corporations infiltrating Florida Politicians, having a great impact upon Florida students, their families, and Florida's citizens.

his family, his clients and projects when Plaintiff was whistleblowing the US Resource with permitting submittals, mass emails, and social media posts in an effort of Redress of Grievance.

44.    Defendants illegally with falsified police reports involving AR-15 death threats to Plaintiffs 1st, 2nd, 4th, 5th, 6th, 8th and 14th Amendment rights under the United States Constitution.

45.    Plaintiffs continued to suffer Defendants' individual and collective retaliation for voicing their concerns over this unconstitutional forced low level of service of water supply causing higher cancer rates, diseases and viruses to millions of Americans in the West and South Florida Regions.

46.    These deprivations under color of state law are actionable under and may be redressed by 42 U.S.C. §1983. Plaintiffs will seek their attorneys' fees and costs under 42 U.S.C. §1988 if and when they prevail.

## V. COUNT 1 - CIVIL RIGHTS ALLEGATIONS

47.    Plaintiff sent files, plans, and readings with email copies to several recipients, local agencies, County attorneys, media and consultants, to expose this World hidden underground Resource by attaining transparency, and properly exercising his First Amendment rights.

48.    Plaintiff's civil rights, freedom, projects, incomes were attacked by Defendants, their court influences, Judges, local police, law firms with fake police reports, confessions and time terrorist attacks to raise bonds timed with civil land cases to subdue him.

49.    These court docket games with software turnover in other county circuits, timed with Judges and law-firms, who are all harboring the terrorism and hiding access to secret underground endless Oceans of unique spring to millions of Taps and Earth Science critical to Humanity. See Timeline of Events below:

50.     Below is a rough indicator of the unbelievable corruption that took place in front of everyone while they watched in fear just like the masks for the FAKE CORONVIRUS PANDEMIC by the same group and more.

## COUNT VIII – CIVIL RICO
### (CIVIL REMEDIES FOR CRIMINAL PRACTICES ACT)

51.     This is an action for damages which exceed $15,000.00, exclusive of interest, costs and attorney's fees for violation of the Civil Remedies for Criminal Practices Act ("CCFCPA").

52.     The Plaintiff re-allege the allegations contained in paragraphs 2 through 88, above, as though the same were fully set forth herein.

53.     Defendants conspired or endeavored to acquire and maintain an interest in the real property owned by the Plaintiff, through a pattern of criminal activity or through the collection of an unlawful debt and usage of US and State Tax base within a Fraudulent Transfer of over 2000 acres switched out.

54.     At all material times, Defendants were associated with an enterprise, which from approximately January, 2010 through the present has functioned as a continuing unit and has been engaged in an ongoing and continuing course of conduct with the common purpose of obtaining an ownership or other interest in the Plaintiff' land and mineral rights, and/or for the purpose of achieving or maintaining a monopoly power on its benefits to hide it and destroy Americans.

55.     In furtherance of such goals, the enterprise engaged in a pattern of criminal activity including, but not limited to, violations of Chapter 838, Florida Statutes, relating to bribery and misuse of public office, and violations of §817.54, Florida Statutes, by obtaining the Mortgage, Note and other Loan Documents and Title by false pretenses.

16

56.    Defendants participated and/or conspired to participate in said enterprise through a pattern of criminal activity and/or the collection of an unlawful debt.

57.    As a direct result of the foregoing, the Engineer has suffered, and is continuing to suffer, damages.

### COUNT IX –28 U.S.C. §3304 (b)(1)(A)
### Transfer with Intent to Hinder, Delay or Defraud a Creditor

58. The Plaintiff re-alleges the allegations contained in paragraphs 2 through 93, above, as through the same were fully set forth herein.

59. Defendants transferred ownership interests with actual intent to hinder, delay or defraud Plaintiff, including without limitation, the tax base used to purchase the lands in fraud to keep treated water pumping vs filtered spring water with lower water bills and cancer rates. Also in an effort to hide the Global medicine and water supply knowledge to desert nations like Israel and the Middle East where Water is not available, as well as lying to the Public on reasons for the land purchase at Sarasota parks department.

60. With respect to the Fraudulent Transfer on October 5, 2020 via Sarasota case 2011 CA 04209 NC, the following badges of fraud, among others, are applicable and are to be considered in determining actual intent:

   a.  the transfer was to an insider;
   b.  72 Partners LLC, its assigns of deeds, and Sarasota County retained possession or control of property after it was transferred fraudulently.
   c.  No consideration was received by Plaintiff and his civil rights were attacked and his life was attacked to insure the Defendants can hide the Regional underground river of spring water supply.
   d.  The transfer occurred shortly after Plaintiff was illegally arrested with false police reports by Defendants.

### COUNT X –Fla Stat. § 726.105 (1)(a)
### Transfer with Intent to Hinder, Delay or Defraud a Creditor

61. The Plaintiff re-alleges the allegations contained in paragraphs 2 through 96, above, as through the same were fully set forth herein.

17

62. Defendants transferred ownership interests with actual intent to hinder, delay or defraud Plaintiff, including without limitation, the tax base used to purchase the lands in fraud to keep treated water pumping vs filtered spring water with lower water bills and cancer rates. Also in an effort to hide the Global medicine and water supply knowledge to desert nations like Israel and the Middle East where Water is not available, as well as lying to the Public on reasons for the land purchase at Sarasota parks department.

63. With respect to the Fraudulent Transfer on October 5, 2020 via Sarasota case 2011 CA 04209 NC, the following badges of fraud, among others, are applicable and are to be considered in determining actual intent:

   a. the transfer was to an insider:
   b. 72 Partners LLC, its assigns of deeds, and Sarasota County retained possession or control of property after it was transferred fraudulently.
   c. No consideration was received by Plaintiff and his civil rights were attacked and his life was attacked to insure the Defendants can hide the Regional underground river of spring water supply.
   d. The transfer occurred shortly after Plaintiff was illegally arrested with false police reports by Defendants.
   e. Ryan Snyder switched out the legal description the day of the online sale, while 72 Partners and Defendants used to online bids with Defendants in a scheme with software, with Judges in all the region, including all 2ndDCA judges who sit in a merit panel and are locked in from being voted out for years while attacking defendant with lower court gangs of Judges, attorney Politicians like Ron Desantis, and defendants who are all mostly lawyers.

## COUNT XI
### Equitable Lien Foreclosure

64. The Plaintiff re-allege the allegations contained in paragraphs 2 through 99,      above, as through the same were fully set forth herein.

65. Defendants were paid with funds obtained through fraud or egregious conduct.

66. Defendants used over $5.5 million in tax base to invest in, purchase and or fraud and subdue Plaintiff land, life and civil rights timed with US Terrorism acts using media to

18

hide it and DOJ to attack Plaintiff and the global knowledge and/or regional project to the State of Florida.

## COUNT XII - 28 U.S.C. § 1346
## FEDERAL TORTS CLAIM ACT (FTCA)

67. The Plaintiff re-allege the allegations contained in paragraphs 2 through 102,    above, as through the same were fully set forth herein.

68. Defendants have used Federal and State funds to hide ENDLESS AND LESS

    EXPENSIVE Primary Water raw drinking water resources from Tampa to Miami and now New Jersey and New York as Plaintiff discovered another access to Primary Water at Washington Rock in NJ to **save New York $100 million/day** in cost where the drinking water is spring water and also endless without contaminants.

69. Federal Tort Claims Act (August 2, 1946, ch. 646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346) ("FTCA") is a 1946 federal statute that permits private parties to sue the United States in a federal court for most torts committed by persons acting **on behalf of the United States.**

70. Defendants **stole over $5.5 million** in tax base to invest in, purchase and or fraud and subdue Plaintiff Sarasota land, life and civil rights timed with US Terrorism acts using media to hide it and DOJ to attack Plaintiff and the global knowledge and/or regional project to the State of Florida.


**WHEREFORE**, the Plaintiff demands judgment against Defendants for damages, reasonable attorneys' fees, costs, and such further relief as the Court may deem proper. Plaintiff respectfully requests this Honorable Court GRANT this Complaint, enter a Judgment for full

possession of the Property of the Plaintiff and quieting title and all persons claiming interest under the Defendants; and additionally:

A.   Pursuant to 28 U.S.C. §3306 (a)(1), the avoidance of the fraudulent transfers to the extent necessary to satisfy the loss of life from Cancer rates and loss of revenue to the State and THE CITIZENS from higher water bills, and losses to the Plaintiff, his project revenues when pumping over 750MGD to the public for the past 5-10 years.

B.   Pursuant to Fla Stat. 726.108(1)(a), the avoidance of the fraudulent transfers described above and attached to the extent necessary to satisfy the disgorgement and damages by Defendants on the Plaintiff.

C.   Evaluate Connection agreement for Water supply with Plaintiff and Peace River Manasota Water Supply. Lower West Coast Service Area and South Florida down to Naples along Seminole Gulf Railway (formally owned by CSX sold and timed with Terrorism acts with Help of BLACKROCK AND VANGUARD with Bill Gates Canadian Railways. Amtrak and the Federal Railway Association.

D.   Call in all continuing service civil engineers, municipal staff at Manatee, Sarasota, Charlotte, Lee County and local utility departments and arrest all Utility staff and directors for Treason.

E.   Investigate and arrest Defendants involved specifically in the October 5, 2021 sale fraud by pulling Meta data experts as well as the October 14, 2013 trial on Cecil Daughtrey that never got notice due to E-file software being uploaded for the first time and suddenly a trial during an Obama HP Glitch Federal shutdown on Columbus day, while Plaintiff is attacked with fabricated emails by Hillsborough State Attorneys office who has a long standing relationship with many of the defendants to subdue Plaintiff timed with permits, civil actions and more.

F.   Lockup all existing livestock and turn over full possession of livestock to Plaintiff for sale.

G.   Inventory all proceeds of bought and sold livestock from Defendants or others on this property and compensate Plaintiff 3x the value of the amounts.

H.   Call in agents from at least 25 other states from Pentagon and FBI and experts on 10yr timeline of Terrorism by Florida FBI and arrest all who knew for Conspiring

20

against Plaintiff and Americans with Terrorism acts involving all Florida Politicians and Sheriffs;

I.  Report to 50 states of Attorney Generals as cases get BIFURCATED and all Circuit 12, 13, 17 and 20 Judges get called in on GENERAL ETHICS knowing of this Terrorism Timeline at the DOJ for 10yrs and still ongoing.

J.  Recommend arrest for Title 18 US Code to Attorney General for all who conspired using H.R. 5736 or other means on this underground critical knowledge that would have saved millions of lives since the April 3, 2013 find by Plaintiff and 12 days later the Obama – 9-11 Sarasota gang of Terrorist Lawyers-Media-FBI-CIA-Navy Seals did the Boston Bomb with Tampa Central command, their Yale-Harvard Lawyer Ron Desantis; the NAVY SEAL ATTORNEY TERRORIST who coordinated it with all US CONGRESS which will be proven as this complaint as discovery proceeds.

K.  Allow depositions to Desantis and all Judges with transcripts showing 72 Partners and their attorneys blaming Sarasota County for the fraudulent sale that stole over $500 billion (due to Primary Water access and land size & location with Florida development, medicine and Port control from Tampa to Naples/Miami) in land on October 5, 2020 with Desantis and all Florida Politicians, Trump, Biden and Media influencing Circuit 12, 13, 17, 20, and Tampa Middle District, Florida Southern District, showing obvious FRAUD for $187,000 sale of 2500acres while Plaintiff is kidnapped for the 23rd time in 10yrs;

L.  Call in Plaintiffs witnesses and allow time for discover on new lawsuits coming in related by Plaintiffs new councils being interviewed for new case and filing.

M.  Freeze all spending for Environmental and State Water Supply Revolving funds from Tampa to Miami until Sarasota Commission, Florida Sheriffs and Media are detained for US Treason and Eugenics.

N.  Detain Ashley Moody and all Judges, State Attorneys and Law firms with Military and FBI for Title 18 US Code 241 & 242 immediately and stop the Treachery by the entire State of Florida Politicians, US Congress and Media.

O.  Allow time to potentially merge case with new incoming mortgage and title fraud case by attorneys, as well as negotiation that are pending with *Plaintiff vs Carmine Marceno-Pentagon*, et al, Lee case 2022 CA 03080 NC  and many others merging with this case.  The civil right attacks are from State to Federal officers.

21

P.  Testimony coming on transcripts will prove Judge Walker, in Cecil Daughtrey foreclosure sale, Defendants and their council's frauded America and millions of Florida tax payers with FDEP and more with over 25 to 50 Judges in the West and South Florida region using UNIQUE INFLUENCE on Plaintiff Rights to attack America and Water Supply in the Region with US Congress who in-acted WAR on America on May 10, 2012, per HR 5736, pursuant to Article 1 Section 8 of the US Constitution with the UNDUE INFLUENCE of the Federal Reserve Banks and CDC games with a Fake Media Pandemic.

Q.  **Arrest George, Jeb and Marvin Bush with US Military and order a Water Pump report and health scan to let America Realize all US Congress, DeSantis, Florida, New York to California hid this Florida resource and Global knowledge to maintain Wars in Middle East and World Hunger for years. Arrest all Tampa to Miami Judges who knew sheriffs for Title 18 USC 241-242.**

R.  Allow a 5 Day Evidentiary Hearing on all issue immediately for the Public before another US President gets in trouble for being a Chicken on Water Supply this Critical.

Dated this 20th day of January 2025.

/S /   Joe Gilberti

**Joseph D. Gilberti PE**
**Plaintiff**
**# 2024-2237**
**2020 Main Street**
**Sarasota FL, 34237**
**813-470-6000**
**239-980-3149**
GilbertiWater@gmail.com
www.GilbertiBlueGold.com

Gold, in an effort to hide it and its knowledge to find more like it from THE AMERICAN PEOPLE; and keep cancer and diseases rising in the region from Water supply being treated from polluted rivers and corporate dumping at the Taps.

By this suit, Plaintiff seeks federal district court review of the federal and Florida constitutionality of Defendants' actions for both on their face and as applied, which:

(i)     Deny an impartial tribunal;

(ii)    Violate United States Code, Title 4§§101 and 102;

(iii)   Violate Florida Statute §876.05(1)

(IV)   CRIMES OF GENOCIDE/EUGENICS
       *General Assembly resolution 260 A(III) of 9 December 1948 Entry into force: 12 January 1951, in accordance with article XIII*

Having considered the declaration made by the General Assembly of the United Nations in its resolution 96 (I) dated 11 December 1946 that genocide is a crime under international law, contrary to the spirit and aims of the United Nations and condemned by the civilized world, Recognizing that at all periods of history genocide has inflicted great losses on humanity, and being convinced that, in order to liberate mankind from such an odious scourge, international co-operation is required, Hereby agree as hereinafter provided:

**Article I**
The Contracting Parties confirm that genocide, whether committed in time of peace or in time of war, is a crime under international law which they undertake to prevent and to punish.

**Article II**

11

In the present Convention, genocide means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:

(a) Killing members of the group;

(b) Causing serious bodily or mental harm to members of the group;

(c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;

(d) Imposing measures intended to prevent births within the group;

(e) Forcibly transferring children of the group to another group.

**Article III**

The following acts shall be punishable:

(a) Genocide;

(b) Conspiracy to commit genocide;

(c) Direct and public incitement to commit genocide;

(d) Attempt to commit genocide;

(e) Complicity in genocide.

35.    THE ENGINEER brings this action against DEFENDANTS for a **Violation of RICO, 18 U.S.C. § 1961-1968,** *et seq* **(a), (b), (c) and (d).** THE ENGINEER seeks damages from DEFENDANTS who are working in a massive Enterprise tied to water supply eugenics across Florida, USA and the World with the World Health Organization in MOU agreements with the Environmental Protection Agency, FDEP in Tallahassee at the Florida Marjorie Stoneman Douglas State Revolving Fund, 2001-2010 Florida Forever Trust Funds, ESLAPP in Sarasota Florida, Global Cooperative Agreements of combined Environmental and Global Healthcare sustainability crimes by essentially hiding and/or stealing secret underground critical

12

National Defense Resources of 'Blue Gold'......... or ready to drink Alkaline Spring Water from Earth not Manmade.

36.    The Defendants with other Racketeering Enterprises are manipulating the Department of Education and Courtroom Judges, Police, Fire and University personal and systems to subdue Appellant timed with civil cases, permitting, investment proposals to hide critical a unique drinking water and resource 2000ft below the plaintiff's Sarasota land, verified by third party consultants.

37.    This unique resource was hidden 50yrs by NASA and EPA, to stall new energy production resources and new science to depopulate Humanity, increase costs, pollutions, and attack THE ENGINEER from exposing the knowledge and resource to THE PEOPLE of the United States of American and Florida; preventing his ability to Due process in courtrooms, taking his 1st, 2nd, 4th, 5th, 6th, 8th and 14th Constitutional Amendments with multiple Judges in multiple jurisdictions working together to hide the US Resource for foreign corps like Israel Chemical LTD, Mosaic Phosphate and more; retroactive with the unique resource discovery. A full blown attack on the Engineer, his clients, his family, children, bank accounts, reputation and business has been taking place continuously from 2011 to present time, with fake AR-15 emails created by the Tampa State Attorney office and ex-public defenders. .

38.    Defendants are attacking a National Security resource and future Blue Gold pipeline project that produces millions in profits per day. While damaging millions of US Citizens with lower level of service water supply from poor raw drinking water resources that are heavily treated with chemicals vs. natural endless alkaline spring water; causing higher Cancer Rates at the home and business taps, bottling plants, parks, schools, and more. While increasing the possibilities of Viruses like Zika and Coronavirus, hiding answers to Vaccines, medicine solutions, energy solutions, and new technologies by hiding secret underground critical US

13

Resources such as this resource with never seen endless new Water mixtures that are unique to Human health.

### IV. FACTUAL ALLEGATIONS

39.    Plaintiff is located and does business within the State of Florida and United States of America.

40.    Defendants are located and do business within the State of Florida and United States of America.

41.    All defendants are State actors, and as such, the United States Constitution governs their individual and collective actions when acting on Tax payer behalf to protect the public.

42.    Defendants formal and informal policies, written or unwritten, allowed, encouraged or enabled Defendants to violate Plaintiffs' individual constitutional rights and conspire to commit these constitutional violations.

43.    This issue is a matter of great public concern. A Global hidden underground Drinking Water, new Medicine and Energy Resource has been found and is being attacked by a pool of Judges, Agency personnel, Law Firms and Court Circuits in West Florida and Washington DC to hide this critical National Defense Resource from America for foreign owned corporations infiltrating Florida Politicians, having a great impact upon Florida students, their families, and Florida's citizens.

his family, his clients and projects when Plaintiff was whistleblowing the US Resource with permitting submittals, mass emails, and social media posts in an effort of Redress of Grievance.

44.    Defendants illegally with falsified police reports involving AR-15 death threats to Plaintiffs 1st, 2nd, 4th, 5th, 6th, 8th and 14th Amendment rights under the United States Constitution.

45.    Plaintiffs continued to suffer Defendants' individual and collective retaliation for voicing their concerns over this unconstitutional forced low level of service of water supply causing higher cancer rates, diseases and viruses to millions of Americans in the West and South Florida Regions.

46.    These deprivations under color of state law are actionable under and may be redressed by 42 U.S.C. §1983. Plaintiffs will seek their attorneys' fees and costs under 42 U.S.C. §1988 if and when they prevail.

### V. COUNT 1 - CIVIL RIGHTS ALLEGATIONS

47.    Plaintiff sent files, plans, and readings with email copies to several recipients, local agencies, County attorneys, media and consultants, to expose this World hidden underground Resource by attaining transparency, and properly exercising his First Amendment rights.

48.    Plaintiff's civil rights, freedom, projects, incomes were attacked by Defendants, their court influences, Judges, local police, law firms with fake police reports, confessions and time terrorist attacks to raise bonds timed with civil land cases to subdue him.

49.    These court docket games with software turnover in other county circuits, timed with Judges and law-firms, who are all harboring the terrorism and hiding access to secret underground endless Oceans of unique spring to millions of Taps and Earth Science critical to Humanity.  See Timeline of Events below:

15

Unique Code : CAA-FBH-BCAJJ-CAJJJBADJ-IBJEJD-C Page 16 of 161

50. Below is a rough indicator of the unbelievable corruption that took place in front of everyone while they watched in fear just like the masks for the FAKE CORONVIRUS PANDEMIC by the same group and more.

**COUNT VIII –CIVIL RICO**
**(CIVIL REMEDIES FOR CRIMINAL PRACTICES ACT)**

51. This is an action for damages which exceed $15,000.00, exclusive of interest, costs and attorney's fees for violation of the Civil Remedies for Criminal Practices Act ("CCFCPA").

52. The Plaintiff re-allege the allegations contained in paragraphs 2 through 88, above, as though the same were fully set forth herein.

53. Defendants conspired or endeavored to acquire and maintain an interest in the real property owned by the Plaintiff, through a pattern of criminal activity or through the collection of an unlawful debt and usage of US and State Tax base within a Fraudulent Transfer of over 2000 acres switched out.

54. At all material times, Defendants were associated with an enterprise, which from approximately January, 2010 through the present has functioned as a continuing unit and has been engaged in an ongoing and continuing course of conduct with the common purpose of obtaining an ownership or other interest in the Plaintiff' land and mineral rights, and/or for the purpose of achieving or maintaining a monopoly power on its benefits to hide it and destroy Americans.

55. In furtherance of such goals, the enterprise engaged in a pattern of criminal activity including, but not limited to, violations of Chapter 838, Florida Statutes, relating to bribery and misuse of public office, and violations of §817.54, Florida Statutes, by obtaining the Mortgage, Note and other Loan Documents and Title by false pretenses.

56. Defendants participated and/or conspired to participate in said enterprise through a pattern of criminal activity and/or the collection of an unlawful debt.

57. As a direct result of the foregoing, the Engineer has suffered, and is continuing to suffer, damages.

### COUNT IX – 28 U.S.C. §3304 (b)(1)(A)
### Transfer with Intent to Hinder, Delay or Defraud a Creditor

58. The Plaintiff re-alleges the allegations contained in paragraphs 2 through 93, above, as through the same were fully set forth herein.

59. Defendants transferred ownership interests with actual intent to hinder, delay or defraud Plaintiff, including without limitation, the tax base used to purchase the lands in fraud to keep treated water pumping vs filtered spring water with lower water bills and cancer rates. Also in an effort to hide the Global medicine and water supply knowledge to desert nations like Israel and the Middle East where Water is not available, as well as lying to the Public on reasons for the land purchase at Sarasota parks department.

60. With respect to the Fraudulent Transfer on October 5, 2020 via Sarasota case 2011 CA 04209 NC, the following badges of fraud, among others, are applicable and are to be considered in determining actual intent:

   a. the transfer was to an insider.
   b. 72 Partners LLC, its assigns of deeds, and Sarasota County retained possession or control of property after it was transferred fraudulently.
   c. No consideration was received by Plaintiff and his civil rights were attacked and his life was attacked to insure the Defendants can hide the Regional underground river of spring water supply.
   d. The transfer occurred shortly after Plaintiff was illegally arrested with false police reports by Defendants.

### COUNT X – Fla Stat. § 726.105 (1)(a)
### Transfer with Intent to Hinder, Delay or Defraud a Creditor

61. The Plaintiff re-alleges the allegations contained in paragraphs 2 through 96, above, as through the same were fully set forth herein.

17

62. Defendants transferred ownership interests with actual intent to hinder, delay or defraud Plaintiff, including without limitation, the tax base used to purchase the lands in fraud to keep treated water pumping vs filtered spring water with lower water bills and cancer rates. Also in an effort to hide the Global medicine and water supply knowledge to desert nations like Israel and the Middle East where Water is not available, as well as lying to the Public on reasons for the land purchase at Sarasota parks department.

63. With respect to the Fraudulent Transfer on October 5, 2020 via Sarasota case 2011 CA 04209 NC, the following badges of fraud, among others, are applicable and are to be considered in determining actual intent:

   a. the transfer was to an insider:
   b. 72 Partners LLC, its assigns of deeds, and Sarasota County retained possession or control of property after it was transferred fraudulently.
   c. No consideration was received by Plaintiff and his civil rights were attacked and his life was attacked to insure the Defendants can hide the Regional underground river of spring water supply.
   d. The transfer occurred shortly after Plaintiff was illegally arrested with false police reports by Defendants.
   e. Ryan Snyder switched out the legal description the day of the online sale, while 72 Partners and Defendants used to online bids with Defendants in a scheme with software, with Judges in all the region, including all 2ndDCA judges who sit in a merit panel and are locked in from being voted out for years while attacking defendant with lower court gangs of Judges, attorney Politicians like Ron Desantis, and defendants who are all mostly lawyers.

## COUNT XI
### Equitable Lien Foreclosure

64. The Plaintiff re-allege the allegations contained in paragraphs 2 through 99,        above, as through the same were fully set forth herein.                                        ,

65. Defendants were paid with funds obtained through fraud or egregious conduct.

66. Defendants used over $5.5 million in tax base to invest in, purchase and or fraud and subdue Plaintiff land, life and civil rights timed with US Terrorism acts using media to

18

hide it and DOJ to attack Plaintiff and the global knowledge and/or regional project to the State of Florida.

## COUNT XII - 28 U.S.C. § 1346
## FEDERAL TORTS CLAIM ACT (FTCA)

67. The Plaintiff re-allege the allegations contained in paragraphs 2 through 102,    above, as through the same were fully set forth herein.

68. Defendants have used Federal and State funds to hide ENDLESS AND LESS

EXPENSIVE Primary Water raw drinking water resources from Tampa to Miami and now New Jersey and New York as Plaintiff discovered another access to Primary Water at Washington Rock in NJ to **save New York $100 million/day** in cost where the drinking water is spring water and also endless without contaminants.

69. Federal Tort Claims Act (August 2, 1946, ch. 646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346) ("FTCA") is a 1946 federal statute that permits private parties to sue the United States in a federal court for most torts committed by persons acting on behalf of the United States.

70. Defendants **stole over $5.5 million** in tax base to invest in, purchase and or fraud and subdue Plaintiff Sarasota land, life and civil rights timed with US Terrorism acts using media to hide it and DOJ to attack Plaintiff and the global knowledge and/or regional project to the State of Florida.


**WHEREFORE**, the Plaintiff demands judgment against Defendants for damages, reasonable attorneys' fees, costs, and such further relief as the Court may deem proper. Plaintiff respectfully requests this Honorable Court GRANT this Complaint, enter a Judgment for full

19

possession of the Property of the Plaintiff and quieting title and all persons claiming interest under the Defendants; and additionally:

A.  Pursuant to 28 U.S.C. §3306 (a)(1), the avoidance of the fraudulent transfers to the extent necessary to satisfy the loss of life from Cancer rates and loss of revenue to the State and THE CITIZENS from higher water bills, and losses to the Plaintiff, his project revenues when pumping over 750MGD to the public for the past 5-10 years.

B.  Pursuant to Fla Stat. 726.108(1)(a), the avoidance of the fraudulent transfers described above and attached to the extent necessary to satisfy the disgorgement and damages by Defendants on the Plaintiff.

C.  Evaluate Connection agreement for Water supply with Plaintiff and Peace River Manasota Water Supply, Lower West Coast Service Area and South Florida down to Naples along Seminole Gulf Railway (formally owned by CSX sold and timed with Terrorism acts with Help of BLACKROCK AND VANGUARD with Bill Gates Canadian Railways, Amtrak and the Federal Railway Association.

D.  Call in all continuing service civil engineers, municipal staff at Manatee, Sarasota, Charlotte, Lee County and local utility departments and arrest all Utility staff and directors for Treason.

E.  Investigate and arrest Defendants involved specifically in the October 5, 2021 sale fraud by pulling Meta data experts as well as the October 14, 2013 trial on Cecil Daughtrey that never got notice due to E-file software being uploaded for the first time and suddenly a trial during an Obama HP Glitch Federal shutdown on Columbus day, while Plaintiff is attacked with fabricated emails by Hillsborough State Attorneys office who has a long standing relationship with many of the defendants to subdue Plaintiff timed with permits, civil actions and more.

F.  Lockup all existing livestock and turn over full possession of livestock to Plaintiff for sale.

G.  Inventory all proceeds of bought and sold livestock from Defendants or others on this property and compensate Plaintiff 3x the value of the amounts.

H.  Call in agents from at least 25 other states from Pentagon and FBI and experts on 10yr timeline of Terrorism by Florida FBI and arrest all who knew for Conspiring

20

against Plaintiff and Americans with Terrorism acts involving all Florida Politicians and Sheriffs;

I.   Report to 50 states of Attorney Generals as cases get BIFURCATED and all Circuit 12, 13, 17 and 20 Judges get called in on GENERAL ETHICS knowing of this Terrorism Timeline at the DOJ for 10yrs and still ongoing.

J.   Recommend arrest for Title 18 US Code to Attorney General for all who conspired using H.R. 5736 or other means on this underground critical knowledge that would have saved millions of lives since the April 3, 2013 find by Plaintiff and 12 days later the Obama – 9-11 Sarasota gang of Terrorist Lawyers-Media-FBI-CIA-Navy Seals did the Boston Bomb with Tampa Central command, their Yale-Harvard Lawyer Ron Desantis; the NAVY SEAL ATTORNEY TERRORIST who coordinated it with all US CONGRESS which will be proven as this complaint as discovery proceeds.

K.   Allow depositions to Desantis and all Judges with transcripts showing 72 Partners and their attorneys blaming Sarasota County for the fraudulent sale that stole over $500 billion (due to Primary Water access and land size & location with Florida development, medicine and Port control from Tampa to Naples/Miami) in land on October 5, 2020 with Desantis and all Florida Politicians, Trump, Biden and Media influencing Circuit 12, 13, 17, 20, and Tampa Middle District, Florida Southern District, showing obvious FRAUD for $187,000 sale of 2500acres while Plaintiff is kidnapped for the 23rd time in 10yrs;

L.   Call in Plaintiffs witnesses and allow time for discover on new lawsuits coming in related by Plaintiffs new councils being interviewed for new case and filing.

M.   Freeze all spending for Environmental and State Water Supply Revolving funds from Tampa to Miami until Sarasota Commission, Florida Sheriffs and Media are detained for US Treason and Eugenics.

N.   Detain Ashley Moody and all Judges, State Attorneys and Law firms with Military and FBI for Title 18 US Code 241 & 242 immediately and stop the Treachery by the entire State of Florida Politicians, US Congress and Media.

O.   Allow time to potentially merge case with new incoming mortgage and title fraud case by attorneys, as well as negotiation that are pending with *Plaintiff vs Carmine Marceno-Pentagon*, et al, Lee case 2022 CA 03080 NC  and many others merging with this case.  The civil right attacks are from State to Federal officers.

21

P.   Testimony coming on transcripts will prove Judge Walker, in Cecil Daughtrey foreclosure sale, Defendants and their council's frauded America and millions of Florida tax payers with FDEP and more with over 25 to 50 Judges in the West and South Florida region using UNIQUE INFLUENCE on Plaintiff Rights to attack America and Water Supply in the Region with US Congress who in-acted WAR on America on May 10, 2012, per HR 5736, pursuant to Article 1 Section 8 of the US Constitution with the UNDUE INFLUENCE of the Federal Reserve Banks and CDC games with a Fake Media Pandemic.

Q.  Arrest George, Jeb and Marvin Bush with US Military and order a Water Pump report and health scan to let America Realize all US Congress, DeSantis, Florida, New York to California hid this Florida resource and Global knowledge to maintain Wars in Middle East and World Hunger for years. Arrest all Tampa to Miami Judges who knew sheriffs for Title 18 USC 241-242.

R.  Allow a 5 Day Evidentiary Hearing on all issue immediately for the Public before another US President gets in trouble for being a Chicken on Water Supply this Critical.

Dated this 20th day of January 2025.

Joseph Gilberti /s/ Joe Gilberti

**Joseph D. Gilberti PE**
**Plaintiff**
**# 2024-2237**
**2020 Main Street**
**Sarasota FL, 34237**
**813-470-6000**
**239-980-3149**
GilbertiWater@gmail.com
www.GilbertiBlueGold.com

🍀 Gilberti KT Hypothesis

Yucatan Meteor tilts Florida Platforms giving Access to Secret Underground Oceans of Earths True & Endless Antioxidant Spring Drinking Water Origins hidden by Sarasota 9/11 Connection, Tampa Florida, EPA, Federal Reserve & UN 50yrs for Global Eugenics! 🔵 Access to ANCIENT SPRINGS 💧

It is my opinion that the water is traveling underground all the way from just below the north pole... maybe like say 13 to 15 degree south of the North Pole... water because of it negative and positive charges is attracted to itself... this is why clouds form... as it travels south it picks up speed because of the shape of our planet... at the equator we are spinning at approximately 1,000 mph... to make that trip would take probably in the area of a couple hundred thousand years... a lot of our minerals at frozen in our ice caps... a lack of toxins would no doubt be because when water freezes it becomes structured water... H3O2 which is why ice float... it expands as it structures that is when it also pushes out all the toxins... Blue Gold waters destination is the equator... I believe it probably resurfaced at the equator from the KT Event and other Historical impacts... most of our weather travels from west to east except at the equator... where it goes the other way... Bringing us these ungodly storms ⚡ It's my opinion that this water with the minerals in it are partially responsible for the charge of this planet... it is no doubt a contributing factor to the forces that produce our weather patterns...... 🙏 Ancient Springs 🔵

🏺 💧 The Holy Grail is a Global Gift from Mother Earth through its Biblical metaphor as to accessing Jesus's endless Blue Gold Waters 💛 🔵 💧 (totally different molecular mixture and source) much deeper below from Historical Meteor Impacts per Gilberti KT Hypothesis 🏺 💧 So April 3rd 2013 when Engineer Joe Gilberti figured it out (DTH Video by Amps Aquifer Maintenance in Palm Beach) the access to Jesus's endless Blue Gold from KT Event, which just happened to be 500yrs EXACTLY to Ponce de Leon on April 2, 1513 has a much more significant date!!! 💛 Jesus, as described in the New Testament, was most likely crucified on Friday April 3, 33 A.D. The latest investigation, reported in the journal International Geology Review, focused on earthquake activity at the Dead Sea, located 13 miles from Jerusalem 🔵 🔵 Let History show a Christian Engineer, Joe Gilberti PE found Earth's most Valuable Gift in Water, Medicine, Food & Energy Production Resources and knowledge and GAVE IT TO THE PEOPLE 💛 💧 Jesus's endless Blue Gold access saved the Gentiles, Jews, Muslims and Humanity, not condemn God's Children he Loves 💛 ⭐ 🍀

 7   2            

**joegilberti2024** Gilberti KT Hypothesis ends world hunger, wars and immigration in days. This BlueGold

🌿 Gilberti KT Hypothesis

Yucatan Meteor tilts Florida Platforms giving Access to Secret Underground Oceans of Earths True & Endless Antioxidant Spring Drinking Water Origins hidden by Sarasota 9/11 Connection, Tampa Florida, EPA, Federal Reserve & UN 50yrs for Global Eugenics! 🌐 Access to ANCIENT SPRINGS 💧🔹

It is my opinion that the water is traveling underground all the way from just below the north pole... maybe like say 13 to 15 degree south of the North Pole... water because of it negative and positive charges is attracted to itself... this is why clouds form... as it travels south it picks up speed because of the shape of our planet... at the equator we are spinning at approximately 1,000 mph... to make that trip would take probably in the area of a couple hundred thousand years... a lot of our minerals at frozen in our ice caps... a lack of toxins would no doubt be because when water freezes it becomes structured water... H3O2 which is why ice float... it expands as it structures that is when it also pushes out all the toxins... Blue Gold waters destination is the equator... I believe it probably resurfaced at the equator from the KT Event and other Historical impacts... most of our weather travels from west to east except at the equator... where it goes the other way... Bringing us these ungodly storms 🌀 It's my opinion that this water with the minerals in it are partially responsible for the charge of this planet... it is no doubt a contributing factor to the forces that produce our weather patterns...... 💧 Ancient Springs ⚫

💧 🔹 The Holy Grail is a Global Gift from Mother Earth through its Biblical metaphor as to accessing Jesus's endless Blue Gold Waters 💧 ⚫ 🔹 (totally different molecular mixture and source) much deeper below from Historical Meteor Impacts per Gilberti KT Hypothesis 💧 💧 So April 3rd 2013 when Engineer Joe Gilberti figured it out (DTH Video by Amps Aquifer Maintenance in Palm Beach) the access to Jesus's endless Blue Gold from KT Event, which just happened to be 500yrs EXACTLY to Ponce de Leon on April 2, 1513 has a much more significant date!!! 💧 Jesus, as described in the New Testament, was most likely crucified on Friday April 3, 33 A.D. The latest investigation, reported in the journal International Geology Review, focused on earthquake activity at the Dead Sea, located 13 miles from Jerusalem ⚫ ⚫ Let History show a Christian Engineer, Joe Gilberti PE found Earth's most Valuable Gift in Water, Medicine, Food & Energy Production Resources and knowledge and GAVE IT TO THE PEOPLE 💧 🔹 Jesus's endless Blue Gold access saved the Gentiles, Jews, Muslims and Humanity, not condemn God's Children he Loves 💧 ⭐ 🌿

 7   2 

**joegilberti2024** Gilberti KT Hypothesis ends world hunger, wars and immigration in days. This BlueGold

**LANDTECH DESIGN GROUP, INC.**
Planning, Engineering & Consulting Services
385 Donora Blvd
Fort Myers Beach, Florida 33931
813-470-6000 Direct
gilbertiwater@gmail.com
www.gilbertibluegold.com

December 25, 2024

James D Taiclet, CEO/President, Lockhead Martin

Lockhead Martin Headquarters: 6801 Rockledge Dr, Bethesda, MD 20817.

Phone: (301)-897-6000

Kelly Ortberg, CEO/President, Boeing

Boeing Headquarters: 929 Long Bridge Dr, Arlington, VA 22202-4208

Phone: (703)-465-3500

Brian Sikes, CEO, Cargill

Cargill Headquarters: 15407 McGinty Rd W, Wayzata, MN 55391, United States

Phone: (952)-742-7575

David A. Ricks, CEO, Eli Lilly

Eli Lilly Headquarters: 893 S Delaware St, Indianapolis, IN 46225

Phone: (317)-276-2000

Alberti Bourla, CEO, Pfizer

Pfizer Headquarters: 66 Hudson Boulevard East New York, NY 10001

Phone: (212)-733-2323

Bill Anderson, CEO, Bayer

Bayer Headquarters: 100 Bayer Blvd, Whippany, NJ 07981

Phone: (862)-404-3000

**SUBJECT:** Gilberti Blue Gold - Partnership Letter of Intent with Cargill, Bayer, Pfizer, Eli Lilly and Lockhead Martin/Boeing on New Food, Agricultural, Medicine, Water Supply, Development Control and National Defense in West Florida from secret underground unique resource at Cecil Daughtrey/Flint Ranches in Sarasota/Arcadia Florida

    **RE:**        **Request to Meet to discuss Partnership/JV**

Dear Consortium,

      Please see attached Regional Infrastructure plans to bring Antioxidant Spring Water showing highest Calcium & Magnesium in a pure endless source located at 9438 Daughtrey Rd, Sarasota Florida 34266 at the end of Clark Road (SR 82).

      I am a 30yr Florida Professional Civil/Mechanical Engineer with mineral rights, access and a 12yr story and timeline to get this opportunity to your attention. Local Government and more are in a huge Fraud Transfer with DOJ and earners who attempted to hide this opportunity from Americans and Florida.

      See attached Workshop letter with my resume, phase 1 infrastructure plans, and unique medicinal readings. This resource is off the chart for endless flow and quality, hence the attack by Sarasota County and Tampa to steal it from two small Ranchers/Farmers who had no idea what was under the land 2000' below in a small area of their few thousand acres of lands.

      My website shows the attacks, and what you need to see is this opportunity for National Defense, New Food, Medicine and Regional Infrastructure plans to bring Antioxidant Spring water and lower water bills, housing booms, etc.

      The Military and most advanced Oil Drillers have been to the property multiple times and verified this as the No1 Resource on Earth. This is your opportunity. We have a need for a large consortium to buy essentially the entire 20miles of Sarasota Lower Myakka Lands East of I-75 to Desoto County up to Mosaic property who knows me very well.

      We fired Greenberg Traurig Dave Weinstein in Tampa for conflicts as I pulled a Phosphate mine permit with FDEP in 2009 and suddenly they shopped us with Tampa locals tied to old groups

who are related to Hulk Hogan, Jason's Hauling, DeBartolo, Lee Pallardy, Thomas Howze and more.

With Manatee Port widening, shown on plans, we can produce Medicine, Foods, Housing and more as well as National Defense per Title 50USC Sec 3 to Revitalize Florida Peninsula CSX supply chains from Manatee-Tampa Ports to South Florida Port Everglades and Miami Ports down I-75 widening plans in works. See Gilberti v Council of National Defense MANDAMUS attached and digital plans at www.GilbertiBlueGold.com for information.

Due to timed events involving Sarasota and Tampa Judges, Commissioners, and many more on my civil rights and a Fraud Transfer with stolen tax base involving Ron Desantis, Rick Scott and Tampa to Naples leaders, the leverage is there to expedite all opportunities in months. It's all ready to go. We just need to meet and call in issues. A converted RV Griffin Reservoir to new Preco Power plant with underground River replacing Peace River is also available in the West Florida project.

We have another in New Jersey to serve New York if we can get the ball rolling in Florida. See Gilberti v United Nations.

Please contact me at your earliest convenience to begin diligence and a hopeful Letter of Intent with Cargill, Eli Lilly, Bayer, Pfizer, and Lockhead Martin/Boeing so I can show you much, much more I cannot disclose that ups the stakes in a Global perspective.

**LANDTECH DESIGN GROUP, INC.**
Sincerely,

Joseph D. Gilberti, PE

President

385 Donora Blvd

Fort Myers Beach, Florida, 33931

**813-470-6000**

Gilbertiwater@gmail.com

www.gilbertibluegold.com

cc: Cecil Daughtrey, Robert Flint, Archdiocese of Miami, Venice, NY, Texas, New Mexico, CT and California

## EXHIBIT A

*Permitted Alignment plans to Peace River Manasota that ties to CSX/Seminole Railway down to Marco Island from Sarasota from EPA hidden Secret underground access to Oceans of Spring Water to the Taps of Millions with Medicine aspects*



Connection from S.R. 72 Clark Road Tri-County Monument at Flint Farms Peace River Loop Option See attached Engineering Plans submitted to FDEP Jon Iglehart Fort Myers Office May 2020 approved by Desoto County and ready to start Construction to serve Taps.

# EXHIBIT D

*Health Scan of Water Readings unique to Human Health and Economic Sustainability to the
South Florida Regions to lower utility costs and taxes*

**ETR** Environmental Testing & Research
Laboratories

**Report #:** 11712156
**Date :** 11/7/2012
**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water
**Client:** Cecil Daughtrey Jr.
**Sample Location:** 9438 Daughtrey Rd
Sidell FL 34266
**Phone** (813) 470-6000

This sample taken by Joe Gilberti. P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| **General Bacteria** | | | |
| Total Coliform | Absent | Animal or Vegetational Bacteria | 0 |
| Fecal/E. Coli | Absent | Animal Bacteria | 0 |
| **MicroAnalysis** | | | |
| MicroAnalysis | See Attached | | |
| **General Chemistry** | | | |
| Sodium | 74.05 mg/L | 20.0 mg/L is Mass. DEP Guideline | 250.0 mg/L |
| Potassium | 4.11 mg/L | A Component of Salt | No Limit |
| Copper | Not Detected | Indicates Plumbing Corrosion | 1.30 mg/L |
| Iron | 0.64 mg/L | Brown Stains, Bitter Taste | 0.30 mg/L |
| Manganese | Not Detected | May Cause Laundry Staining | 0.05 mg/L |
| Magnesium | 71.98 mg/L | A Component of Hardness | No Limit |
| Calcium | 118.28 mg/L | A Component of Hardness | No Limit |
| Arsenic | Not Detected | A Toxic Metal | 0.010 mg/L |
| Lead | Not Detected | A Toxic Metal | 0.015 mg/L |
| Zinc. | Not Detected | A Toxic Metal | 5.0 mg/L |
| pH | 7.49 SU | Acid/Basic Determination | 6.5 - 8.5 SU |
| Turbidity | 0.49 N.T.U. | Presence of Particles | No Limit |
| Color | Not Detected | Clarity (0), Discoloration (15) | 15.0 C.U. |
| Odor | Not Detected | Odor due to Contamination | 3.0 T.O.N. |
| Conductivity | 1771.0 umhos | Electrical Resistance (umhos/cm) | No Limit |
| T.D.S. | 1,082.6 mg/L | Total Dissolved Minerals Present | 500.0 mg/L |
| Sediment | Absent | Undissolved Solids | Present |
| Alkalinity | 170.0 mg/L | Ability to Neutralize acid | No Limit |
| Chlorine | Not Detected | A Disinfectant | 4.0 mg/L |
| Chloride | 206.13 mg/L | A component of salt | 250.0 mg/L |
| Hardness | 991.2 mg/L | 0 - 75 is considered soft | No Limit |
| Nitrate as Nitrogen | 0.29 mg/L | Indicator of Biological Waste | 10.0 mg/L |
| Nitrite as Nitrogen | Not Detected | Indicator of Waste | 1.0 mg/L |
| Ammonia as Nitrogen | 0.497 mg/L | Indicator of Waste | No Limit |
| Sulfate | 851.40 mg/L | A Mineral, Can Cause Odor | 250.0 mg/L |
| **Radiochemistry** | | | |
| Radon in Water | Not Detected | Massachusetts D.E.P. Guideline | 10,000 pCi/L |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested.
Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977    **Page 1 of 3**
info@etrlabs.com    www.etrlabs.com

**LANDTECH DESIGN GROUP, INC**
**813-470-6000**
www.gilbertibluegold.com

# EXHIBIT D
*(Continued)*

**ETR Environmental Testing & Research Laboratories**

Same as Client

**Report #:** 11712156
**Date :** 11/7/2012
**P.O.Number:** 102 Ck

**Matrix:** Well Water
**Client:** Cecil Daughtrey Jr.
**Sample Location** 9438 Daughtrey Rd
Sidell FL 34266
**Phone** (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

**Health Scan Report**

| | Results | Public Drinking Water EPA Limits |
|---|---|---|
| ***Organic Analysis*** | | |
| Benzene | Not Detected | 5.0 ug/L |
| Bromobenzene | Not Detected | No Limit |
| Bromochloromethane | Not Detected | No Limit |
| Bromodichloromethane | Not Detected | No Limit |
| Bromoform | Not Detected | No Limit |
| Bromomethane | Not Detected | No Limit |
| n-Butylbenzene | Not Detected | No Limit |
| sec-Butylbenzene | Not Detected | No Limit |
| tert-Butylbenzene | Not Detected | No Limit |
| Carbon-Tetrachloride | Not Detected | 5.0 ug/L |
| Chlorodibromomethane | Not Detected | No Limit |
| Chloroethane | Not Detected | No Limit |
| Chloroform | Not Detected | No Limit |
| Chloromethane | Not Detected | No Limit |
| 1,2-Chlorotoluene | Not Detected | No Limit |
| 1,4-Chlorotoluene | Not Detected | No Limit |
| 1,2-Dibromo-3-chloropropane | Not Detected | No Limit |
| Dibromomethane | Not Detected | No Limit |
| 1,2-Dibromomethane | Not Detected | No Limit |
| 1,3-Dichlorobenzene | Not Detected | No Limit |
| 1,2-Dichlorobenzene | Not Detected | 600.0 ug/L |
| 1,4-Dichlorobenzene | Not Detected | 5.0 ug/L |
| Dichlorodifluoromethane | Not Detected | No Limit |
| 1,1-Dichloroethane | Not Detected | No Limit |
| 1,2-Dichloroethane | Not Detected | 5.0 ug/L |
| 1,1-Dichloroethylene | Not Detected | 7.0 ug/L |
| cis-1,2-Dichloroethene | Not Detected | 70.0 ug/L |
| trans-1,2-dichloroethene | Not Detected | 100.0 ug/L |
| 1,2-Dichloropropane | Not Detected | 5.0 ug/L |
| 1,3-Dichloropropane | Not Detected | No Limit |
| 2,2-Dichloropropane | Not Detected | No Limit |
| 1,1-Dichloropropene | Not Detected | No Limit |
| 1,3-Dichloropropene | Not Detected | No Limit |
| trans-1,3-Dichloropropene | Not Detected | No Limit |
| Ethylbenzene | Not Detected | 700.0 ug/L |
| Fluorotrichloromethane | Not Detected | No Limit |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977    **Page 2 of 3**
info@etrlabs.com    www.etrlabs.com

8    **LANDTECH DESIGN GROUP, INC**
813-470-6000
www.gilbertibluegold.com

## EXHIBIT D
*(Continued)*



**Report #:** 11712156
**Date :** 11/7/2012
**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water
**Client:** Cecil Daughtrey Jr.
**Sample Location** 9438 Daughtrey Rd
Sidell FL 34266
**Phone** (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

### Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| Hexachlorobutadiene | Not Detected | | No Limit |
| Isopropylbenzene | Not Detected | | No Limit |
| Methyl-t-Butyl Ether (MTBE) | Not Detected | Massachusetts DEP Limit | 70.0 ug/L |
| p-Isopropyltoluene | Not Detected | | No Limit |
| Methylene Chloride | Not Detected | | 5.0 ug/L |
| Monochlorobenzene | Not Detected | | 100.0 ug/L |
| Napthalene | Not Detected | | No Limit |
| n-Propylbenzene | Not Detected | | No Limit |
| Styrene | Not Detected | | 100.0 ug/L |
| 1,1,1,2-Tetrachloroethane | Not Detected | | No Limit |
| 1,1,2,2-Tetrachloroethane | Not Detected | | No Limit |
| Tetrachloroethylene | Not Detected | | 5.0 ug/L |
| Toluene | Not Detected | | 1000.0 ug/L |
| 1,2,3-Trichlorobenzene | Not Detected | | No Limit |
| 1,2,4-Trichlorobenzene | Not Detected | | 70.0 ug/L |
| 1,1,1-Trichloroethane | Not Detected | | 200.0 ug/L |
| 1,1,2-Trichloroethane | Not Detected | | 5.0 ug/L |
| Trichloroethylene | Not Detected | | 5.0 ug/L |
| 1,2,3-Trichloropropane | Not Detected | | No Limit |
| 1,2,4-Trimethylbenzene | Not Detected | | No Limit |
| 1,3,5-Trimethylbenzene | Not Detected | | No Limit |
| Vinyl Chloride | Not Detected | | 2.0 ug/L |
| o-Xylene | Not Detected | | T. Xylenes 10K ug/ |
| m+p Xylenes | Not Detected | | T. Xylenes 10K ug/ |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977    **Page 3 of 3**
info@etrlabs.com    www.etrlabs.com

**LANDTECH DESIGN GROUP, INC**
813-470-6000
www.gilbertibluegold.com

## EXHIBIT E
### FDEP Fort Myers Lee County- Record Permitting



**FLORIDA DEPARTMENT OF**
**Environmental Protection**

South District
PO Box 2549
Fort Myers FL 33902-2549
SouthDistrict@FloridaDEP.gov

Ron DeSantis
Governor

Jeanette Nuñez
Lt. Governor

Noah Valenstein
Secretary

October 19, 2020

Joseph Gilberti, P.E.
gilbertiwater@gmail.com

Re:    DeSoto County – Potable Water
       Facility Name  Closer to the Heart
       Facility ID: 6142734
       DEP Application No.  78714-026-DS

Dear Mr Gilberti:

Thank you for your application for your concern about the processing of your application for the Closer to the Heart Project  We asked for signatures from the utility on the application form, a Public Service Commission Certification and authorization from the owners of the lands the water line will go through. You requested a dryline permit to allow for more time to secure the authorizations  All permits are issued with these authorizations.  Dryline permits are issued when critical facilities (such as pump stations and treatment facilities) have not been built.

These are the reasons we need the authorizations:

   Your project will provide water to the Peace River Manasota Regional Water Supply Authority. This utility must sign the application to bind itself to ensure proper operation.

   We need approval from the owners of the properties where the pipeline will be installed. The Department may not convey any rights, privileges, title of other entities' properties  That permission must come from the property owner.

   We need a copy of the Public Service Commission's (PSC) certificate authorizing you to provide the water service. This certificate is required for every public water system in DeSoto County  This certificate grants you the service territory for water. Without the certificate the Department may not issue a permit

   Without these approvals, any permit the Department issues will not meet the minimum requirements for water systems  Our intent is to permit projects that meet the basic requirements  When the project conforms to the rules, we can successfully defend challenges in court

I also asked by email on June 24 about plans and construction though the wetlands as well as diameters for flushing stations. These questions are not as critical as securing the authorizations  I can authorize up to 90 more days for you to provide the authorizations. Please let me know if you need it.

I hope this letter clarifies the Department's needs for permitting.

Sincerely.

Nolin Moon
Environmental Administrator

**LANDTECH DESIGN GROUP, INC**
**813-470-6000**
www.gilbertibluegold.com



# Exhibit A

George W. Bush 911/Sarasota Connection tied to hiding Primary
Water Access Knowledge and an attempt to destroy aqueducts
under The Twin Towers

LandTech Design Group, Inc
385 Donora Blvd
Fort Myers Beach, FL 33931
813-470-6000
239-980-3149
GilbertiWater@gmail.com
GilbertiBlueGold.com

October 17, 2024

**Subject:** Gilberti Blue Gold - Antioxidant Spring Water (900MGD) to New York City to save $100mil/day via failing Aqueducts 1,2, and 3

**RE:** Gilberti v 9/11 George Bush Sarasota Connection filed in US District Court of Southern New York - Case No. 24-cv-07180 Mandamus shows Organized Fraud by Leaders/Media to hide PRIMARY WATER ACCESS from THE PEOPLE

**Dear George W. Bush,**

Enclosed herewith are Gilberti v Bush et al lawsuits and Mandamus filings regarding 'Unique endless Primary Spring Water' access in Sarasota to serve Tampa to Miami per our FDEP/FDOT phase 1 permitting and future alignment plans, as well as a Study from New Jersey at Watchung Mountain (Washington Rock) to New York City.

We are asking you to expose both projects under attack by a gang of Terrorist Lawyers, Judges, State Attorneys caught in timed Terrorist events that ultimately pointed their efforts at you.

The explanation and timing are described in the filings.  I don't know if you have been setup by current leaders and Dissemination but if you help open these Global unique medicine and water supply infrastructure projects it would help clear up a lot of ongoing crimes in Sarasota to Tampa thru Judges you appointed or are shown associated with through Carlton Family and more these past 12yrs.

The Nation needs your help as Trump, Obama, Given, Harris are too scared to help or are part of the problem.

You can come to the property in Sarasota at 9438 Daughtrey Road, Sarasota, FL 34266, do a YouTube video with our team and Farmer/Ranchers Cecil Daughtrey and Robert Flint.  We have Full control, mineral rights and major infrastructure plans.  We have knowledge and other information for Lockheed Martin/Boeing our consultant work for.

We need to expose this Sarasota, Tampa to Naples gang involving attacks by DeSantis, Rick Scott and more since the find and submissions to FDEP, ACOE, Peace River Manasota Water Authority and local Hospitals, Commissioners and Courts.

We met with Mayor Eric Adams office on above regarding aqueduct attacks during 9/11. Due to your knowledge of Oil drilling past Primary Water access, Smith Mundt Act Mod HR 5736, and being in Sarasota during attack near the No1 Blue Gold Resource (See Blue Gold Bush

Family Water Wars) on Earth at Daughtrey Ranch, I am compelled to send you an opportunity to clear up any potential involvement of the past and any notions in the complaints

The past 12yrs of Obama, Trump, Biden, DeSantis, Rick Scott with Sarasota Judges, Sheriffs, Tampa Lee Pallardy, Thomas Howze, Kenny Harrison of 72 Partners and Greenberg Traurig with DOJ across Sarasota-Tampa to Broward Florida put us and THE PEOPLE in this horrific situation that can ultimately be fixed in days.

I am trying to help you here, so come to the Property immediately to clear this up and open both projects and much more!

Sincerely,

Joseph Gilberti, PE
385 Donora Blvd
Fort Myers Beach, FL 33931
813-470-6000
239-980-3149
GilbertiWater@gmail.com
GilbertiBlueGold.com

https://www.dropbox.com/scl/fi/1zuxxytcpxam5ntrbiq3h/New-York-State-Society-of-Professional-Engineers-Letter.pdf?rlkey=8atzr0i8m71q9yd9vuxng4tug&st=7qkw0kn7&dl=0

## EXHIBIT "A".

Impeaching George W. Bush, President of the United States, of high
crimes and misdemeanors.

---

### IN THE HOUSE OF REPRESENTATIVES

June 10, 2008

Mr. Kucinich submitted the following resolution

June 11, 2008

By motion of the House. referred to the Committee on the Judiciary

---

### RESOLUTION

Impeaching George W. Bush, President of the United States, of high
crimes and misdemeanors.

Resolved, That President George W. Bush be impeached for high
crimes and misdemeanors, and that the following articles of impeachment
be exhibited to the United States Senate:
Articles of impeachment exhibited by the House of Representatives
of the United States of America in the name of itself and of the people
of the United States of America, in maintenance and support of its
impeachment against President George W. Bush for high crimes and
misdemeanors.

23

In his conduct while President of the United States, George W.
Bush, in violation of his constitutional oath to faithfully execute the
office of President of the United States and, to the best of his
ability, preserve. protect. and defend the Constitution of the United
States, and in violation of his constitutional duty to take care that
the laws be faithfully executed, has committed the following abuses of
power.

Article I--Creating a Secret Propaganda Campaign To Manufacture a False
Case for War Against Iraq

In his conduct while President of the United States, George W.
Bush. in violation of his constitutional oath to faithfully execute the
office of President of the United States and, to the best of his
ability, preserve, protect, and defend the Constitution of the United
States, and in violation of his constitutional duty under article II,
section 3 of the Constitution ``to take care that the laws be
faithfully executed", has both personally and acting through his
agents and subordinates, together with the Vice President, illegally
spent public dollars on a secret propaganda program to manufacture a
false cause for war against Iraq.
The Department of Defense (DOD) has engaged in a years-long secret
domestic propaganda campaign to promote the invasion and occupation of
Iraq. This secret program was defended by the White House Press
Secretary following its exposure. This program follows the pattern of
crimes detailed in articles I, II, IV, and VIII. The mission of this
program placed it within the field controlled by the White House Iraq
Group (WHIG). a White House task-force formed in August 2002 to market
an invasion of Iraq to the American people. The group included Karl
Rove, I. Lewis Libby, Condoleezza Rice, Karen Hughes, Mary Matalin,
Stephen Hadley, Nicholas E. Calio, and James R. Wilkinson.
The WHIG produced white papers detailing so-called intelligence of
Iraq's nuclear threat that later proved to be false. This supposed
intelligence included the claim that Iraq had sought uranium from Niger
as well as the claim that the high strength aluminum tubes Iraq
purchased from China were to be used for the sole purpose of building
centrifuges to enrich uranium. Unlike the National Intelligence
Estimate of 2002. the WHIG's white papers provided ``gripping images
and stories" and used ``literary license" with intelligence. The
WHIG's white papers were written at the same time and by the same
people as speeches and talking points prepared for President Bush and
some of his top officials.
The WHIG also organized a media blitz in which. between September
7-8, 2002, President Bush and his top advisers appeared on numerous
interviews and all provided similarly gripping images about the
possibility of nuclear attack by Iraq. The timing was no coincidence,
as Andrew Card explained in an interview regarding waiting until after
Labor Day to try to sell the American people on military action against

Unique Code : CAA-FBN-BUAJJ-CAJJJBADJ-IBJEdJ-C Page 25 of 161

Iraq, ``From a marketing point of view, you don't introduce new products in August.''.

September 7-8, 2002:

NBC's ``Meet the Press'': Vice President Cheney accused Saddam of moving aggressively to develop nuclear weapons over the past 14 months to add to his stockpile of chemical and biological arms.

CNN: Then-National Security Adviser Rice said, regarding the likelihood of Iraq obtaining a nuclear weapon. ``We don't want the smoking gun to be a mushroom cloud.''.

CBS: President Bush declared that Saddam was ``six months away from developing a weapon'', and cited satellite photos of construction in Iraq where weapons inspectors once visited as evidence that Saddam was trying to develop nuclear arms.

The Pentagon military analyst propaganda program was revealed in an April 20, 2002, New York Times article. The program illegally involved ``covert attempts to mold opinion through the undisclosed use of third parties''. Secretary of Defense Donald Rumsfeld recruited 75 retired military officers and gave them talking points to deliver on Fox, CNN, ABC, NBC, CBS, and MSNBC, and according to the New York Times report, which has not been disputed by the Pentagon or the White House, ``Participants were instructed not to quote their briefers directly or otherwise describe their contacts with the Pentagon.''.

According to the Pentagon's own internal documents, the military analysts were considered ``message force multipliers'' or ``surrogates'' who would deliver administration ``themes and messages'' to millions of Americans ``in the form of their own opinions''. In fact, they did deliver the themes and the messages but did not reveal that the Pentagon had provided them with their talking points. Robert S. Bevelacqua, a retired Green Beret and Fox News military analyst described this as follows: ``It was them saying, `We need to stick our hands up your back and move your mouth for you.'.''.

Congress has restricted annual appropriations bills since 1951 with this language: ``No part of any appropriation contained in this or any other Act shall be used for publicity or propaganda purposes within the United States not heretofore authorized by the Congress.''.

A March 21, 2005, report by the Congressional Research Service states that ``publicity or propaganda'' is defined by the U.S. Government Accountability Office (GAO) to mean either (1) self-aggrandizement by public officials, (2) purely partisan activity, or (3) ``covert propaganda''.

These concerns about ``covert propaganda'' were also the basis for the GAO's standard for determining when government-funded video news releases are illegal:

``The failure of an agency to identify itself as the source of a prepackaged news story misleads the viewing public by encouraging the viewing audience to believe that the broadcasting news organization developed the information. The prepackaged news stories are

25

purposefully designed to be indistinguishable from news segments broadcast to the public. When the television viewing public does not know that the stories they watched on television news programs about the government were in fact prepared by the government, the stories are, in this sense, no longer purely factual--the essential fact of attribution is missing.''.

The White House's own Office of Legal Council stated in a memorandum written in 2005 following the controversy over the Armstrong Williams scandal:

``Over the years, GAO has interpreted `publicity or propaganda' restrictions to preclude use of appropriated funds for, among other things, so-called `covert propaganda'. . . . Consistent with that view, the OLC determined in 1988 that a statutory prohibition on using appropriated funds for `publicity or propaganda' precluded undisclosed agency funding of advocacy by third-party groups. We stated that `covert attempts to mold opinion through the undisclosed use of third parties' would run afoul of restrictions on using appropriated funds for `propaganda'.''.

Asked about the Pentagon's propaganda program at White House press briefing in April 2008, White House Press Secretary Dana Perino defended it, not by arguing that it was legal but by suggesting that it ``should'' be: ``Look. I didn't know look. I think that you guys should take a step back and look at this look, DOD has made a decision, they've decided to stop this program. But I would say that one of the things that we try to do in the administration is get information out to a variety of people so that everybody else can call them and ask their opinion about something. And I don't think that that should be against the law. And I think that it's absolutely appropriate to provide information to people who are seeking it and are going to be providing their opinions on it. It doesn't necessarily mean that all of those military analysts ever agreed with the administration. I think you can go back and look and think that a lot of their analysis was pretty tough on the administration. That doesn't mean that we shouldn't talk to people.''.

In all of these actions and decisions, President George W. Bush has acted in a manner contrary to his trust as President and Commander in Chief, and subversive of constitutional government, to the prejudice of the cause of law and justice and to the manifest injury of the people of the United States. Wherefore, President George W. Bush, by such conduct, is guilty of an impeachable offense warranting removal from office.

Article II--Falsely, Systematically, and With Criminal Intent Conflating the Attacks of September 11, 2001 With Misrepresentation of Iraq as an Imminent Security Threat as Part of a Fraudulent Justification for a War of Aggression

In his conduct while President of the United States. George W.

26

Bush, in violation of his constitutional oath to faithfully execute the office of President of the United States and, to the best of his ability, preserve, protect, and defend the Constitution of the United States, and in violation of his constitutional duty under article II. section 3 of the Constitution ``to take care that the laws be faithfully executed'', has both personally and acting through his agents and subordinates, together with the Vice President, executed a calculated and wide-ranging strategy to deceive the citizens and Congress of the United States into believing that there was and is a connection between Iraq and Saddam Hussein on the one hand, and the attacks of September 11, 2001, and al Qaeda, on the other hand, so as to falsely justify the use of the United States Armed Forces against the nation of Iraq in a manner that is damaging to the national security interests of the United States, as well as to fraudulently obtain and maintain congressional authorization and funding for the use of such military force against Iraq, thereby interfering with and obstructing Congress's lawful functions of overseeing foreign affairs and declaring war.

The means used to implement this deception were and continue to be, first, allowing, authorizing and sanctioning the manipulation of intelligence analysis by those under his direction and control, including the Vice President and the Vice President's agents, and second, personally making, or causing, authorizing and allowing to be made through highly-placed subordinates, including the President's Chief of Staff, the White House Press Secretary and other White House spokespersons, the Secretaries of State and Defense, the National Security Advisor, and their deputies and spokespersons, false and fraudulent representations to the citizens of the United States and Congress regarding an alleged connection between Saddam Hussein and Iraq, on the one hand, and the September 11th attacks and al Qaeda, on the other hand, that were half-true, literally true but misleading, and/or made without a reasonable basis and with reckless indifference to their truth, as well as omitting to state facts necessary to present an accurate picture of the truth as follows:

(1) On or about September 12, 2001, former terrorism advisor Richard Clarke personally informed the President that neither Saddam Hussein nor Iraq was responsible for the September 11th attacks. On September 18, Clarke submitted to the President's National Security Adviser Condoleezza Rice a memo he had written in response to George W. Bush's specific request that stated: (1) the case for linking Hussein to the September 11th attacks was weak; (2) only anecdotal evidence linked Hussein to al Qaeda; (3) Osama Bin Laden resented the secularism of Saddam Hussein; and (4) there was no confirmed reporting of Saddam Hussein cooperating with Bin Laden on unconventional weapons.

(2) Ten days after the September 11th attacks the President received a President's Daily Briefing which indicated that the

27

U.S. intelligence community had no evidence linking Saddam
Hussein to the September 11th attacks and that there was
``scant credible evidence that Iraq had any significant
collaborative ties with Al Qaeda''.

(3) In Defense Intelligence Terrorism Summary No. 044-02,
issued in February 2002, the United States Defense Intelligence
Agency cast significant doubt on the possibility of a Saddam
Hussein-al Qaeda conspiracy: ``Saddam's regime is intensely
secular and is wary of Islamic revolutionary movements.
Moreover, Baghdad is unlikely to provide assistance to a group
it cannot control.''.

(4) The October 2002 National Intelligence Estimate gave a
``Low Confidence'' rating to the notion of whether ``in
desperation Saddam would share chemical or biological weapons
with Al Qaeda''. The CIA never informed the President that
there was an operational relationship between al Qaeda and
Saddam Hussein; on the contrary, its most ``aggressive''
analysis contained in ``Iraq and al-Qa'ida: Interpreting a
Murky Relationship'' dated June 21, 2002, was that Iraq had had
``sporadic, wary contacts with al-Qa'ida since the mid-1990s
rather than a relationship with al-Qa'ida that has developed
over time''.

(5) Notwithstanding his knowledge that neither Saddam
Hussein nor Iraq was in any way connected to the September 11th
attacks, the President allowed and authorized those acting
under his direction and control, including Vice President
Richard B. Cheney and Lewis Libby, who reported directly to
both the President and the Vice President, and Secretary of
Defense Donald Rumsfeld, among others, to pressure intelligence
analysts to alter their assessments and to create special units
outside of, and unknown to, the intelligence community in order
to secretly obtain unreliable information, to manufacture
intelligence or reinterpret raw data in ways that would further
the Bush administration's goal of fraudulently establishing a
relationship not only between Iraq and al Qaeda, but between
Iraq and the attacks of September 11th.

(6) Further, despite his full awareness that Iraq and
Saddam Hussein had no relationship to the September 11th
attacks, the President, and those acting under his direction
and control have, since at least 2002 and continuing to the
present, repeatedly issued public statements deliberately
worded to mislead, words calculated in their implication to
bring unrelated actors and circumstances into an artificially
contrived reality thereby facilitating the systematic deception
of Congress and the American people. Thus the public and some
members of Congress, came to believe, falsely, that there was a
connection between Iraq and the attacks of 9/11. This was
accomplished through well-publicized statements by the Bush

28

Administration which contrived to continually tie Iraq and 9/11
in the same statements of grave concern without making an
explicit charge:

(A) ``[If] Iraq regimes [sic] continues to defy us.
and the world, we will move deliberately, yet
decisively, to hold Iraq to account. . . . It's a new
world we're in. We used to think two oceans could
separate us from an enemy. On that tragic day,
September the 11th. 2001, we found out that's not the
case. We found out this great land of liberty and of
freedom and of justice is vulnerable. And therefore we
must do everything we can--everything we can--to secure
the homeland, to make us safe." Speech of President
Bush in Iowa on September 16, 2002.

(B) ``With every step the Iraqi regime takes toward
gaining and deploying the most terrible weapons, our
own options to confront that regime will narrow. And if
an emboldened regime were to supply these weapons to
terrorist allies, then the attacks of September 11th
would be a prelude to far greater horrors." March 6,
2003, Statement of President Bush in National Press
Conference.

(C) ``The battle of Iraq is one victory in a war on
terror that began on September the 11, 2001--and still
goes on. That terrible morning, 19 evil men--the shock
troops of a hateful ideology--gave America and the
civilized world a glimpse of their ambitions. They
imagined, in the words of one terrorist, that September
the 11th would be the `beginning of the end of
America'. By seeking to turn our cities into killing
fields, terrorists and their allies believed that they
could destroy this nation's resolve, and force our
retreat from the world. They have failed." May 1,
2003, Speech of President Bush on U.S.S. Abraham
Lincoln.

(D) ``Now we're in a new and unprecedented war
against violent Islamic extremists. This is an
ideological conflict we face against murderers and
killers who try to impose their will. These are the
people that attacked us on September the 11th and
killed nearly 3,000 people. The stakes are high, and
once again. we have had to change our strategic
thinking. The major battleground in this war is Iraq."
June 28, 2007, Speech of President Bush at the Naval
War College in Newport, Rhode Island.

(7) Notwithstanding his knowledge that there was no
credible evidence of a working relationship between Saddam
Hussein and al Qaeda and that the intelligence community had

29



I

112TH CONGRESS
2D SESSION

# H. R. 5736

To amend the United States Information and Educational Exchange Act of 1948 to authorize the domestic dissemination of information and material about the United States intended primarily for foreign audiences, and for other purposes.

---

## IN THE HOUSE OF REPRESENTATIVES

MAY 10, 2012

Mr. THORNBERRY (for himself and Mr. SMITH of Washington) introduced the following bill; which was referred to the Committee on Foreign Affairs

---

# A BILL

To amend the United States Information and Educational Exchange Act of 1948 to authorize the domestic dissemination of information and material about the United States intended primarily for foreign audiences, and for other purposes.

1  *Be it enacted by the Senate and House of Representa-*
2  *tives of the United States of America in Congress assembled,*

3  **SECTION 1. SHORT TITLE.**

4  This Act may be cited as the "Smith-Mundt Mod-
5  ernization Act of 2012".

---

2

1  **SEC. 2. DISSEMINATION ABROAD OF INFORMATION ABOUT**
2  **THE UNITED STATES.**

3  (a) UNITED STATES INFORMATION AND EDU-
4  CATIONAL EXCHANGE ACT OF 1948.—Section 501 of the
5  United States Information and Educational Exchange Act

🔒 govinfo.gov

4:16    LTE


**Sarasota Magazine**

News & City Life  >  More News & City Life  >  Will \



**9/11**

# Will We Ever Know the True Story Behind Sarasota's Connection to 9/11?



AA    🔒 sarasotamagazine.com    ✕

"They know that the Northern [...] covered in ice, a la *The Day After Tomorrow* or it will be too arid and erratic, that the only tolerable living conditions will exist south of the border, writes the Vidiot. "The land Bush is rumored to have purchased is smack dab over an aquifer as well as dead close to a good source of natural gas. On top of that, there's a huge chunk of land right next door that's owned by the Bush family good buddy Sun Myong Moon of the infamous Moonies ... It's perfect. They will have water, they will have gas, they have a military contingent there to fight off the locals, they could do whatever they wanted AND not get extradited to The Hague."

Paranoia aside, there was another thread that tended to link most of the blog coverage — that is, the "coincidence" that Jenna Bush "just happened" recently "to visit" Paraguay.

"For me, the news that Jenna Bush had become a UNICEF ambassador was already a disconnect of baroque proportions," writes skdadl at Peace, order and good government, eh? "And Jenna as any kind of secret political emissary seems to me to lift this story right off into the rococo. But then, as Scott Fitzgerald once said, the rich aren't like us, so what would I know?"



President Bush Meets with President Lugo of Paraguay

Home > News & Policies > October 2008

**President Bush Meets with President Lugo of Paraguay**

President George W. Bush and Paraguay's President Fernando Lugo shake hands Monday, Oct. 27, 2008, during their meeting with reporters in the Oval Office. White House photo by Eric Draper **full story**

**WHITE HOUSE PHOTOS**

President | Vice President | Mrs Bush | Mrs Cheney | Photo Essays





# Inside the Oval

When Bush became DCI, he insisted upon direct access to President Ford. He usually edited the President's Daily Brief or briefed at National Security Council meetings in order to convey CIA's analysis directly to the President.



AA          🔒 cia.gov          ↻



In 1981, Bush became President Ronald Reagan's vice president. He brought with him a deep appreciation for the President's Daily Brief (PDB) and read it avidly throughout his vice presidency. When Bush became the 41st President of the United States in 1989, he made a CIA briefing his first order of daily business in the Oval Office. "The reason I like to get intelligence from you folks is that I know you tell it like you see it," he said. "You have no policy axe to grind and you are absolutely discreet."

George H.W. Bush served as Director of Central Intelligence (DCI) from January 1976 to January 1977, just ten days shy of one full year. Though his tenure was limited, his

SCIFY

2024 SEP 20 PM 3:25

US District Court of New York

Southern District

New York, NY

Case No. _____
(NEW MANDAMUS)

Joseph D. Gilbeath, P.E.          See: Fla Cir 15: 50-2023-CA-016965-MS

Petitioner,                       "911 Bush Sarasota Connection"

v.                                'Organized DOJ Fraud'

                                  [Water Wars]
George W. Bush; Council of National                Terrorism

Defense; Natural Resource Defense Council; Army Corps of Engineers;

US Congress; US Senate; Federal Bureau of (FBI)

Investigation; Department of the State; Department of Energy;

Environmental Protection Agency (EPA); Department of Justice;

Department of Home Land Security; National Guard; Office of the USA

President; Secretary of Army; Department of Interior.

          Respondents

                              [www: GilbeathAlxGold.com]
                                       813-470-6000

          Petition for Writ of Mandamus

Comes Now, Petitioner, Joseph D. Gilbeath, PE., pursuant to FROP,

hereby files A Petition for Writ of Mandamus' for Respondents to test

two unique Endless 'Primary Water' resources in New Jersey to serve New York,

And Sarasota Farms. Incorporate Palm Beach complaint via Gilbeath v

George Bush, et al to this Writ (MSE: 50-2023-CA-016963-MB) in Cir 15

Palm Beach County, Florida, regarding 9-11 Bush Sarasota Connection

where Tampa/Sarasota Judges; Judge Donna Marie Padar, ARE Attacking

both Florida/NY Primary Water' to kill Americans, maintain Wars, hiding Sustainable

Global Water Supply Knowledge; (1) pointing at Veen Buchanan/George Bush/Obama

<u>I. Facts</u>

(1) Petitioner is a Licensed Professional Civil/Infrastructure Engineer in Florida on Global/USA and FDOT/Ports/Harbors/Resources/Master projects for Land Development for over 30 yrs. (PE #56079) working with Deaver & Moore 1945 or 1980's, headquarters, Sara, Fl.

(2) Petitioner has been subbed by this 9-11 Sarasota/Tampa "organized Terrorist gang" of Lawyers/Judges, Desantis, Obama, Trump, Harris, Biden coup to suppress "Global Primary Water" access for 12 yrs, ongoing.

(3) George Bush is tied to 9-11 per <u>Articles of Impeachment by US Congress</u> shown on <u>Gilberti v George Bush</u>, et al in Cir 15, in a Circuit Court, CASE 50-2023-CA-016963-MB. This simple complaint shows Bush Family tied to 9-11, Blue Gold Water Wars, CIA South Murder Act with Alumni from Yale/Harvard and Notre Dame still attacking with Judge Donna Marie Pader (Fraud) Histrian see Sarasota Case 2021 CF 27559 NC, appointed by Bush Family, Pader is known as an angry woman who hates America, Men, Women and Children. Attacking all Humanity in open Court. See JRC 24-777. See <u>Gilberti v. FBI</u>, et al, <u>Gilberti v Trump</u>, et al, <u>Gilberti v Elon Musk, Mark Cuban</u>, et al. demonstrating an "Organized Lawyer" coup of Misfits tied to Title 22 USC (§1461-1a) and <u>HR 5736</u> Smith Murdt Act Moe of Cosi, initiated the week Petitioner exposed "Endless Primary Drinking Water (antioxidant)" to Nations/USA Taps, desert areas <u>"No need for Rain for Water Supply"</u>
<u>(ENDLESS ACCESS DEEP BELOW)</u>

(4) Respondents have <u>FAILED</u> the USA People with Media to hide Global Peace Knowledge. (2) This case is long overdue. Takes Men!

## II. Statement of Jurisdictal Basis

- (5) This court has jurisdiction pursuant to Article III, Section 2, of the United States Constitution which empowers this court to set, "All cases in law and equity, arising under [the] Constitution." Issuance of writ of Mandamus in aid of such jurisdiction is Authorized by 28 U.S. Code 1651.

## III. Federal and State Constitutional Provisions

- (6) All persons born or naturalized in the United States, And subject to the jurisdiction thereof, are citizens of the United States and the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of Citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.
  U.S. Const. Amend. XIV, § 1.

## IV. Legal Standard

- (7) A writ of Mandamus is an extraordinary remedy, its issuance is appropriate when necessary to vindicate the rights of citizens when a government agency or official has refused to perform a ministrial duty that the petitioner has established a clear legal right to see performed. "Respondents have purposely ignored / Attacked the Resources and Avenues (NOT EVERYONE). These 'Primary Water' Access points demonstrate deep underground 'Global Antioxidant Spring Water Oceans' hidden by 911 Sacred's Connection/Judges/Lawyers tied to Von Buchman/Bush to creat (3) WARS, Food, Energy, Mignting, crisis.

## V. Take Judicial Notice

- (8) Petitioner request this court and Respondants to take Judicial Notice of the following State and Federal cases, House HR 5736 Resolutions and US Constitutional Titles related to the "ongoing systematic organized attack" to suppress in many Warfare forms" over a Surveillance group in the New York, Security Complex Myers, Naples area and fairs and towns, Incars, Courts a represents since April 3 2013 or thence. Since exposure by civil Professional Lifeguards, Fire Control, the State/Federal Agency FDEP Telecommunications permits in Sarasota. Ties to USS Blue Gold Water Teams, CIA-Secret Head taps, 9th Surveillance Commercial no.

① Palm Beach County CM 15 — Gilberti v. George Bush, et al
   (attack by Gladbrag)          Case 50-2023-CA-016963-MB
   (Taxing of Natural/Right)          (Gladbrag attacked by Sarasota)
              Media                              Judges

② Sarasota cases: 2021 CF 07359 NC   State v. Gilberti   (ARREST PADV/N
   (Attack by Obama,)        2021 CM 3339 NC   72 v. Gilberti/FDOT, et al
   (Pick Sastoy Tires, etc.)  2019 CA 04332 NC   Gilberti v. Kollmores
   (Destroy Move Liens)      2011 CA 04209 NC   72 v. Dowling

③ Federal Cases:   Gilberti v. Elon Musk, et al
   (Attacked by Crooked)   Gilberti v. Council of National Defense, et al
   (Judges/Salvatore tip)   Gilberti v. United Nations, et al
                            Gilberti v. National Guard, et al
                            Gilberti v. Pentagon, et al
                            Gilberti v. Federal Reserve, et al

## VI. Statement of Case / Request for Relief

(9) The <u>Gilbert v. George Bush</u> case in CA 15 Palm Beach County Case 50-2023-CA-010963-MB was never secured as the "organized attack" by Sarasota DOT comprised of while stealing lands in a "Final Transfer". See <u>Gilbert v. 72 Partners, LLC</u> case 2019 CA 04532 NC, (DIN 197) decribing the illegal <u>Land Grab</u> by CA12 Judge ____, Judge Dennis Bailey and 16 more subpeonied in case 2.21 CF 07559 NC. The <u>Gilbert v. George Bush, etal</u> case has plans for New York/New Jersey as well at Donald Resource located at Cecil Daughery Road at 9438 Daughery Rd Sarasota, FL 34266. The verbie. No 1 "Primary Water" access in Entity verified by consultants for Lockheed Martin/Boeing in 2013, in Sarasota!
<u>SEE EXHIBIT A & B</u>

(10) The Twin Towers were hit by two diaplanes, but 3-buildings went down (Bldg 7) over very old failing /crumbling aqueducts system from Catskill Mountains. Meeting held at Governor's Island at New York City Hall with Mayor Eric Adams/Negotiators on 2-2-23; with Petitioner, Joe Gilbert, P.E, Marine Anthony Morris (NJ) and Queens Sal Baretta, presented friends with Mayor Adams on a 900 MGD delivery of "Primary Water" and <u>9-11 Survivor's Bush</u> (see news) Connection to George/Florida <u>Water WARS</u>. (See EXHIBIT 'A')

(11) George H.W. Bush is tied to CIA, Smith Mundt Act of 1948, HR 5736 Smith Mundt Act M.d 2012, with Title 22 USC(§ 1461-1a) going against Title 18 USC § 241-242 § 371 and Title 15 USC (§§1151-1157). <u>George</u> W. Bush/Trinity purchased 100,000 acres next to Grani River, Paragua. "Primary Water!"                    (5)

<u>**VII.**</u> _Request for Relief(cont)_

(12) The US Congress file <u>Articles of Impeachment</u> requiring 9-11 George Bush dissimination, land, oil and water rights stolen from an entire Nation because two Loser's flew airplanes. <u>WE THE PEOPLE</u> are the <u>LAND OF THE FREE</u>, not a land who uses TV, Internet to bomb entire cities of Chicken for two 'terrorism buildings in NY. + B'ldg 7? Title 18 USC - Dissamtion!

"Take Notice"

(13) If the Aqueducts would have collapse that summer, Sept. 11, 2001 (Aqueduct Maintenance only Allowed in Frozen/Winter), over 9million people could have perished in 5days. While George Bush, with today's Sarasota/Florida Judges, Bloomberg Trustees continue to Attempt to secure wells at Daughtrey/Gilbrech/Flint property. They have <u>failed</u> and are still hiding Same issues See <u>Gilbrech v Secret Service</u>, et al, <u>Gilbrech v Trump</u>, et al, <u>Gilbrech v. Harris</u>, et al in DC, while Judge Peter, Walker, Sarasota still Attack USA/Gilbrechs.

<u>RELIEF IS EASY</u>

(14) Petitioner request BOTH New Jersey and Florida 'Primary Water Access' be verified by Respondents And George/Jeb/Marvin ~~Takes~~ <sup>Takes 1-hr</sup> Bush to <u>CLEAN UP THE 9-11 CONNECTION</u> and bless (VERIFY!) both sites with the Catholic Church/Pope/Arch. Diocese of NY and Miami who have the tiles. Redeem America and Allow US Military/National Guard/ACOE install backbone Infrastructure, open 100's more wells USGS, Gilbrech's team of Engineers/Consultants ready to Move Fast. Open More in Middle East, Mexico to END WARS, HUNGER, MIGRATION. Help Southern Californians, Indians ACCESS Many More hidden by (6) Bush, NRDC, ACOE, oil owners.

## VII. Request for Relief (Cont.)

(15) Petitioner Request Respondents to investigate Sarasota DOJ and Tampa DOJ. See ??? v. Ashley Moody, et al in Tallahassee, Leon County on 2nd Judicial Circuit of Florida.

(16) Petitioner request IMMEDIATE construction of NEW (NJ to NYC4) 22 mile Pipeline design/investigation per ??? Tech Design Group, Inc. Preliminary Alignment Study shown on Gilberts v. Bush, et al CIA 15 case 50-2023-CA-C16963-MB. See New York Southern District, Gilbert v. United Nations, et al showing recess from buried Volcano (Washing Mountain) at Washington Rock.
See EXHIBIT A

(17) Petitioner Request Department of Justice arrest all Judges/Cops/Lawyers attacking Dunphy family, Gilberts rights since 2012 in Sarasota, Tampa, Lee and even Broward County. See Stair v. Cory Gilbert. ARIS scrip by Scott Israel hidden w/ PTI and Judge Fein. (Parkland Judge/Liar)

(18) Petitioner request Respondents "VERIFY MORE PRIMARY WATER ACCESS" with all Universities, ACOE, USGS, Dept of Interior/State per Title 15 USC. Arrest all Media Access USA for Treason!

(19) Petitioner request Congress/Senate to REMOVE H.R. 5736 and Title 22 USC - Dissemination of America. Arrest Board of Brainwashing Governors, all Hollywood heroes and Major Social Media sources for US Treason since April 13, 2012. Detain Ron Dennis, Pine Sands and all Plaza State Attorneys for Treason. Media too. (7)

New Jersey to New York Blue Gold Transmission (900 MGD)

WWW.GILBERTIBLUEGOLD.COM

## Exhibit A

N
W ← → E
S

UNDEVELOPED
WATERSHED
(Develope now)

LAKES AT
CATSKILL
MOUNTAINS

NY

PFAS!
Poor Watershed
OLD
AQUADUCTS
(FAILING)

Somerset County
Washington Rock

ITP
Zone
BLUE

#100mil/day cost gone!
(To Manhattan)

NJ

GOLD
All

MANHATTAN

USA

NJ TRANSIT
n/a R/w

Staten
Island

NOTES:

1) reset Revenue Bonds for Water Infrastructure (exist)

2) Spring Water replaces Treated Water to NY/NJ.        ( Atlantic

3) SAVE $100mil/Day (water) Plan                          Ocean )
                                NTS

Washington Rock
New Pump Station

( 22 mile Transmission down I-78 to NY )
( 900 MGD SPRING WATER To Taps )

GILBERTI BLUE GOLD PIPELINE

WASHTUNG
MOUNTAIN
(OLD Rove
Hills)

9' Diameter
Pipe

500' Above NY   ( World Trade Center )

MANHATTAN

ENDLESS
GLACIER
WATER

NEW YORK CITY INFRASTRUCTURE
WATER DISTRIBUTION
SYSTEM (exist)

BURIED
CHECK VALVES
WELL
PIPES

NATURAL
FILTER
ROCK

0  1  2  3

400 ft
below

Leaking Aquaducts since 1991
(35 HgD) P. that (contaminated
Treated Water
(PFAS)

400 ft

OIL LAYER

WASHTUNG MOUNTAIN
BURIED VOLCANO

NEVER
ENDING
SOURCE

1000'

STEAM ENGINE
Providing Endless Spring
Water Source to
New York/NJ
(900 MGD)

LANDTECI
DESIGN
813-470-6

Pure
PRIMARY WATER  Profile
                NTS



Exhibit B

"Revitilization of Natural Defense of Florida Peninsula"
(Per Title 50 USC §3 – Council of Natural Defense)
WWW. GILBERTIBLUEGOLD.COM

NAVY
CENTCOM
CENTRAL
COMMAND
MacDill
AFB

Tampa Ports

CSX R/R

Peace River

(Florida Peninsula)

N
W          E
S
N.T.S.

★LOCATION BLUE GOLD ACCESS★
(9439 Daughtry Road, Sarasota, FL 34241)

GILBERTI BLUE GOLD ACCESS
(secret underground river)
ANTIOXIDANT
ENDLESS/HIGH FLOW/Permit Road

Florida
Peninsula
(coast line)

MANATEE
PORT
(EXPANSION)

Charlotte
Harbor

Punta
Gorda

Old CSX
Railway

(2) 9' DIA
BLUE GOLD
PIPES (New)

Ft
Myers

I-75 (10 lane widening) PD&E
+ 5 new R/R
TRACES
(High Speed Rails)

LAKE
OKEECHOBEE

Obard Bio-Fuel GMO
(rotated in Ag)
(Now) Water Supplies

Gulf
of
Mexico

Atlantic
Ocean

SEED     B

SOUTHERN
ALT'D

Port of Palm
Beach

I-75
(Everglades)

US Hwy
27

B

ENGINEER NOTES
NOTES

Naples

ALLIGATOR
ALLEY
(I-15)

B

Port Everglades
(Broward)

① Railroad Alignments to I-75 (5 tracks)
to upgrade National Defense
Traps to South Florida Title 50 §3.

Port of Miami
(DADE)

② Antioxidant to Taps of 10,000,000 Homes
20% GDP increase (ALKALINE HOUSING BOOM)

Fla Keys

US SOUTHERN
COMMAND
Title 50 §3

③ Global underground knowledge of 'Primary Spring'
water from Earth's Core, ENDLESS

~ ___ ___ CONTAMINANTS to Taps.

813-470-6000
___ __ DESIGN GROUP, INC

VII. Request for Relief (cont.)

Petitioner has empirical data at Sarasota showing "medicinal" water unique to human health, hidden and attacked for 12yrs by Obama, Trump, Harris, Clinton, Bush and Florida leaders. Respondents Must verify source, as it takes 1-hour!; at 9438 Daughtry Road, Sarasota, FL 34266 at Well No.2 located 50' west of section line at Cecil Daughtry 160ac Homestead lands north of Clark Road (SR 82).

Petitioner has shown, as well as Bush cases, ownership of water resources, key to foreign nations, an "ongoing systematic attack to Disseminate the Scientific, Technology and Engineering data" the Petitioner has in his possession; for access and inclusion to the Public 4-6 county Water Supply for a Much Higher LEVEL OF SERVICE. Again verify Resource to show No 1 Aquifer on Earth, hence MOTIVES to attack. Disclose Petitioner data to all Media, Universities immediately per Title 15 US (§§1151-1157). Implement Plans submitted to FDOT Dist 1, 4,6 and FDEP ₣A. Myers since 2015, 2020 and at SWFWD in 2012.

CONNECT DOTS

Petitioner shows Bush in Sarasota (of all Places) worshipping this unique Resource, while attempting to Destroy New York aqueducts, take IRAQ and Afghanistan Oil, water, Banks to US Treasury, using CIA South Mandt Act of 1948 and 2012 Act to attack USA. His father was ahead of CIA, 30yrs, family into one and 'Privacy Water' ownership thru force. Respondents must verify source, question Bush, Trump, Harris, Congress/Senate in Florida, NY, NJ, Cal. branch, Texas as why this is hidden in USA since 12yrs, with Sarasota's Terrorist Government, Desantis, Judges, and Rick Scott/Obama Harvard & (10) Yale/Notre Dame Alumni? Cops, Media!

**VIII.** _No other Means to obtain Relief —_

(20) Petitioner has no other means to enforce his rights. Mandamus jurisdiction of Federal District Courts extends on to officers, employees, or agencies of the United States. See 28 U.S.C. § 1361. There is no method of enforcement by Petition to State/Federal Legislature, Judge or Local Leaders, hiding the resources of 'Pinnacy Water' with ALL MEDIA, claiming Water woes, cost of immigrants, these projects/Resource locations and large Civil engineering Jul including permissions solve by LandTech Design Group, Inc. The Ideal corruption by Judges, Mayor Adams from New York, Florida Sheriffs/Judges Attacking Petitioner since 2012, tied to Blue Gold Bush Family, South Mault HA 5736 with CIA/NOAA. Trump, Harris shows the 'Organized Fraud' attack with Yale/Harvard/Notre Dame Alumni in Desantis and Members of the White House and on Petitioner's land in Sarasota with 72 Partners, LLC, Lee Collard (Terrorist) of Tampa, Attacking Petitioner/ USA.

**IX.** _Importance Beyond this Case_

(21) Equal Rights challenges under A States or US Constitution to perform or act to verify 'deep underground aquifers' to help open Global Knowledge Are falsely reviewed thereby potentially encouraging judicious indifference by State/Federal Agencies to enforce their cognizance 'mandates. Writ of Mandamus being supervisory in nature are appropriate to cure such issues. See United States v. Bertoli, 994 F. 2d 1002, 1014 (3d Cir 1993). There is nothing that would render it inappropriate to issue the writ. See In Re Volkswagen of America, Inc, 545 F. 3d 304 (5th Cir 2008).

813-470-6000
WWW. G. iBest. BlueGold. com

**X. Conclusion** (Verify Resources - PROVE ENGINEER WRONG!) "Licensed Professional P.E."

(22) Petitioner has found two Global, very different "Primary Water" access points in New Jersey (Somerset County) to revitalize New York City / New Jersey and another in Sarasota County. See **Exhibits A + B**. The first is an historic buried volcano at Washington Rock only 25 miles away from Manhattan, approximately 500' above to Induce all Water bills and provide "Antioxidant Spring Water" (ENDLESS) to open Northern New York State, stop Aqueduct Flooding in upstream cities. Move Natural Waterway courses back to it's original state saving OVER $100,000, according to Tax payers. The second is most unique in Sarasota, Florida at Cecil Daughtry Ranch from Yucatan Meteor Impact via Tilted Platform. See **Gilberti KT Hypothesis**.

(23) There are MANY Congressional motions on Impeachment documents on George Bush regarding False Flag per 9-11 with a Sarasota connection. Mandamus is necessary, Basic needs to keep leverage! & USA

(24) Wherefore, A Writ of Mandamus must issue compelling the respondents to verify both resources, ask George / Jeb / Marvin Bush to cease to Sarasota Daughtry Ranch too, to Redeem the issues and indict Trump, Harris and Nevin. Arrest Sarasota DOJ w/ Respondents help.

<u>Certificate of Service</u>

<u>On September 13 2024</u>, Petitioner mailed the foregoing by US Mail to US District Court of New York, Clerk of Court at 500 Pearl Street New York, NY 10007.

for ...

Joseph D. Gilberti, P.E.   # 2024-TC37
Sarasota Jail
2020 Main Street
Sarasota, FL 34436

(Kidnapped by Judge Dana Moore, Sedgwick, Juvenile Illegally)

cc/ Mayor Adams, NYDEP, Gov NY/NJ; FBI, DHS, Council of World Defense

(12

Joseph D. Giliberti, P.E.
#2x24-2237
Sarasota Jail
2020 Main Street
Sarasota, FL 33436

U.S. District Court of Southern New York
Clerk of Court
500 Pearl Street
New York, NY 10007





**Exhibit B**

Alignment Study for New York City with Primary Water Access
per Mayor Eric Adams Meeting with Professional Engineer Joe
Gilberti PE at New York City Hall on February 2, 2023

LandTech Design Group, Inc
385 Donora Blvd
Fort Myers Beach, FL 33931
813-470-6000
239-980-3149
GilbertiWater@gmail.com
GilbertiBlueGold.com

October 16, 2024

New York Fire Department
NYPD (Copy)
New York Mayor Adams & Council (Copy)
New York Port Authority (Copy)
9 Metrotech Ctr, Brooklyn, NY 11201, US

**Subject:** Gilberti Blue Gold - Antioxidant Spring Water (900MGD) to New York City to save $100mil/day via failing Aqueducts 1,2, and 3

**RE:** Gilberti v 9/11 George Bush Sarasota Connection filed in US District Court of Southern New York - Case No. 24-cv-07180 Mandamus shows Organized Fraud by Leaders/Media to hide PRIMARY WATER ACCESS from THE PEOPLE

Dear New York Fire Fighters/Departments and NYPD, NY Council/Port Authority/Lawyers,

My name is Joe Gilberti PE, my father was born in Brooklyn, and I am a native South Floridian with great news for both States. We met at City Hall with Mayor Adams/NYDEP Staff on 2-2-23 to provide unique Antioxidant Spring Water (900MGD) to Revitalize New York City and open Northern New York real estate with new RESOURCE from Watchung Mountain (buried Volcano) in New Jersey only 25miles away as shown on attached Study. We also have another unique Antioxidant Spring water source in Sarasota.

We have been under attack by Leaders and bad Cops, Judges and Corporate goons to suppress these projects and Global Medicinal endless drinking Water supply resources that have ZERO CONTAMINATES and greatly reduce Water, Food and Health cost to America, as their hidden by EPA, NASA, Presidents, Media, Hollywood, FBI and Military/Big Pharma Complex with their bottling friends.

See attached lawsuits to bring everyone to the Table on what we see in a potential connection to 9-11 to crush the Aqueducts with a gang of Yale/Harvard and Notre Dame Alumni still attacking in other fantastic events tied to subduing me since 2013 with Obama and Tampa/Sarasota Judges and Leaders to hide primary water access. See Website and platforms.

Both sites can be verified in hours. Our Oil consultants like Jim Murray have over 50yrs of experience in Newark and across USA via Amps Aquifer Maintenance in Palm Beach who also verified sources. We have access to test both.

We need Media exposure.  I am offering $1,000,000 dollars/day in perpetuity for NYFD/NYPD to help.  Please see attached and contact me at your earliest convenience as this Global knowledge can end World Hunger and National Debts.  See Gilberti v Federal Reserve hidden by US SUPREME COURT and Media.

Sincerely,

Joseph Gilberti, PE
385 Donora Blvd
Fort Myers Beach, FL 33931
813-470-6000
239-980-3149
GilbertiWater@gmail.com
GilbertiBlueGold.com

https://www.dropbox.com/scl/fi/1zuxxytcgxam5ntrbiq3h/New-York-State-Society-of-
Professional-Engineers-Letter.pdf?rlkey=8atzr0i8m71q9yd9vuxng4tug&st=7qkw0kn7&dl=0

# A SUSTAINABLE DRINKING WATER SUPPLY FOR NEW YORK CITY

## ST. ANOTHONY'S BLUE GOLD TRANSMISSION ALIGNMENT

GEORGE WASHINGTON ROCK, NEW JERSEY TO NEW YORK CITY

TO

REVITILIZE ENVIRONMENT, ECONOMY AND HEALTH

SERVING

## EASTERN NEW JERSEY AND NEW YORK CITY

FOR

OWNER/ACCESS TO SECRET UNDERGROUND RIVER NEAR MOUNT WASHTUNG

**Anthony Menza**
505 Warren Road
Warren, NJ 07059

BY

Joseph D. Gilbert, Jr., P.E.
**LANDTECH DESIGN GROUP, INC.**
Planning, Engineering and Consulting Services
385 Donora Boulevard
Fort Myers Beach, Florida 33931
813-470-6000

gilbertwater@gmail.com
www.gilbertdesign.com

Certified US Mail to:

**Mayor of New York City**
**Office of the Governor of New York**
**Office of the Governor of New Jersey**
**Office of the Governor of Delaware**
**New York Department of Environmental Protection**
**New Jersey Department of Environmental Protection**
**Natural Resource Defense Council**
**New Jersey Transit Corporation**
**Army Core of Engineers**
**American Water Company, Inc.**
**New York Department of Health**
**Department of Transportation**

November 6, 2022

PRELIMINARY ALIGNMENT AND FEASIBILITY REPORT

*PROJECT OVERVIEW*

The Menza residence is located at 505 Warren Road, New Jersey in the upper limits of Washington Rock or Washtung Mountain (old Blue Hills) toward the eastern end of New Jersey only 25miles west of New York City and approximately 2000 feet above where an old Lava spill from deep in the Earth left a massive underground river access point below our clients land. The old, deep well with pure and endless drinking water was reserved and is the only lot in the area that was not required to hook up to the local water supply infrastructures during assessments due to the high quality of the Well and this unique access point. The property is located in hills of Somerset County with many potential routes for a large 9ft diameter Blue Gold Transmission down existing railroad right-of way (R/W), Interstate I-78 and 22 R/W to flow downhill into the much needed new source to all of New York City.

The location of the rural lot of approximately 1.5 acres with access to a deep basalt layer of the only historical area in New Jersey with Volcanic Trappa rock providing a alkaline type source, which is also location very close to large populations such as eastern New Jersey and New York City.



Alignment 1 - I-78 from Washington Rock to New York City
(alternative links from SR 22, Dunellen Railroad R/W, and Power Easements)



Map of the underground formations by State of New Jersey public record USGS maps.



nj.gov

LandTech Design Group, Inc. is has another large project in Florida showing new transmissions down CSX Railroads and Interstate I-75 from Sarasota Florida to Miami solving the Florida North South conflict for over 10yrs where water quality and shortages from the same type of old style designs using reservoirs and rain dependency. Our new site resourcing and engineering concepts solve major water supply problems and lower the utility, water bills, taxes and risk to States and is being implemented in larger regions and now in your area, to help the American People move away from the old ways of water supply risk factors and issues that we request to discuss below in workshops with Staff and Agencies from New York City, New Jersey and Delaware systematically to expedite.

(1) Alignments alternative down local roadways, Highways, existing Railroad R/w and Power easements.

(2) Project Prospectus for Job Creation from Spring Water to the Tap of Homes in eastern New Jersey and New York City

(3) Overall 30 mile Transmission Alignments from Washington Rock or Washtung Mountain (Old Blue Hills) to New York City.

(4) Water Readings and Historical maps of secret hidden resource and through LandTech Design Group, Inc., new Hypothesis for Water Origin Theory showing endless Water below hidden by EPA Ice Comet theory

(5) Demands and Flows needed along alignment (preliminary)

(6) Appendix
  - New York Aqua-duct failure reports showing upcoming disasters
  - New York current Aqua-Duct System Shutdown in June 2022
  - Arsenic leaking in System without warnings in NYC from aqua-ducts no longer sustainable to the Public on a major and long time Level of Service
  - Florida's 300mile Blue Gold Pipeline from KT Event showing similar secret resources that can solve the whole nations water supply with new science and access points.

## WORKSHOP REQUEST WITH NEW YORK CITY MAYOR AND STAFF

Although this report is submitted preliminary, we have much more in our file, but wish to discuss the Water Supply interconnection models, future Capital improvement funds, matching funds and of course the Public Need which this new hidden resource may be expedited for funding as an Alternative Drinking Water Resource in case the ENTIRE AQUA-DUCT collapses into New York City from the 250yr old system, that has over 80yr old concrete aqua-ducts failing, that may create a massive Pandemic in New York City of NO WATER SUPPLY within days of the Collapse.

This system could stabilize the Risk within 2yrs construction, with the ability to allow the old system to be shut down in phases so in the end there are two sources from two different States serving New York city. The existing old system under duress from Delaware and the new proposed System via St Anthony's Blue Gold Pipeline. The failures and leaks within the Delaware system has caused home flooding which is a function also of the old system.



*Diagram 1*

Water Supply ready to collapse at Aqua-ducts affecting over 20million People in New York and Delaware instantly (80 to 400yr old infrastructure needs replacement)



*Diagram 2*
Water Supply DEPENDS ON RAIN and subject to droughts and ready to collapse at Aqua-ducts affecting over 20million
People in New York and Delaware instantly
(80 to 400yr old infrastructure needs replacement)

*CONCLUSION*

Our new deep underground resource and proposed Blue Gold (primary Water Cycle) alignment not only provides better quality but a closer and more sustainable water source while the existing sources from Delaware systems will continue to increase in cost through renovations in perpetuity due to the age of concrete and other factors of use and break down. No matter how long you try the existing system while eventually fail and stop water to New York as warned to the Public by the Engineers in the region with an emphasis in multiple seminars, meetings, books and reports since 2013 and getting worse. Drinking Water supply effects Local, State, Federal and Global Sustainability in every way, shape or form.

For the past 400years New York is served from surface systems and Aqua-ducts that have been renovated to concrete aqua-ducts in the 1940's which have begun again to fail since 1980's or for the past 40yrs, but with a huge risk to a much larger population. These constructed aqua-ducts up State from New York in Delaware have now become a risky business in that Water Supply can be completely shut off if a collapse of the very frail reinforced concrete aqua-ducts shown in various reports in our Appendix by the National and State Authorities.

The existing water supply system in New York has even affected the population in Delaware with flooding. Reports show from the 1990's over 35million gallons per day are leaking, but fail to show whats leaking in and contaminating the water supply. Please contact our office at your earliest convenience so we can coordinate a Zoom Meeting and discuss three workshops completed with your staff in New York City on our proposal to help three States in Water Supply issues.

RECEIVED
SDNY PRO SE OFFICE
2024 AUG -5 AM 9:48

<u>U.S. District Court of New York</u>
<u>Southern District</u>
New York, NY

Joseph D. Gilbert, P.E.                Case No. _____
            Petitioner,                          (NEW CASE)

v.

<u>United Nations, Department of Interior; Vice President Harris;
City of New York, New York Port Authority; Homeland Security;
Kennedy of Nyc Homeland Airways National Alliance Defense
Counciling; Governor of New York, Department of Transportation;
Federal Bureau of Investigations (FBI); US Congress; President Biden;
Mrsk Tankers Geologies (International), Alliance of Lar.
Politicians; Governor of New Jersey; Governor of Florida,</u>
            <u>Respondents</u>

<u>Petition for Writ of Mandamus</u>

Comes Now, Petitioner, Joseph D. Gilbert, P.E., a Florida Licensed
Professional Engineer, pursuant to FCRP, hereby files a 'Petition
for Writ of Mandamus' for all Respondents to unify two secret Resources of
"Spring Water from Earths Core" which provides Endless, contaminant
Free, PFAS Free, Spring Water from Deep in Earth; with no Rain
Dependencies. Two locations have been submitted to Respondents
over Past 8-10 yrs. Washington Rock, New Jersey (Washburn Mountain)
a buried volcano to scar New Jersey to New York, replacing OLD

(1)                        LandTech Design Group, Inc

Aqueducts under New York City. Saving Rides, providing much healthier water supply; saving cost to kenntria's Aqueducts of approximately $100,000,000/Day; ... allows Rockletole in Northern New York to open it the Cadill Mountains and upstream at the Top of source (at Top of Waterbed).

Petitioner also request Respondents to inspect our Statewide Florida project from Tampa to Miami, with 'Primary Spring Water from Earths Core' from an Historical Yerchow Meteor Impact (ET Boot) at 9758 Dagsley Road, Sarasota, FL 34266. (Titled Author)

Both projects have been emailed to Respondents and have delivered to Mayor Eric Adams at City Hall, Governors Room on February 2, 2028, to Negotiate, in person.

Both Projects are be seen on Gilbrath v. George Bush, et al Palm Beach CIRCUIT 15 C+B 2024-CA-011963-MB. Reasons for Writ of Mandamus are as follows:

## Factual Background

(1) Petitioner is a Licensed Civil/Mechanical Land Development Infrastructure Engineer with over 30yrs experience. Graduated from University of Florida 1993, FL PE# 56079.

(2) Both project resources have Global Oil Drillers with over 35yrs in Newark, and extensive drilling experience, Aguilar experience in New Jersey and New York. Jim Murray of Amps Aguilar Maintenance, Palm Beach, FL. His Investigated both Projects.

(2)

Factual Background (cont.)

(3) A Mandamus on Respondents to investigate both Resources takes only a few days. This Global Knowledge from both Resources in New Jersey (Somerset County) and Sarasota Florida Allow other States and Water poor/drought/desert Nations, like the Middle East, India and Southern California, Mexico, find Endless Spring Water without Wars depending to stop Wars, Oppression, Migrations and Hunger.

(4) These Resources deconstruck EPA Woke Origin Theory, via 'Ice Cored Theory' to be replaced by 'Oceans beneath Earth Theory' to solve 'Climate Change' with the CORRECT Thermodynamic Model. Everything changes instantly and Regulations/Taxes go down. Production, Sustainability goes up. World Peace begins and World Hunger Ends.

(5) Gilberti v. Council of National Defense, NRDC, ACOE, Mandamus is docket at Tampa US Middle District of Florida, shows Federals and State cases (related issues) where Gov. Desantis and FBI have, with over 150 Politicians/Judges have Attack Petitioner Civil Rights, land, clients, project to Suppress this Global Knowledge to maintain Military Complex/ Big Pharma Complex profits from Middle East Wars/Eugenics At the Top. Also See: Gilberti v. Rubio, Homeland Security, et al

(6) Nobody is moving these access points of Endless, High Flow of 'Pricey Spring Water' generated from Earths Core/Mantle.

(3)

## Statement of Jurisdictional Basis

(7) This court has jurisdiction pursuant to Article III, section 2, of the United States Constitution which empowers this court to act "all cases, in law and equity, arising under [the] Constitution." Issuance of writ of mandamus in aid of such jurisdiction is authorized by 28 U.S. Code §1651.

## Federal and State Constitutional Provisions

(8) All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and the state wherein the reside. No state shall make or enforce any law (WATER LAWS!) which shall abridge the privileges or immunities of Citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws

<div align="center">US Const. amend. XIV, § 1</div>

## Legal Standard

(9) A writ of mandamus is an extraordinary remedy, its issuance is appropriate when necessary to vindicate the rights of citizens when a government agency or official has refused to perform a ministerial duty that the petitioner has established a clear legal right to see performed. "Respondents have purposely ignored the benefits of this Global and local deep underground Endless Spring water supply to create + Water, Food, Energy crisis."

<div align="center">(4)</div>

Welfare Safety, Healthcare, Economic Sustainability, and
National Defense upgrade for New York, New Jersey
and Florida Peninsula per Title 50 USC 23; Title 42 USC

(10) Petitioner has submitted Alignment Plans with "Primary Water"
access to Respondents since November 2022 and met at City
Hall, New York City with Mayor Eric Adams, staff member Nez
Lahore, with Marine Anthony Mauer and Sal Barretta for a 900 MGD
delivery from Washburn Mountains at Worthington Peak. See Exhibits
'A' and 'B' for NJ to NY alignment from a buried Volcano, and
the Florida Project from a Tilted Platform in Sarasota from the KT
Event. See Gilberti KT Hypothesis.
(11) Both Projects allow a Massive Infrastructure, Railroad upgrades
and Revenue Bond takedowns due to the "High Level of Service" (LOS)
and hidden ATTACKS on Petitioner Banks at 2022 and Respondents
tied to the land and implemented Engineering Permits / Studies / Drywells.
(12) All Northern New York Watershed can be replaced by this novelty
System, including DP; lower Power/Water Bills; new upgraded
National Defense. See Title 50 USC 23 - Dubai of Brazil
tied to both Projects, via NJ Transit and I-78 new Tracks
with New York Tunnels / Port Authority upgrades from saving tax payers
$100,000,000 / Day wasted on old Aqua-Ducts 1, 2, 3 subject
to collapse since 1991. Stops upstream City Flooding in Northern NY.
(13) Petitioner filed Gilberti v. Geese Bots, et al in Ca 15
Palm Beach, FL to allow this Court to download official study
handed to Respondents with Mayor Eric Adams office. See
Case in Ca 15: 50-2024-CA-06963-MO. Also See Gilberti v.
Powell of National Defense. (5) in Tampa Middle Dist.

(14) Upgrading Water Supply to individual and "Spring Lake" while enhancing National Defense is the reason for the Petition for Mandamus. It took Extreme knowledge and Skill, Bravery to produce these projects, under DOJ attack, with tossed Terrorism. See Gilbert v. Portugais et al and Gilbert v. Federal Reserve et al, stonewalled by incompetent Judges/Leaders/Cons. See Title 18 USC § 241-242 and H.R. 5736 Smith Mundt Act Mod of 2012 used to attack Petitioner with Title 22 USC and Media dissemination. TEST THE RESOURCES FOR MOTIVES.

<u>Title 50 USC § 3 - Duties of Council</u>
"See Exhibit A, B"

(15) "It shall be the duty of the Council of National Defense to supervise and direct investigations and make representations to the President and the heads of executive departments as to location of railroads with reference to the frontier of the United States so as to render expedient concentrations of troops and supplies. . . . . ." These Florida and New York plans enhances, our Water/Defense protections. All New York is DOD controlled and dangerous, subject to failure; they, they due to, may have been Attacked too in 9-11 Attack (Nh & 7?) and this system Protects over 10,000,000 people and is hidden from the Public and Respondents by Media, Exec Defense and board of New York City Council, Ron Desantis and more. Who would hide this from THE PEOPLE in an elected capacity more than 1-Day? Mandamus is warranted immediately to validate Resources.   (16)   No Real New or Leader in 1 Days?

New Jersey to New York Blue Gold Transmission (900 MGD)

www.GILBERTI BLUEGOLD.com

Exhibit 1



N
W — E
S

UNDEVELOPED
WORLDWIDE
(Development)

LAKES AT
PROFILE
MOUNTAINS

N.Y.

PFAS!
POOR WATER SUPPLY
OLD
AQUEDUCTS
(Failing)

N.J.

MANHATTAN

USA

NOTES:
1) reset Reverse Bonds for water Infrastructure (DRIP)
2) Spring Water replaces Treated water to NY/NJ.
3) SAVE $ 100 mil / day (water)

Plan NTS

(Atlantic Ocean)

22' MILE TRANSMISSION dedust 78-78 to NY
900 MGD SPRING WATER To Taps
GILBERTI BLUE GOLD PIPELINE

Washington Rock
New Jersey

9' Diameter Pipe

(World Trade Center) Manhattan

NEW YORK CITY INFRASTRUCTURE
WATER DISTRIBUTION
System (EPA?)

WRESTLING
MOUNTAIN
(old Army
Noses)

NATURAL
FILTER
AREA

400 ft below

Leaky Aqueducts since 1991
(554 /yo) Polluted/Contaminated
Treated Water
(PFAS)

Buried
Check Valves
Well
Pipes

WRESTLING MOUNTAIN
BURIED Vectors

STEAM ENGINE
Powering Endless Spring
water source to
NEW YORK / NJ

(900 MGD)

Pure
Primary Water
low flow
Profile NTS

Exhibit B

"Reutilization of National Defense of Florida Peninsula"

(Per Title 50 USC § 3 – Council of National Defense)

N
W ←→ E
S

NAVY

CENTCOM
CENTRAL
COMMAND
MacDill
AFB

Tampa Ports

CSX a/a

(Florida Peninsula)

VS
NTS.

+ LOCATION BLUE GOLD ACCESS +
(9537 Dunfley Rd, Sarasota, Fl. 34241)

Florida
Peninsula
(COAST LINE)

MANATEE
PORT
(Expansion)

GILBERTI BLUE GOLD ACCESS
(exact underground hose
ANTIOXIDANT
ENDLESS/HIGH FLOW/Result hose)

Charlotte
Harbor

I-75 (interstate way) DIG
+ Epoxy Rail
TRACES
(Brite Spoil Lake)

Atlantic
Ocean

Naples
Gilberti

OLD CSX
Railway

LAKE
OKEECHOBEE

(2) 9" DIA
BLUE GOLD
ACCESS(s)

|Gulf|
of
Mexico

Ft
Myers

SSW

SOUTH
A/D

Port of Palm
Beach

I-75
(Everglades)

MIA Hwy
27.1

Discarded Notes
NOTES)

Naples

AUGUSTA
MTL
(I-75)

Big
A/D

Port Everglades
(Licensed)

(1) Railroad Alignment to I-75 (Extended)
to upgrade National Defense
Target to South Florida. Title 50 § 3.

Port of Miami
(DATES)

(2) Antioxidant to Taps of 10,000,000 Straws
DLBGUP increase (ALKALINE THOUSAND BOATS)

Fla Keys

US SOUTHERN
COMMAND
Title 50 § 3

(3) Global underground knowledge of "Primary gray"
hose from Crater Core, ENDLESS

a EX ASXS in Continuance to Taps

## Request for Relief

(16) Over 12 yrs Florida Cir. 12, 13, 17, 20 have filed fake police reports, taward bond hiders, such. H.R. 573 gross to disseminate the public using Propaganda via Smith Mund Act in Title 22 USC. All gang against Title 18 US § 241-242, to conspire against America with 'Fantastic Events' with 4 cocky New Democrats and gang from Yale, Harvard, Notre Dame in Target - Spanish Regions. Some investigations point to same group tied to Sarasota 9-11 Connection, et al, Bush Blue Gold Water Wars and Israeli Mossad set road in 2012-2013 with NDAA.

(17) Abstraer has penalty, recores, civil infrastructure plans in Florida, delivered to US Congress for years, with FDEP Permits. Sarasota Judges with Shuallly see hiding US National Defense resources from New York / New Jersey and Florida Citizens with over $5,000,000 stolen in tax base in a 'Fraud Timeshare' See Sarasota Fraud / Title cases in Ch. 13:

|  |  |  |  |
|---|---|---|---|
| (open) | 2015 CA 06544 NC | Gilberti v. 72 Partners (lien) |  |
| (open) | 2011 CA 04209 NC | 72 Partners v Local Dougherty (Fraud |  |
| (open) | 2019 CA 04552 NC | Gilberti v 72 Partners (Land T. |  |
| (open) | 2021 CF 07559 NC | Gilberti v. State (Attack) (Traps) |  |

(See attacks)

See Related cases in    Gilberti v CDC, et al (Fed)

Gilberti v Pompeo, et al (Fed)

Gilbert v. Biden, et al (Fed)

(See attacks)

all hidden ind    Gilberti v. Federal Reserve, et al

(18)

*Relief (cont.)*

(8) All cases were allowed any investigations. Every Federal case was stonewalled from Ketanja Brown Jackson order (Fraud) that made her get promoted in DC to Supreme Ct Justice!

Once Florida resource, by RT ~~Euro-nate~~ saved ~~surface~~ medicinal water in Earth, tied to secret underground Ocean, is verified, all cases come back, US opens mines in California, Mexico, etc. New York and New Jersey can now provide similar spring water at much lower cost.

### Shutdown Aqueduct '3' Funds

(9) Petitioner request Aqueduct 3 and maintenance funds for Aqueduct 1 & 2 be halted to build a 9"Diameter Transmission from Washington Rock (Somerset County, NJ) to New York. See Exhibit A and Study shown in Gilberti v George Bush, et al on Potts Bundy case 50-2024-CV-06963-MB.

### FBI to investigate New York DEP and Sarasota County / DeSantis

(10) Once resources are verified by USGS, NRDC and Homeland Security, Petitioner proves Motives of Florida DOJ frauds and illegal ~~market~~ since 2012 to ~~date~~ by Trump Oc 13 (Breuberg Terms) and now Cn 12 in case 2021 CF 07559 NC. Investigate Fraud Transfers. Florida Supreme Court Case 2024-0963 ~~Gilberti v Florida Bar~~, DeSantis ongoing.

(10)

Relief (Cont.)

"Standard of Review / Verify Resources by Petitioner" →

Title 43 (§§31-50b) USGS – No modern mapping of 75% of USA missing. Petitioner has secret data from old maps to "Primary Water Sources"

"Takes 2-Days!" (Change to Sustainable)

(21) Petitioner AI Consultants, Jim Murray, Aquifer Maintenance in Palm Beach, drilled wells 3/4 Earth and in Newark for 35 yrs with extensive knowledge of [illegible] Monitoring. He also with others (Boeing Rockheed) knows of Florida Resource hidden by Media, DOJ attacks, and Florida FBI.

(22) Title 22, 42, 43, 45, 49 and 50 USC include responsibilities of Respondents to perform this Resource(s) having to take National Defense, Health and Welfare, Railroad Mitigation with Pipelines / DOT Capital Improvements

(23) • Title 45 Ch. 17 – Railroad Revitalization and Reform
• Title 45 (§§ 701-797 m) Regional Railroad reorganization,
• Title 49 (§§ 101-80504) Department of Transportation / Parts
Subtitle V. Rail Programs (Pts A-E)
Subtitle VIII. Pipelines (Chs 601-605)
• Title 42 § 1900 – DOI Programs for Science and Research
• Title 50 USC § 1 – Council of National Defense
• Title 43 USC (§§1451-1477) – Dept of Interior

(...)

<u>United Nations - Title 22 § 2152h</u>

(24) "Assistance to provide safe water, sanitation and hygiene"
• Petitioner has found excess / Global Knowledge for Middle
East Wars, Hunger and oppression to End in Days.

※ See '<u>Senator Paul Simon Water for Poor Act of 2005</u>'
section 10 - Report to Congress regarding Water
for Peace and Security.

<u>Department of Interior / Energy</u>
Title 42 § 1900 - New Energy Opportunity (CLEAN)
FUSION

(25) Petitioner has water readings at 9438 Daughtrey Road, Sarasota
Florida 34266, at Well No 3, approximately 2000' A below
showing opportunity for FUSION with "Tritium and Deuterium"
(Earth Based Nuclear Fusion)

(26)     Deuterium occurs Naturally in Water. Tritium is
a radioactive isotope of hydrogen. Petitioner has Archetected
packer Test readings for such. Well unique readings show
Calcium .118 mg/L and Magnesium 78 mg/L with pH = 7.49 and
Chlorides below 250 mg/L with a Negative Voltage.

See:     www.GILBERTIBLUEGOLD.com
         Joe Gilberti P.E. (PE# 52077)
         813-470-6000   q."

             (12)

## No other Means to Attain Relief —

(27) Petitioner has no other means to enforce his rights. Mandamus jurisdiction of Federal District Courts extends on to officers, employees, or agencies of the United States, See 28 U.S.C. § 1361. There is no Kind of enforcement by Petitioner to State Legislature; And on local Leaders, claiming Water supply woes, costs of mis-gestrang these project Kompromise extremely. The local corruption and apathy to help citizens is obviously gearing for self serving leaders, executive positions within agencies. Suddenly Money and Votes are more important than Endless intoxidant spring water supply and National Defense?

## Importance Beyond this Case

(28) Equal Rights challenges under a State's constitution to perform or not on a Professional Engineer's find an Alignment Plans to Taps are rarely reviewed thereby potentially encouraging Audacious indifference by State Courts/Agencies, or other Courts, to enforce their organic laws/codes. Writs of mandamus being supervisory in nature Ns appropriate to cure such issues. See United States v. Bertoli, 994 F.2d 1002, 1014 (3d Cir 1993). There is nothing that would render it inappropriate to issue the writ. See In re Volkswagen of America, Inc, 545 F.3d 304 (5th Cir 2008).

## Conclusion

At times has found two major Mechanical Defense Remakes
and produced Engineering Plans / Infrastructure Slides to
require Respondents to react IMMEDIATELY; not play 12yrs
with Cops, FBI, Judges, Bankers to steal, take his rights, Levels
to hide the Global Knowledge from the USA, its Military, its Heroes.
Tops and Troop other Nations, to reunburn Hunger, War, Migrations.
Once a 2-Day test, pump & post, DTH Video specifics
both Florida and New Jersey resources; titled Platform
Gray Motor Impact and Bused Volcanos; Hawaii can be (volcanoes)
fired on Days, Middle East, India doesn't even have knowledge
to bring Spring Lakes up deep below without doing to build
Agriculture and Power Distribution with cleaner water and Energy.

Therefore, a Writ of Mandamus must issue compelling
the Respondents to contact Petitioner for success and exchanges
to pattern test and trade knowledge, to implement Plans.

## Certificate of Service

On July 23, 2024, Petitioner mailed the foregoing by US Mail to
US District Court of New York, Clerk of Court, 500 Pearl Street
New York, NY 10007.

Joseph D. Gilberti, P.E. (Kidnapped)
#2024-2237                           by DOJ
Sarasota Jail                        Surrender, Etc.
2020 Main Street                     911 Connections
                                     w/ Bush
Sarasota, FL 34236

cc/ City of New York
   Mayor Eric Adams
   FBI (Shush)

LANDTAKA DESIGN GROUP, Inc.
813-470-6000
WWW.GILBERTI.BLUEROAD.COM

(14)



Joe Gilbert, P.E.
#2021-2237
2026 Main Street
Sarasota, FL 53436

Southern District Court of New York
    Clerk of Court
500 Pearl Street
New York, NY 10007

TAMPA FL 335
SAINT PETERSBURG FL
29 JUL 2024   PM 5 L

USM P3
SDNY

RECEIVED
SDNY PRO SE OFFICE
2024 AUG -5  AM 9:44

10007-133099

Page 50 of 178    Filed 11/18/24    Document 1-1    Case 2:24-cv-06213-PD
Page 15    Filed 08/05/24    Document 1    Case 1:24-cv-06083-LTS

**Exhibit ⑫ ⌄**

Fraud Transfer by Sarasota County and Commission, Ron DeSantis, and Sarasota Judges to Hide Secret Aquifer from the People Stealing Over $5 million in FEMA Tax Base

## SWORN REQUEST FOR PROSECUTION BY COMPLAINTANT

"I desire prosecution in this case and request the State Attorney's Office and attorney generals in Florida & Attorney General for the United States of America to review it for prosecution. I and many witnesses will be present for any required court dates should this case be prosecuted."

### COMPLAINANT INFORMATION:

COMPLAINANT'S NAME:   JOSEPH D. GILBERTI, P.E.

ADDRESS: 385 DONORA BLVD, FORT MYERS BEACH, FLORIDA 33931

CELL PHONE: 813-470-6000     HOME PHONE: N/A

EMAIL ADDRESS: gilbertiwater@gmail.com

EMPLOYER:     LANDTECH DESIGN GROUP, INC.  WORK PHONE: 813-470-6000

### SUSPECT INFORMATION:

SUSPECT'S NAME:  RYAN SNYDER

RACE: WHITE  SEX:  MALE  DATE OF BIRTH (IF KNOWN):  APPROXIMATELY 40YRS OF AGE

ADDRESS (IF KNOWN): _____

RELATIONSHIP TO COMPLAINANT:  NONE

LENGTH OF TIME KNOWN SUSPECT: Known of Mr. Snyder as attorney for 72 Partners LLC which includes suspects as well who are members, Lee Pallardy, Thomas Howze, Kenny Harrison, Laurence Hall and Matt Harrison

### ADDITIONAL SUSPECTS (IF ANY):

Suspect's Name (2):  Thomas Howze, partner of 72 Partners llc

Race:  white   Sex:  male   Date of Birth (If Known):  approximately 85yrs of age

Address (If Known):   Myakka City, Florida

Relationship to Complainant:  none

Length of Time Known Suspect:  approximately 10yrs from litigations


Suspect's Name (3): Lee Pallardy, partner of 72 Partners llc

Race:  white   Sex: male   Date of Birth (If Known):  approximately 85yrs of age

Address (If Known): Myakka City, Florida

Relationship to Complainant: _none_

Length of Time Known Suspect: _approximately 10yrs from litigations_

Suspect's Name (3): _Sarasota County Board of County Commissioners_

Race: _varies_ Sex: _varies_ Date of Birth (If Known): _varies_

Address (If Known): _Sarasota County Commission Chambers and abroad_

Relationship to Complainant: _none_

Length of Time Known Suspect: _approximately 10yrs from Water supply presentations and file RICO cases, water supply infrastructure permits submitted, etc._

## POLICE REPORT INFORMATION:

**DID COMPLAINANT CALL LAW ENFORCEMENT?**  YES

- ☐  What agency responded -  PHONE CALLS TO SARASOTA COUNTY, LEE COUNTY, CAPITOL POLICE AND FBI – also Cecil and Patty Daughtrey filed in November 2021 with Sam Esber PLS a professional land surveyor.  It was filed on cattleman Branch in Sarasota County.

- ☐  Who was the reporting officer?_ not sure, but these witnesses are available_

- ☐  If complainant did not contact law enforcement, please explain why: n/a

Police Report (CCR) Number: _No copies were provided but witnesses who filed are available._

Date of Incident (Or date range): _October 5, 2020_

Location of Incident: _Online foreclosure sale in Sarasota – 72 Partners vs Cecil Daughtrey Case 2011 CA 04209 NC_

**Crime Noted on Police Report:**

1. *817.29  Cheating*
2. *817.535 - Unlawful filing of false documents or records against real or personal property.*
3. *817.545 - Mortgage fraud*
4. *817.540 - Obtaining of mortgage, mortgage note, promissory note, etc., by false representation*

## CRIME INFORMATION:

Was the Suspect Using Alcohol or Drugs? <u>Unknown</u>

Was the Complainant Using Alcohol or Drugs? <u>No</u>

Please list all witnesses who observed any part of the criminal offense, including their phone number, home address, and email address (if known):

1. Cecil Daughtrey - 9438 Daughtrey Road, Sarasota Florida 34266.
   863-244-8972
   Buckdaughtrey58@gmail.com

2. Patricia Daughtrey - 9438 Daughtrey Road, Sarasota Florida 34266
   863-441-3387
   Mrs.pattyd@yahoo.com

3. Robert Flint - 2442 Northwest Flint Road, Arcadia, Florida 34266
   863-990-0932
   Flintfarms5277@yahoo.com

4. Sam Esber, P.LS. - 5914 Palmer Blvd., Sarasota FL 34232
   941-379-8831
   Asepls4349@gmail.com

**Was there property damage?** <u>Yes</u>
- ☐ What property was damaged? <u>Years of damage blocking use of the property with RICO gang of locals tied to multiple racketeering cases, including Gilberti vs Pentagon, et al.</u>
- ☐ What is the approximate value of the damaged property? <u>Over $50million</u>
- ☐ Do you have documentation of the property loss? (Receipts, repair estimates, repair bills? <u>Available upon request.</u>

**Do you have any other photographs or materials related to the incident (Ex.: text messages, emails, voicemails, surveillance video, etc.)? Please describe or attach any relevant documentation:**

See Attached documentation with more detail available upon request.

### - THE CRIME -

**Please give a brief recitation of the facts.** (attach an additional page, if necessary):

Ryan Snyder and suspects set a foreclosure sale through advertisement for over 2300 acres and 6 separate parcels of land late August 2020 and SWITCHED OUT THE LEGAL DESCRIPTION, per the Clerk, the DAY OF THE SALE on OCTOBER 5, 2020.

Ryan Snyder and suspects replaced the legal with a 96acre homestead parcel where Daughtrey was reserved in Bankruptcy Court, so it only bid to $185,001.00 dollars for a massive advertisement of over 2300 acres and six parcels.

Sarasota Commissioners and Environmental Staff with FDEP coordinated stealing $3.5mil in Environmental easement funds, buying a 1000acre easement in the process when they simple could have PURCHASED THE WHOLE PROPERTY for $185,002.00 dollars? Demonstrating the RACKETEERING with Tallahassee Water Supply funding and easements being played to pump polluted rivers from Desoto INTO Sarasota Taps for another 20yrs knowing this underground river existed showing WHITE COLLAR CRIMES involving Commissioners, Cops and Judges in region.

A copy of the LIES and they suspects on the stand in Hillsborough County in front of Judge Lynne Goudie on January 28, 2022 is shown below in link and is Public record for Hillsborough Case, State vs Gilberti – **Case 16-CF-10976-A.**

**THIS VIDEO IS FULL PROOF OF SUSPECTS TESTIFYING TO THE FRAUD ON STAND BLAMING EACH OTHER AND THE COUNTY STATE ATTORNEYS OFFICE IN SARASOTA!! ED BRODSKI AND CHRIS HALLET WITH MARK ADAMS, ESQ.**

https://drive.google.com/file/d/18Ni8ffvpTDwVmBsWgcwIvX97Q1LDZbMZ/view?usp=drive_web.

This video zoom hearing is public record at Hillsborough County Clerk of Court to the public if link is not available for case 16-CF-10976-A, where Judge Mark Wolfe, Public Defender Chris Shaw, and State Attorneys April Johnson, Andrew Warrens office and more fabricated emails with Pam Bondi and Mark Ober to subdue Defendant illegally timed with lien cases, record terrorism acts based on emails or engineering submittals to FDEP, as shown in Gilberti vs Desantis, et. al, docketing at the US Supreme Court with Sarasota county commissioners, just like this many Sarasota related RICO cases have shown.

This was the only online sale for Sarasota that day with the Sheriff and County comptroller and online auction system.

This sale was from a Sarasota foreclosure in dispute, that involves a unique hidden US Resource for Water Supply, a gang of FDEP and EPA agencies and local developers have been hiding, giving him a Motive to do so,

**What is your desired outcome for the case?** To have suspects arrested for crimes and land returned to the proper owners and to move all their cows off the property immediately that could be damaging a critical US Water Supply resource with their actions and crimes against Humanity documented as related to hiding and doing this Land Grab with Sheriff Hoffman and Det Wyche of Sarasota County.

I swear and affirm the information on this form is true and correct.

**Complainant's Signature**      *Joe Gilberti, PE*

Date: August 9, 2022          Joseph Gilberti, P.E.

## FLORIDA LAWS RELATED TO COMPLAINT AND CRIMES BY SUSPECTS

**817.29 Cheating.**—Whoever is convicted of any gross fraud or cheat at common law shall be guilty of a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

**History.**—s. 54, ch. 1637, 1868; RS 2475; GS 3344; RGS 5187; CGL 7290; s. 860, ch. 71-136.

**817.535 Unlawful filing of false documents or records against real or personal property.**—

(2)(a)A person who files or directs a filer to file, with the intent to defraud or harass another, any instrument containing a materially false, fictitious, or fraudulent statement or representation that purports to affect an owner's interest in the property described in the instrument commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)A person who violates paragraph (a) a second or subsequent time commits a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(3)If a person is convicted of violating subsection (2) and the owner of the property subject to the false instrument is a public officer or employee, the offense shall be reclassified as follows:

(a)In the case of a felony of the third degree, to a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)In the case of a felony of the second degree, to a felony of the first degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(4)(a)If a person is convicted of violating subsection (2) and the person committed the offense while incarcerated in a jail or correctional institution or while participating in a pretrial diversion program under any form of pretrial release or bond, on probation or parole, or under any post release supervision, the offense shall be reclassified as follows:

1.In the case of a felony of the third degree, to a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

2.In the case of a felony of the second degree, to a felony of the first degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)If a person's offense has been reclassified pursuant to this subsection, the sentencing court shall issue a written finding that the offense occurred while incarcerated in a jail or correctional institution and direct that a copy of the written finding and judgment of conviction be forwarded to the appropriate state institution or county facility for consideration of disciplinary action and forfeiture of all gain-time or any early release credits accumulated up to the date of the violation.

(5)If the person is convicted of violating subsection (2) and the owner of the property covered by the false instrument incurs financial loss as a result of the instrument being recorded in the official record, including costs and attorney fees incurred in correcting, sealing, or removing the false instrument from the official record as described herein, the offense shall be reclassified as follows:

(a)In the case of a felony of the third degree, to a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)In the case of a felony of the second degree, to a felony of the first degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(6)A person who fraudulently records a claim of lien in the official records pursuant to part I of chapter 713 is subject to the fraud provisions of s. 713.31 and not this section.

(7)If a person is convicted of violating this section, the sentencing court shall issue an order declaring the instrument forming the basis of the conviction null and void and may enjoin the person from filing any instrument in an official record absent prior review and approval for filing by a circuit or county court judge. The sentencing court may also order the instrument forming the basis of the conviction sealed from the official record and removed from any applicable electronic database used for recording instruments in the official record.

(8)(a)Any person adversely affected by an instrument filed in the official record which contains a materially false, fictitious, or fraudulent statement or representation has a civil cause of action under this section without regard to whether criminal charges are pursued under subsection (2). A notice of lis pendens in accord with s. 48.23 shall be filed which specifically describes the instrument under challenge and the real or personal property affected by the instrument.

(b)Upon a finding that the instrument contains a materially false, fictitious, or fraudulent statement or representation such that the instrument does not establish a legitimate property or lien interest in favor of another person:

1.The court shall determine whether the entire instrument or certain parts thereof are null and void ab initio. If the court finds the instrument void in its entirety, it may order the instrument sealed from the official record and removed from any electronic database used for indexing or locating instruments in the official record. The court may also, permanently or for a period of time, enjoin the defendant who filed the instrument or who directed the filer to file the instrument from filing or directing a person to file an instrument in the official records without prior review and approval for filing by a circuit or county court judge, provided that as to third parties who may have given value for an interest described or granted by any instrument filed in violation of the injunction, the instrument shall be deemed validly filed and provides constructive notice, notwithstanding any failure to comply with the terms of the injunction.

2.Upon a finding of intent to defraud or harass, the court or jury shall award actual damages and punitive damages, subject to the criteria in s. 768.72, to the person adversely affected by the instrument. The court may also levy a civil penalty of $2,500 for each instrument determined to be in violation of subsection (2).

3.The court may grant such other relief or remedy that the court determines is just and proper within its sound judicial discretion.

(c)The prevailing party in such a suit is entitled to recover costs and reasonable attorney fees.

(d)The custodian of any official record shall, upon payment of appropriate fees, provide a certified copy of the sealed instrument to the party seeking relief under this section for use in subsequent court proceedings; in addressing or correcting adverse effects upon the person's credit or property rights, or reporting the matter for investigation and prosecution; or in response to a subpoena seeking the instrument for criminal investigative or prosecution purposes.

(e)Upon request, the custodian of any official record shall, upon payment of appropriate fees, provide a certified copy of the sealed instrument to any federal, state, or local law enforcement agency.

(f)If feasible, the custodian of the official record where the instrument is recorded shall record any court order finding that the instrument is null and void in its entirety or in certain parts thereof.

(g)An instrument removed from an electronic database used for recording instruments in the public record pursuant to this section shall be maintained in a manner in which the instrument can be reduced to paper form.

(9)A government agency may provide legal representation to a public officer or employee if the instrument at issue appears to have been filed to defraud or harass the public officer or employee in his or her official capacity. If the public officer or employee is the prevailing party, the award of reasonable attorney fees shall be paid to the government agency that provided the legal representation.

(10)This section does not apply to the procedures for sealing or expunging criminal history records as provided in chapter 943.

History.—s. 1, ch. 2013-228.

**817.54 Obtaining of mortgage, mortgage note, promissory note, etc., by false representation.—** Any person who, with intent to defraud, obtains any mortgage, mortgage note, promissory note or other instrument evidencing a debt from any person or obtains the signature of any person to any mortgage, mortgage note, promissory note or other instrument evidencing a debt by color or aid of fraudulent or false representation or pretenses, or obtains the signature of any person to a mortgage, mortgage note, promissory note, or other instrument evidencing a debt, the false making whereof would be punishable as forgery, shall be guilty of a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

History.—s. 1, ch. 63-142; s. 880, ch. 71-136.

**817.545 Mortgage fraud.—**

(2)A person commits the offense of mortgage fraud if, with the intent to defraud, the person knowingly:

(a)Makes any material misstatement, misrepresentation, or omission during the mortgage lending process with the intention that the misstatement, misrepresentation, or omission will be relied on by a mortgage lender, borrower, or any other person or entity involved in the mortgage lending process; however, omissions on a loan application regarding employment, income, or assets for a loan which does not require this information are not considered a material omission for purposes of this subsection.

(b)Uses or facilitates the use of any material misstatement, misrepresentation, or omission during the mortgage lending process with the intention that the material misstatement, misrepresentation, or omission will be relied on by a mortgage lender, borrower, or any other person or entity involved in the mortgage lending process; however, omissions on a loan application regarding employment, income, or assets for a loan which does not require this information are not considered a material omission for purposes of this subsection.

(c)Receives any proceeds or any other funds in connection with the mortgage lending process that the person knew resulted from a violation of paragraph (a) or paragraph (b).

(d)Files or causes to be filed with the clerk of the circuit court for any county of this state a document involved in the mortgage lending process which contains a material misstatement, misrepresentation, or omission.

(3)An offense of mortgage fraud may not be predicated solely upon information lawfully disclosed under federal disclosure laws, regulations, or interpretations related to the mortgage lending process.

(4)For the purpose of venue under this section, any violation of this section is considered to have been committed:

(a)In the county in which the real property is located; or

(b)In any county in which a material act was performed in furtherance of the violation.

(5)(a)Any person who violates subsection (2) commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)Any person who violates subsection (2), and the loan value stated on documents used in the mortgage lending process exceeds $100,000, commits a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

History.—s. 13, ch. 2007-182; s. 2, ch. 2008-80.

**EXHIBIT A**





## Monday October 5, 2020

< < Previous Auction    Current    Next Auction > >

Pursuant to new legislation effective July 1, 2008, F. S. 45.031(10), and F. S. 197.542 (4)(a),(b) the Clerk may conduct the sale of real or personal property under an order or judgment by electronic means, and tax deed sales in lieu of public outcry.

**Running Auctions**

**There are no cases currently being auctioned.**

**Auctions Closed or Canceled**

page 1    of 1

| | | |
|---|---|---|
| **Auction Sold** 10/05/2020 09:08 AM ET | **Auction Type:** | **FORECLOSURE** |
| | **Case #:** | **2011 CA 004209 NC** |
| **Amount** **$185,003.00** | **Final Judgment Amount:** | **$8,479,618.47** |
| | **Parcel ID:** | **1011001030** |
| **Sold To** | **Property Address:** | **9438 DAUGHTRY RD** |
| **Plaintiff** | | **SIDELL, 34266** |
| | **Assessed Value:** | **$87,487.00** |
| | **Plaintiff Max Bid:** | **Hidden** |

page 1    of 1

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.c



ill Furst        Info/Help        🔍

**Parcel Search**

| By Shape | By Value |
|----------|----------|

Features selected: 1

> *Account:* **1011001030**
> *Name:* DAUGHTREY JR CECIL
> *Name 2:*

20-bk-07973 Daught...    SARASOTA COUNT...

# Sarasota County Receipt of Transaction

## Receipt #     2020078211

**Karen Rushing**
**Clerk of the Circuit Court and County Comptroller**
Sarasota County, Florida
www.SarasotaClerk.com

**Received From:**
Ryan Snyder
2025 Lakewood Ranch Blvd. Suite 102
Bradenton, FL 34211

**On Behalf Of:**

On: 10/5/20 10:57 am By: realauction
Transaction # 101027406

| CaseNumber 2011 CA 004209 NC | | | | | | |
|---|---|---|---|---|---|---|
| **Fee Description** | **Fee** | **Prior Paid** | **Waived** | **Due** | **Paid** | **Balance** |
| (SUMCIRE) SUMMONS CIRCUIT EFILED - REQUEST | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (CPLFCL3) COMPLAINT FORECLSE >$250,000 | 1905.00 | 1905.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (SUMCIRE) SUMMONS CIRCUIT EFILED - REQUEST | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (SUMALICIRE) SUMMONS ALIAS CIRCUIT EFILED-RE | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (SUMCIRE) SUMMONS CIRCUIT EFILED - REQUEST | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (FCLDOCSTP) FORECLOSURE DOCUMENTARY STA | 1295.70 | 0.00 | 0.00 | 1295.70 | 1295.70 | 0.00 |
| **Total:** | **3240.70** | **1945.00** | **0.00** | **1295.70** | **1295.70** | **0.00** |
| **Grand Total:** | **3240.70** | **1945.00** | **0.00** | **1295.70** | **1295.70** | **0.00** |

| PAYMENTS | | | | | | |
|---|---|---|---|---|---|---|
| **Payment Type** | **Reference** | | **Amount** | **Refund** | **Overage** | **Change** | **Net Amount** |
| Real Auction | | OK | 1295.70 | 0.00 | 0.00 | 0.00 | 1295.70 |
| | | **Payments Total:** | **1295.70** | **0.00** | **0.00** | **0.00** | **1295.70** |

# Sarasota County
## Clerk of Courts
### FORECLOSURE SALE
#### BID LOG

72 PARTNERS LLC A FLORIDA LIMITED
LIABILITY COMPANY
Plaintiff

Case Number:   2011 CA 004209 NC

Sale Date:  10/05/2020

Vs.

CECIL DAUGHTREY JR; ET AL.
Defendant

### Presale Bids

| Bidder ID | Bidder Name | Bid | Date/Time | IP Address |
|---|---|---|---|---|
| 5787 | STEVE BARNHARDT | $100,000.00 | 09/24/2020 11:53:58 AM | 73.255.145.178 |
| 9313 | Benjie Sperling | $69,000.00 | 10/03/2020 07:47:10 AM | 66.176.239.221 |
| 30559 | AMILCAR JIMENEZ** | $1.00 | 10/04/2020 12:55:15 AM | 174.48.179.124 |
| 28589 | Vernon Borntreger | $10.00 | 10/05/2020 08:49:42 AM | 107.77.216.92 |
| 26719 | sevim tavlan | $1,000.00 | 10/05/2020 08:58:02 AM | 47.200.97.166 |

### Auction

| | Auction Open | | 10/05/2020 09:00:00 AM | |
|---|---|---|---|---|
| 8700 | Plaintiff | *$100,001.00 | | |
| 9313 | Benjie Sperling | * $100,002.00 | 10/05/2020 09:01:31 AM | 66.176.239.221 |
| 8700 | Plaintiff | *$100,003.00 | | |
| 28589 | Vernon Borntreger | * $105,000.00 | 10/05/2020 09:01:38 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$105,001.00 | | |
| 28589 | Vernon Borntreger | * $110,000.00 | 10/05/2020 09:01:54 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$110,001.00 | | |
| 28589 | Vernon Borntreger | * $115,000.00 | 10/05/2020 09:02:07 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$115,001.00 | | |
| 28589 | Vernon Borntreger | * $120,002.00 | 10/05/2020 09:02:31 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$120,003.00 | | |
| 28589 | Vernon Borntreger | * $122,006.00 | 10/05/2020 09:03:03 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$122,007.00 | | |
| 28589 | Vernon Borntreger | * $128,000.00 | 10/05/2020 09:03:15 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$128,001.00 | | |
| 28589 | Vernon Borntreger | * $135,000.00 | 10/05/2020 09:03:33 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$135,001.00 | | |
| 9313 | Benjie Sperling | * $135,002.00 | 10/05/2020 09:03:41 AM | 66.176.239.221 |
| 8700 | Plaintiff | *$135,003.00 | | |

| 28589 | Vernon Borntreger | * $139,000.00 | 10/05/2020 09:03:44 AM | 107.77.216.92 |
|-------|-------------------|---------------|------------------------|---------------|
| 8700  | Plaintiff         | *$139,001.00  |                        |               |
| 28589 | Vernon Borntreger | * $148,000.00 | 10/05/2020 09:03:56 AM | 107.77.216.92 |
| 8700  | Plaintiff         | *$148,001.00  |                        |               |
| 28589 | Vernon Borntreger | * $150,000.00 | 10/05/2020 09:04:10 AM | 107.77.216.92 |
| 8700  | Plaintiff         | *$150,001.00  |                        |               |
| 9313  | Benjie Sperling   | * $168,900.00 | 10/05/2020 09:04:19 AM | 66.176.239.221 |
| 8700  | Plaintiff         | *$168,901.00  |                        |               |
| 9313  | Benjie Sperling   | * $168,999.00 | 10/05/2020 09:04:48 AM | 66.176.239.221 |
| 8700  | Plaintiff         | *$169,000.00  |                        |               |
| 9313  | Benjie Sperling   | * $175,000.00 | 10/05/2020 09:05:44 AM | 66.176.239.221 |
| 8700  | Plaintiff         | *$175,001.00  |                        |               |
| 9313  | Benjie Sperling   | * $184,999.00 | 10/05/2020 09:06:18 AM | 66.176.239.221 |
| 8700  | Plaintiff         | *$185,000.00  |                        |               |
| 9313  | Benjie Sperling   | * $185,002.00 | 10/05/2020 09:06:52 AM | 66.176.239.221 |
| 8700  | Plaintiff         | *$185,003.00  |                        |               |
|       | Auction Closed    |               | 10/05/2020 09:08:00 AM |               |

**The final bid was made by:** <u>72 PARTNERS LLC</u>
**In the total amount of:** <u>$185,003.00</u>

| | |
|---|---|
| **Final Bid Amount:** | $185,003.00 |
| **Clerk Fees:** | $0.00 |
| **Doc Stamps:** | $1,295.70 |
| **Total Due:** | $1,295.70 |

\* = Bid via Proxy
\*\* = Not Enough Deposit

**Filing # 113228332 E-Filed 09/11/2020 01:24:47 PM**

Serial Number
20-01736S



Published Weekly
Sarasota, Sarasota County, Florida

COUNTY OF SARASOTA

2011-CA-004209 NC

STATE OF FLORIDA

       Before the undersigned authority personally appeared <u>Karen Ovadia</u> who on oath says that he/she is Publisher's Representative of the Business Observer a weekly newspaper published at Sarasota, Sarasota County, Florida; that the attached copy of advertisement,

being a <u>Notice of Sale</u>

in the matter of <u>72 Partners LLC vs. Cecil Daughtrey Jr et al</u>

in the <u>Circuit</u> Court, was published in said newspaper in the

issues of 9/4/2020, 9/11/2020

**See Attached**

       Affiant further says that the said Business Observer is a newspaper published at Sarasota, Sarasota County, Florida, and that said newspaper has heretofore been continuously published and has been entered as periodicals matter at the Post Office in Sarasota in said Sarasota County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he/she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper.
*This Notice was placed on the newspaper's website and floridapublicnotices.com on the same day the notice appeared in the newspaper.

_____

Karen Ovadia

Sworn to and subscribed, and personally appeared by physical presence before me,

11th day of September, 2020  A.D.

by Karen Ovadia who is personally known to me.

_____

Notary Public, State of Florida
(SEAL)



Ted Hong
Commission # ...
Expires: March 13, 2023
Bonded Thru Aaron Notary

**NOTICE OF SALE**
IN THE CIRCUIT COURT OF THE
TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY,
FLORIDA
Case No.: 2011-CA-004209 NC
72 PARTNERS, LLC,
Plaintiff, v.
CECIL DAUGHTREY JR., et. al.,
Defendants
Notice is hereby given pursuant to the Final Judgment entered in the above noted case, that Karen E. Rushing, Clerk of the Circuit Court, will sell the following property situated in Sarasota County, Florida, described as:

All that part of Section 1, Township 38 South, Range 22 East, lying North of State Road 72, All Section 2, Township 38 South, Range 22 East, LESS right of way for State Road 72, All Section 11, Township 38 South, Range 22 East. The North 1/2 and the West 1/4 of the South 1/2 of Section 14. Township 38 South, Range 22 East, All of Section 15, Township 38 South, Range 22 East, LESS railroad right of way. The West 1/2 of Section 16, Township 38 South, Range 22 East, LESS a parcel of land in Sections 2, 11, 14 and 15, lying within the following described parcel:  Begin at the NW corner of said Section 11; thence South 01 degrees 59'53" West, 5340.95 feet to the SW corner of said Section 11, thence North 88 degrees 22'46" West, 5377.94 feet to the NW corner of said Section 15; thence South 02 degrees 00'10" West, 1320 feet; thence South 88 degrees 22'46" East, 6698.08 feet; thence North 01 degrees 59'53" East, 7240.95 feet to the South Right-of-Way line of State Road 72; thence South 66 degrees 13'13" West, 1042.16 feet along said South Right-of-Way of State Road 72; thence along

said South Right-of-Way of State Road 72, Southwesterly along a curve to the right 400.45 feet to the West line of said Section 2; thence South 02 degrees 14'29" West, 18.87 feet to the Point of Beginning, LESS Oil and Mineral Right, all lying and being in Sarasota County, Florida
LESS AND EXCEPT THE FOLLOWING:
A part of Section 1 and Section 2, Township 38 South, Range 22 East, Sarasota County, Florida lying North of the North maintained right-of-way of State Road No. 72 described as follows:  Begin at the Northwest corner of said Section 1, for POINT OF BEGINNING thence S 89°24'17" E along the North line of said Section 1, 90.00 feet; thence S 00°43'39" W and parallel to the West line of said Section 1, 640.90 feet; thence N 89°24'17" W and parallel to the North line of said Section 1, 90.00 feet to a point on the East line of said Section 2; thence N 89°24'07" W, 1680.43 feet; thence S 00°43'39" W and parallel to the East line of said Section 2, 2829.88 feet to a point on the North maintained right-of-way of said State Road No. 72; thence along said North maintained right-of-way the following two courses:  thence S 64°41'55" W, 8.24 feet; thence S 64°51'18" W, 489.76 feet; thence N 00°43'39" E and parallel to the East line of said Section 2; 916.00 feet; thence N 89°24'07" W, 1527.00 feet; thence N 00°43'39" E and parallel to the East line of said Section 2, 2771.11 feet to a point on the North line of said Section 2; thence S 89°24'07" E along the North line of said Section 2, 3655.50 feet to the POINT OF BEGINNING.

at public sale, to the highest and best bidder for cash, via the internet at www.sarasota.realforeclose.com, at 9:00 a.m. on October 5, 2020. The highest bidder shall immediately post with the Clerk, a deposit equal to 5% of the final bid. The deposit must be cash or cashier's check payable to the Clerk of the Circuit Court. Final payment must be made on or before 1:00 p.m. of the date of the sale by cash or cashier's check.

IF YOU ARE A PERSON CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE.  IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS. AFTER 60 DAYS, ONLY THE OWNER OF RECORD AS OF THE DATE OF THE LIS PENDENS MAY CLAIM THE SURPLUS.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Sarasota County Jury Office, P.O. Box 3079, Sarasota, Florida 34230-3079, (941)861-7400, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.Personal Representative:
/s/ Ryan L. Snyder
Ryan L. Snyder
Florida Bar No. 0010849
Attorney for Plaintiff
SNYDER LAW GROUP, P.A.
2025 Lakewood Ranch Blvd.,
Suite 102
Bradenton, FL 34211
Telephone: (941) 747-3456
Facsimile: (941) 747-6789
E-mail: ryan@snyderlawgroup.com
September 4, 11, 2020      20-01736S

☒ IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA

☐ IN THE COUNTY COURT IN AND FOR SARASOTA COUNTY, FLORIDA

| DIVISION: | CASE NUMBER: |
|---|---|
| **CIVIL** | **2011 CA 004209 NC** |

72 PARTNERS LLC A FLORIDA LIMITED LIABILITY COMPANY
**PLAINTIFF(s)**

**VS.**

CECIL DAUGHTREY JR; ET AL.
**DEFENDANT(s)**

## CERTIFICATE OF SALE

The undersigned Clerk of the Circuit Court certifies that notice of public sale of the property described in the Order or Final Judgment was published in the Business Observer, a newspaper circulated in Sarasota County, Florida, in the manner shown by the Proof of Publication attached, and on  October 05, 2020,  the property was offered for public sale to the highest and best bidder for cash. The highest and best bid received for the property in the amount of $185,003.00 was submitted by: 72 PARTNERS LLC to whom the property was sold. The proceeds of the sale are retained for distribution in accordance with the Order or Final Judgment.


WITNESS my hand and the seal of said Court on October 05, 2020.

**KAREN E. RUSHING**
**CLERK OF THE CIRCUIT COURT**
**BY**: _____    **DATE**: October 05, 2020
Deputy Clerk

Filing # 113228332 E-Filed 09/11/2020 01:24:47 PM

Serial Number
20-01736S



Published Weekly
Sarasota, Sarasota County, Florida

COUNTY OF SARASOTA

2011-CA-004209 NC

STATE OF FLORIDA

      Before the undersigned authority personally appeared <u>Karen Ovadia</u> who on oath says that he/she is Publisher's Representative of the Business Observer a weekly newspaper published at Sarasota, Sarasota County, Florida; that the attached copy of advertisement,

being a <u>Notice of Sale</u>

in the matter of <u>72 Partners LLC vs. Cecil Daughtrey Jr et al</u>

in the <u>Circuit</u> Court, was published in said newspaper in the

issues of 9/4/2020, 9/11/2020

      Affiant further says that the said Business Observer is a newspaper published at Sarasota, Sarasota County, Florida, and that said newspaper has heretofore been continuously published and has been entered as periodicals matter at the Post Office in Sarasota in said Sarasota County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he/she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper.
*This Notice was placed on the newspaper's website and floridapublicnotices.com on the same day the notice appeared in the newspaper.

See Attached

_____
Karen Ovadia

Sworn to and subscribed, and personally appeared by physical presence before me,

11th day of September, 2020  A.D.

by Karen Ovadia who is personally known to me.

_____
Notary Public, State of Florida
(SEAL)



Ted Hong
Commission # GG031448
Expires: March 13, 2023
Bonded Thru Aaron Notary

NOTICE OF SALE
IN THE CIRCUIT COURT OF THE
TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY,
FLORIDA
Case No.: 2011-CA-004209 NC
72 PARTNERS, LLC,
Plaintiff, v.
CECIL DAUGHTREY JR., et. al.,
Defendants
Notice is hereby given pursuant to the
Final Judgment entered in the above
noted case, that Karen E. Rushing,
Clerk of the Circuit Court, will sell the
following property situated in Sarasota
County, Florida, described as:
    All that part of Section 1, Town-
ship 38 South, Range 22 East,
lying North of State Road 72, All
Section 2, Township 38 South,
Range 22 East, LESS right of
way for State Road 72, All Sec-
tion 11, Township 38 South,
Range 22 East, The North 1/2
and the West 1/4 of the South
1/2 of Section 14, Township 38
South, Range 22 East, All of
Section 15, Township 38 South,
Range 22 East, LESS railroad
right of way, The West 1/2 of
Section 16, Township 38 South,
Range 22 East, LESS a parcel
of land in Sections 2, 11, 14 and
15, lying within the following de-
scribed parcel:  Begin at the NW
corner of said Section 11; thence
South 01 degrees 59'53" West,
5340.95 feet to the SW corner of
said Section 11, thence North 88
degrees 22'46" West, 5377.94 feet
to the NW corner of said Section
15; thence South 02 degrees
00'10" West, 1320 feet; thence
South 88 degrees 22'46" East,
6698.08 feet; thence North 01
degrees 59'53" East, 7240.95 feet
to the South Right-of-Way line of
State Road 72; thence South 66
degrees 13'13" West, 1042.16 feet
along said South Right-of-Way
of State Road 72; thence along

said South Right-of-Way of State
Road 72, Southwesterly along a
curve to the right 400.45 feet to
the West line of said Section 2;
thence South 02 degrees 14'29"
West, 16.87 feet to the Point of
Beginning, LESS Oil and Min-
eral Right, all lying and being in
Sarasota County, Florida
LESS AND EXCEPT THE FOL-
LOWING:
A part of Section 1 and Section
2, Township 38 South, Range 22
East, Sarasota County, Florida
lying North of the North main-
tained right-of-way of State
Road No. 72 described as fol-
lows:  Begin at the Northwest
corner of said Section 1, for
POINT OF BEGINNING thence
S 89°24'17" E along the North
line of said Section 1, 90.00
feet; thence S 00°43'39" W and
parallel to the West line of said
Section 1, 640.90 feet; thence
N 89°24'17" W and parallel to
the North line of said Section 1,
90.00 feet to a point on the East
line of said Section 2; thence
N 89°24'07" W, 1680.43 feet;
thence S 00°43'39" W and paral-
lel to the East line of said Section
2, 2829.88 feet to a point on the
North maintained right-of-way
of said State Road No. 72; thence
along said North maintained
right-of-way the following two
courses:  thence S 64°41'55" W,
8.24 feet; thence S 64°51'18" W,
489.76 feet; thence N 00°43'39"
E and parallel to the East line
of said Section 2; 916.00 feet;
thence N 89°24'07" W, 1527.00
feet; thence N 00°43'39" E and
parallel to the East line of said
Section 2, 277.11 feet to a point
on the North line of said Section
2; thence S 89°24'07" E along
the North line of said Section 2,
3655.50 feet to the POINT OF
BEGINNING.

at public sale, to the highest and best
bidder for cash, via the internet at www.
sarasota.realforeclose.com, at 9:00 a.m.
on October 5, 2020. The highest bidder
shall immediately post with the Clerk,
a deposit equal to 5% of the final bid.
The deposit must be cash or cashier's
check payable to the Clerk of the Circuit
Court. Final payment must be made on
or before 4:00 p.m. of the date of the
sale by cash or cashier's check.
    IF YOU ARE A PERSON CLAIM-
ING A RIGHT TO FUNDS REMAIN-
ING AFTER THE SALE, YOU MUST
FILE A CLAIM WITH THE CLERK
NO LATER THAN 60 DAYS AFTER
THE SALE.  IF YOU FAIL TO FILE A
CLAIM, YOU WILL NOT BE ENTI-
TLED TO ANY REMAINING FUNDS.
AFTER 60 DAYS, ONLY THE OWN-
ER OF RECORD AS OF THE DATE
OF THE LIS PENDENS MAY CLAIM
THE SURPLUS.
    If you are a person with a disability
who needs any accommodation in or-
der to participate in this proceeding,
you are entitled, at no cost to you, to the
provision of certain assistance. Please
contact the Sarasota County Jury Of-
fice, P.O. Box 3079, Sarasota, Florida
34230-3079, (941)861-7400, at least
seven (7) days before your scheduled
court appearance, or immediately upon
receiving this notification if the time
before the scheduled appearance is less
than seven (7) days; if you are hearing
or voice impaired, call 711.Personal
Representative:
:/s/ Ryan L. Snyder
Ryan L. Snyder
Florida Bar No. 0010849
Attorney for Plaintiff
SNYDER LAW GROUP, P.A.
2025 Lakewood Ranch Blvd.,
Suite 102
Bradenton, FL 34211
Telephone: (941) 747-3456
Facsimile: (941) 747-6789
E-mail: ryan@snyderlawgroup.com
September 4, 11, 2020       20-01736S

## **EXHIBIT A**

**Homestead parcel with access issues from S.R. 72**
**Needs evidentiary hearing with survey expert work as no established**
**FDOT Right of Way at State Recorded**

**Professional Surveyor Affidavit on Parcels and Bankruptcy deeds.**



PDF Created with deskPDF PDF Creator X – Trial :: http://www.docudesk.com

# **AFFIDAVIT**

STATE OF FLORIDA

COUNTY OF LEE

BEFORE ME, the undersigned authority, personally appeared, ALEX S. ESBER, who was sworn and says, under penalty of perjury that the following allegations are true and correct and made on personal knowledge and that the Affiant is over the age of eighteen (18) and is competent to testify to the matters stated:

1.  Affiant's name is Alex S. Esber.

2.  Affiant's address is 3712 75th Drive East, Sarasota Florida 34243.

3.  Affiant is a Professional Surveyor and Mapper, State of Florida License No. 4349.

4.  Affiant has been a licensed professional surveyor and mapper in the State of Florida for over 34 years.

5.  Affiant's responsibilities include preparing, reviewing, tracing, and plotting legal descriptions, also ownerships and property rights in addition to preparing and certifying surveys of the same.

6.  Affiant was engaged by Cecil Daughtrey, Jr., to review the legal descriptions language attached to the mortgage as Exhibit "A," recorded in the official records of Sarasota County, Instrument # 2010072083, the same legal is also attached to "Subordination, Non-disturbance and Attornment Agreement" recorded in the official records of Sarasota County, Instrument # 2010072085; several legal descriptions attached to or included in Court Case 2011 CA 004209 NC; legal description from Sarasota County Property Appraiser Website, Parcel No. 1011-00-1030, reflecting an acreage of said parcel as 96 acres, relative to the property ownership of Cecil Daughtrey.

7.  Affiant certifies that he did review the legal description language attached to the mortgage as Exhibit "A," recorded in the official records of Sarasota County, Instrument # 2010072083; said legal also attached to "Subordination, Non-disturbance and Attornment Agreement" recorded in the official records

of Sarasota County, Instrument # 2010072085; several legal descriptions attached to or included in Court Case 2011 CA 004209 NC and, (a) said legal descriptions are defective; (b) said legal descriptions do not definitively describe the property of Cecil Daughtrey, Jr. and Patricia A. Daughtrey; (c) said legal description does not encompass the property of Cecil Daughtrey, Jr. and Patricia A. Daughtrey.

8.    Affiant also certifies that he did review the legal description language attached to Sarasota County Property Appraiser Website, Parcel No. 1011-00-1030, reflecting an acreage of said parcel as 96 acres and said legal description attached thereto does not properly describe the 160 acre parcel represented in United States Bankruptcy Court Case 9:13-BK-14831-FMD.


**FURTHER AFFIANT SAYETH NAUGHT.**

Date: _02/17/2021_

Alex S. Esber, PLS

**State of Florida**

**County of** _Sarasota_

Sworn to and subscribed before me this _17_ day of _February_ 2021, by Alex S. Esber, who did take an oath and who is personally known to me or he/she produced _FlDL E216-017 -_ for identification.
54 -2220

Cynthia Schindler
Signature of Notary Public

Cynthia Schindler
**Print, Type, or stamp Commissioned Name of Notary Public**



CYNTHIA SCHINDLER
Notary Public - State of Florida
Commission # GG 234181
My Comm. Expires Jul 1, 2022



ill Furst                    Info/Help

**Parcel Search**

By Shape        By Value

Features selected: 1

Account: 1011001030
Name: DAUGHTREY JR CECIL
Name 2:

20-bk-07973 Daught...        SARASOTA COUNT...

# 9438 Daughtry Rd Sidell, Arcadia, FL 34266

Auction Date: 06/22/20 · Status: **Canceled** · Land , 4,200,881 sqft of Land



Map data ©2020  Imagery ©2020  Maxar Technologies, U.S. Geo

| **Map** | Satellite |

   

# AMPS    AQUIFER MAINTENANCE AND PERFORMANCE SYSTEMS

7146 Haverhill Road • West Palm Beach, FL 33407 • 561-494-2844

November 22, 2021

To Whom it May Concern:

Re: CLOSER TO THE HEART

Over the past 13 years I have supervised & used downhole video units and water quality logging trucks in a variety of areas including Closer to the Heart. Based on the results obtained during our pull back zone testing, water quality is extremely good for both the area and depth, the pH values during zone testing ranged from 7.8 to 11

If you have any questions about the above information or if we may be of any further assistance please don't hesitate to call. Thank you.

Sincerely,

Jim Murray

Jim Murray
President

FOR YOUR TOTAL PUMP AND WELL FIELD NEEDS
PDF Created with deskPDF PDF Creator X - Trial :: http://www.docudesk.com



GILBERTI NORTHWESTERN WATER SUPPLY REGION
TAMPA - HILLSBOROUGH - PINELLAS - POLK
70 MILE 84-INCH TRANSMISSION ALONG I-75 & FPL EASEMENT
TO SERVING PORT AND HODLPOWER AND DESALINIZATION PLANT
150,000 NEW HOUSING AND RETAIL JOBS
40% INCREASE IN HOME EQUITY
$2 MILLION PER DAY TOWARD EDUCATION & HEALTHCARE
SUSTAINABILITY FACTOR = 45:1 INCREASE
TIME DURATION - 2 TO 5 YEARS

GILBERTI WATER COMPANY - 300 MILE ANTIOXIDANT SPRING PIPELINE
OVER 1,000,000 FLORIDA AND USA JOBS
40% AVERAGE INCREASE IN HOME EQUITY
$18 MILLION PER DAY TOWARD EDUCATION & HEALTHCARE
SUSTAINABILITY FACTOR = 45:1 INCREASE
TIME DURATION - 2 TO 5 YEARS

GILBERTI WESTERN WATER SUPPLY REGION
SARASOTA-MANATEE-CHARLOTTE-DESOTO
30 MILE 84-INCH TRANSMISSION ALONG I-75 & FPL EASEMENT
CONNECTING WITH PEACE RIVER MANASOTA AND OTHER WITHIN
50,000 NEW HOUSING AND RETAIL JOBS
40% INCREASE IN HOME EQUITY
$2 MILLION PER DAY TOWARD EDUCATION & HEALTHCARE
SUSTAINABILITY FACTOR = 35:1 INCREASE
TIME DURATION - WITHIN 1 YEAR

GILBERTI SOUTHWESTERN WATER SUPPLY REGION
NAPLES - COLLIER - LEE - FORT MYERS
70 MILE 84-INCH TRANSMISSION ALONG I-75 & FPL EASEMENT
CONNECTING TO INFRASTRUCTURE IN COUNTIES AND IOUA
150,000 NEW HOUSING AND RETAIL JOBS
40% INCREASE IN HOME EQUITY
$2 MILLION PER DAY TOWARD EDUCATION & HEALTHCARE
SUSTAINABILITY FACTOR = 45:1 INCREASE
TIME DURATION - 2 TO 5 YEARS

GILBERTI SOUTH FLORIDA WATER SUPPLY REGION
MIAMI DADE - BROWARD - PALM BEACH
150 MILE 84-INCH TRANSMISSION ALONG I-75 & FPL EASEMENT
CONNECTING TO INFRASTRUCTURE WITHIN CITIES AND COUNTIES
300,000 NEW HOUSING AND RETAIL JOBS
40% INCREASE IN HOME EQUITY
$7 MILLION PER DAY TOWARD EDUCATION & HEALTHCARE
SUSTAINABILITY FACTOR = 65:1 INCREASE
TIME DURATION - 2 TO 5 YEARS

GRAPHIC SCALE

S-2



**THIS INSTRUMENT PREPARED BY**
Joseph D. Gilberti, Jr., President
LandTech Design Group, Inc.
~~3148 Beaver Pond Trail~~ 385 Dewara Ave
~~Valrico, Florida 33596~~ Ft Myers, FL 33931
~~(813) 470-6000~~ 813-482-8512

**Property Appraisers Tax Folio Numbers:**
**1009-00-1000 and 1011-00-1010**



RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2014067954  3 PG(S)
June 10, 2014  12:11:17 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FL

Doc Stamp-Deed: $910.00

**WARRANTY DEED**

THIS INDENTURE, made this 26ᵗʰ day of July, A.D. 2013 between **Cecil Daughtrey, Jr.** joined by his spouse **Patricia Ann Daughtrey**, whose address is 9438 Daughtrey Road, Sidell, Florida 34266, grantor*, and **Joseph D. Gilberti, Jr.** whose address is 3148 Beaver Pond Trail, Valrico, Florida 33596, grantee*

*"Grantor" and "Grantee" are used for singular and plural, as context requires.

WITNESSETH that said grantor, for the consideration of the sum of Ten Dollars ($10.00) and other good and valuable considerations to said grantor I hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Sarasota County, Florida, to wit:

> *All that part of Section 1 lying North of State Road No. 72 and all that part of the East 1675.00 feet of Section 2 lying North of State Road No. 72 and the North 2068.04 feet of the West 924.27 feet of the East 2,599.27 feet of said Section 2, all in Township 38 South, Range 22 East, Sarasota County, Florida.*

> *Subject to reservations, restrictions and easements of record (360 +/- Acres)*

> TOGETHER WITH: All tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining, with all oil, gas and mineral rights held by grantor and by Predecessors in title.

> THE ABOVE-DESCRIBED REAL PROPERTY IS NOT THE HOMESTEAD OF
> THE GRANTOR

And the said grantor of the first part does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

**IN WITNESS WHEREOF,** grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

_Carl Musselwhite_
**Signature of first witness to both**

_Cecil E Daughtrey Jr._
**Cecil Daughtrey, Jr.**

_CARL MUSSELWHITE_
**Printed name of first witness**

_Jonathan Forman_
**Signature of second witness to both**

_Patricia A. Daughtrey_
**Patricia Ann Daughtrey**

_Jonathan Forman_
**Printed name of second witness**

**STATE OF FLORIDA**

**COUNTY OF DESOTO**

The foregoing instrument was acknowledged before me this _26th_ day of July, 2013, by **Cecil Daughtrey, Jr.** joined by his spouse **Patricia Ann Daughtrey**, husband and wife, who are each [X] personally known to me or who have each produced [ ] a Florida driver's license as identification, and who did/did not take an oath.

Sign _Bobbi Jo Forman_
**Notary Public, State of Florida**

_Bobbi Jo Forman_
**Print Notary Name**
**My Commission Expires:** _9/27/13_

_DD 907737_
**Commission Number**



## SKETCH AND DESCRIPTION

THAT PART OF SECTION 1, TOWNSHIP 38 SOUTH, RANGE 22 EAST, LYING NORTH OF STATE ROAD 72, CONTAINING 208.5 ACRES,

ALSO THAT PART OF THE EAST 1675 FEET OF SECTION 2, TOWNSHIP 38 SOUTH, RANGE 22 EAST, LYING NORTH OF STATE ROAD 72, AND THE NORTH 2068.04 FEET OF THE WEST 924.27 FEET OF THE EAST 2599.27 FEET OF SAID SECTION 2, TOWNSHIP 38, RANGE 22 EAST, CONTAINING 157 ACRES, MORE OR LESS.

### MANATEE COUNTY

SARASOTA COUNTY

DESOTO COUNTY

Gilberti Ranch

STATE ROAD 72

### CERTIFICATION

I HEREBY CERTIFY THAT THIS SKETCH OF DESCRIPTION TECHNICAL STANDARDS AS SET FORTH BY THE FLORIDA LAND SURVEYORS IN CHAPTER 61G17-6, FLORIDA ADMIN FURSUANT TO SECTION 472.027, FLORIDA STATUTES.

ESBER & ASSOCIATES, INC
CERTIFICATE OF AUTHORIZATION NO. LB 6654

BY: ALEX S ESBER
PROFESSIONAL SURVEYOR
FLORIDA CERTIFICATE #1949

### SURVEYORS NOTE

THIS DRAWING IS A GEOGRAPHIC SKETCH AND DOES NOT REPRESENT A FIELD SURVEY OF PARCEL DESCRIBED INFORMATION SHOWN HEREON WAS TAKEN FROM PUBLIC RECORDS

THE AREAS OF THE TRACTS SHOWN HEREON ARE AS TAKEN FROM INFORMATION FROM SARASOTA COUNTY GIS SITE AND HAVE NOT BEEN VERIFIED BY FIELD SURVEY

NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF A FLORIDA LICENSED SURVEYOR AND MAPPER

| PROPERTY NORTH OF SR 72, SECTIONS 1 & 2, TWP. 38 S., RNG. 22 E. | SKETCH AND DESCRIPTION | ESBER & ASSOCIATES |
|---|---|---|
| | Gilberti Ranch | Professional Surveyors |
| | 270014 | |
| | | 1370 Myakka Road · Sarasota, FL 34240 |
| | | (941)379-8831 · Fax (941)322-9038 |

EXHIBIT "A"



# A Sustainable Water Supply for South Florida

Revitalizing the Environment, Economy, & Health



Late Cretaceous impact craters (Santonian paleogeography).

B=Boltysh; C=Chicxulub; G=Gusev; K=Kara; L=Lappajärvi; M=Manson; SR=Steen River; U=Ust-Kara; W=Wetumpka



## GILBERTI KT HYPOTHESIS - ENDLESS CLEAN WATER, FOOD PROVIDES WORLD PEACE.

KT Event Impact kills Dinosaurs and tilts Florida Platforms giving access to Oceans Beneath the Earth 400miles below, hidden 40yrs for Cancer Profits & Natural Resource Wars.





- Eliminate Sea Water Intrusion on Water Supply replacing Tap with Spring Water Pipeline – Port Export of Medicine Water pays US Health, Soc Security & Education!
- Reduce Local Withdrawal from Constrained Upper Aquifer & End Florida Water Wars
- Reduce Toxic Waste Disposal in Lower Local Aquifer
- Reduce Carbon Footprint and Mitigate Climate Change & Sea Level Rise
- Make Funds Available for Environmental Conservation, Preservation and Remediation

# Environmental Benefits





- Reestablish Real Estate Values with Alkaline Cancer preventing homes!
- Permit Increased Production
- Create Housing & Science Jobs
- Reduce Energy & Water Costs
- Reduce Future Capital Costs

# Economic Benefits

- Magnesium sulfate helps prevent eclampsia
- Magnesium sulfate decreases maternal mortality.
- Magnesium sulfate has been demonstrated to prevent preterm labors
- High-calcium water is beneficial to bone density
- Calcium & Magnesium improves digestive health
- Calcium & Magnesium reduces gastric, esophageal & ovarian cancer
- Calcium & Magnesium reduce heart disease
- High pH reduces cancer
- "Many renowned scientists have considered hard water as a boon as it has some fantastic health benefits that seem to encourage longer life expectancy and improved health." (Int J Prev Med. Aug 2013; 4(8): 866–875. PMCID: PMC3775162, **Potential Health Impacts of Hard Water,** Pallav Sengupta)

# Health Benefits




Gilberti's Engineer Tech Rob Stampe Doing Business with Gov Scott in 2013.

Rothschild World Bank owns United States Federal Reserve and worth $500 Trillion is willing to pay down entire FEDERAL DEBT in 1-Day if America allows them to fund BLUE GOLD PIPELINES & help PROTECT Israel and other Nations around the World with Gilberti Blue Gold Science to locate more access points for World Peace!

# ROTHSCHILD WORLD BANK HELPS AMERICA GROW

**Report #:** 11712156

## ETR Environmental Testing & Research Laboratories

**Date :** 11/7/2012

**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water

**Client:** Cecil Daughtrey Jr.

**Sample Location** 9438 Daughtrey Rd
Sidell FL 34266

**Phone** (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| **General Bacteria** | | | |
| Total Coliform | Absent | Animal or Vegetational Bacteria | 0 |
| Fecal/E. Coli | Absent | Animal Bacteria | 0 |
| **MicroAnalysis** | | | |
| MicroAnalysis | See Attached | | |
| **General Chemistry** | | | |
| Sodium | 74.05 mg/L | 20.0 mg/L is Mass. DEP Guideline | 250.0 mg/L |
| Potassium | 4.11 mg/L | A Component of Salt | No Limit |
| Copper | Not Detected | Indicates Plumbing Corrosion | 1.30 mg/L |
| Iron | 0.64 mg/L | Brown Stains, Bitter Taste | 0.30 mg/L |
| Manganese | Not Detected | May Cause Laundry Staining | 0.05 mg/L |
| Magnesium | 71.90 mg/L | A Component of Hardness | No Limit |
| Calcium | 118.20 mg/L | A Component of Hardness | No Limit |
| Arsenic | Not Detected | A Toxic Metal | 0.010 mg/L |
| Lead | Not Detected | A Toxic Metal | 0.015 mg/L |
| Zinc | Not Detected | A Toxic Metal | 5.0 mg/L |
| pH | 7.49 SU | Acid/Basic Determination | 6.5 - 8.5 SU |
| Turbidity | 0.49 N.T.U. | Presence of Particles | No Limit |
| Color | Not Detected | Clarity (0), Discoloration (15) | 15.0 C.U. |
| Odor | Not Detected | Odor due to Contamination | 3.0 T.O.N. |
| Conductivity | 1771.0 umhos | Electrical Resistance (umhos/cm) | No Limit |
| T.D.S. | 1,062.6 mg/L | Total Dissolved Minerals Present | 500.0 mg/L |
| Sediment | Absent | Undissolved Solids | Present |
| Alkalinity | 170.0 mg/L | Ability to Neutralize acid | No Limit |
| Chlorine | Not Detected | A Disinfectant | 4.0 mg/L |
| Chloride | 206.13 mg/L | A component of salt | 250.0 mg/L |
| Hardness | 591.2 mg/L | 0 - 75 is considered soft | No Limit |
| Nitrate as Nitrogen | 0.29 mg/L | Indicator of Biological Waste | 10.0 mg/L |
| Nitrite as Nitrogen | Not Detected | Indicator of Waste | 1.0 mg/L |
| Ammonia as Nitrogen | 0.497 mg/L | Indicator of Waste | No Limit |
| Sulfate | 851.40 mg/L | A Mineral, Can Cause Odor | 250.0 mg/L |
| **Radiochemistry** | | | |
| Radon in Water | Not Detected | Massachusetts D.E.P. Guideline | 10,000 pCi/L |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested.
Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

**Report #:** 11712156

## ETR Environmental Testing & Research Laboratories

**Date:** 11/7/2012

**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water

**Client:** Cecil Daughtrey Jr.

**Sample Location** 9438 Daughtrey Rd
Sidell  FL 34266

**Phone** (813) 470-6000

This sample taken by Joe Gilberti, P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | Public Drinking Water EPA Limits |
|---|---|---|

### Organic Analysis

| | Results | EPA Limits |
|---|---|---|
| Benzene | Not Detected | 5.0 ug/L |
| Bromobenzene | Not Detected | No Limit |
| Bromochloromethane | Not Detected | No Limit |
| Bromodichloromethane | Not Detected | No Limit |
| Bromoform | Not Detected | No Limit |
| Bromomethane | Not Detected | No Limit |
| n-Butylbenzene | Not Detected | No Limit |
| sec-Butylbenzene | Not Detected | No Limit |
| tert-Butylbenzene | Not Detected | No Limit |
| Carbon-Tetrachloride | Not Detected | 5.0 ug/L |
| Chlorodibromomethane | Not Detected | No Limit |
| Chloroethane | Not Detected | No Limit |
| Chloroform | Not Detected | No Limit |
| Chloromethane | Not Detected | No Limit |
| 1,2-Chlorotoluene | Not Detected | No Limit |
| 1,4-Chlorotoluene | Not Detected | No Limit |
| 1,2-Dibromo-3-chloropropane | Not Detected | No Limit |
| Dibromomethane | Not Detected | No Limit |
| 1,2-Dibromomethane | Not Detected | No Limit |
| 1,3-Dichlorobenzene | Not Detected | No Limit |
| 1,2-Dichlorobenzene | Not Detected | 600.0 ug/L |
| 1,4-Dichlorobenzene | Not Detected | 5.0 ug/L |
| Dichlorodifluoromethane | Not Detected | No Limit |
| 1,1-Dichloroethane | Not Detected | No Limit |
| 1,2-Dichloroethane | Not Detected | 5.0 ug/L |
| 1,1-Dichloroethylene | Not Detected | 7.0 ug/L |
| cis-1,2-Dichloroethene | Not Detected | 70.0 ug/L |
| trans-1,2-dichloroethene | Not Detected | 100.0 ug/L |
| 1,2-Dichloropropane | Not Detected | 5.0 ug/L |
| 1,3-Dichloropropane | Not Detected | No Limit |
| 2,2-Dichloropropane | Not Detected | No Limit |
| 1,1-Dichloropropene | Not Detected | No Limit |
| 1,3-Dichloropropene | Not Detected | No Limit |
| trans-1,3-Dichloropropene | Not Detected | No Limit |
| Ethylbenzene | Not Detected | 700.0 ug/L |
| Fluorotrichloromethane | Not Detected | No Limit |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

**ETR** **Environmental Testing & Research**
**Laboratories**

**Report #:** 11712156

**Date :** 11/7/2012

**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water

**Client:** Cecil Daughtrey Jr.

**Sample Location** 9438 Daughtrey Rd
Sidell FL 34266

**Phone** (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| Hexachlorobutadiene | Not Detected | | No Limit |
| Isopropylbenzene | Not Detected | | No Limit |
| Methyl-t-Butyl Ether (MTBE) | Not Detected | Massachusetts DEP Limit | 70.0 ug/L |
| p-Isopropyltoluene | Not Detected | | No Limit |
| Methylene Chloride | Not Detected | | 5.0 ug/L |
| Monochlorobenzene | Not Detected | | 100.0 ug/L |
| Napthalene | Not Detected | | No Limit |
| n-Propylbenzene | Not Detected | | No Limit |
| Styrene | Not Detected | | 100.0 ug/L |
| 1,1,1,2-Tetrachloroethane | Not Detected | | No Limit |
| 1,1,2,2-Tetrachloroethane | Not Detected | | No Limit |
| Tetrachloroethylene | Not Detected | | 5.0 ug/L |
| Toluene | Not Detected | | 1000.0 ug/L |
| 1,2,3-Trichlorobenzene | Not Detected | | No Limit |
| 1,2,4-Trichlorobenzene | Not Detected | | 70.0 ug/L |
| 1,1,1-Trichloroethane | Not Detected | | 200.0 ug/L |
| 1,1,2-Trichloroethane | Not Detected | | 5.0 ug/L |
| Trichloroethylene | Not Detected | | 5.0 ug/L |
| 1,2,3-Trichloropropane | Not Detected | | No Limit |
| 1,2,4-Trimethylbenzene | Not Detected | | No Limit |
| 1,3,5-Trimethylbenzene | Not Detected | | No Limit |
| Vinyl Chloride | Not Detected | | 2.0 ug/L |
| o-Xylene | Not Detected | | T. Xylenes 10K ug/ |
| m+p Xylenes | Not Detected | | T. Xylenes 10K ug/ |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested.
Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

**Exhibit ID**

**Sarasota Judge Attack on Engineer Joe Gilberti PE that is still Ongoing to Hide U.S. Spring Water to the Tap and Global Water Knowledge for the Middle East that Ends all Wars and Hunger in Days**

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## IN AND FOR SARASOTA COUNTY, FLORIDA

STATE OF FLORIDA,
Plaintiff,

CASE NO.:   21-CF-7559

V.

JOSEPH D GILBERTI JR,
Defendant.
_____/

### MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR NEW TRIAL

COMES NOW, the Defendant, JOSEPH GILBERTI, by and through his undersigned attorney, DANIEL M. HERNANDEZ, and files this Memorandum in Support of Defendant's Motion for New Trial, and alleges as follows:

1. The Court should have granted the Defendant's request for a continuance on the morning of trial. The Defendant wanted to retain a lawyer for trial but needed additional time. The Defendant is intelligent and extremely knowledgeable of the facts of the case but is not trained on how to efficiently present it to a jury abiding by the rules of evidence and procedure. Standby counsel was not the Defendant's choice and was not ready for trial regardless because the Defendant had not prepared with her. Moreover, the Defendant was not given a choice of a continuance with his standby counsel. It was an abuse of discretion for this Honorable Court to force the Defendant to trial. He needed more time to either retain counsel or, at the very least, to more effectively present his own defense. Please see page 148 of the trial Transcript.

2. The Court committed error by not allowing the Defendant to give an Opening Statement before any evidence was presented because he told the Court he was reserving it.

The Opening Statement is an extremely important part of a case. This is the

first opportunity for a litigant to present their case as a cohesive whole. It is a golden chance to present the theory of the case, build rapport with the jurors and alert jurors there are two sides to the case. *Brooks v. State*, 175 So 3d 204 (Fla. 2015); *Occhicone v. State*, 570 So 2d 902 (Fla. 1990).

The Defendant, proceeding pro se, was thinking he could make his Opening Statement immediately after the State finished their Opening Statement. Despite not understanding what "reserving" meant, he asserted his intention before the State called any witness to testify. Clearly, there was no prejudice to the State in permitting the Defendant proceed with his Opening Statement.

It was an abuse of discretion for the Court to deny the defendant giving an Opening Statement. He was prohibited from telling the jury what his defense was. The error was not cured by the Defendant's Closing Argument because by that time the jury had been exposed to only one overriding explanation. He never was able to set the groundwork for his defense. Please see pages 183 and 187 of the Trial Transcript.

3. The Court committed error by ruling Defendant exhibits were inadmissible.

The Defendant attempted to introduce exhibits (documents) related to his pending civil lawsuits. Criminal intent was the ultimate issue not whether the Defendant has valid civil claims. However, the exhibit related to the Defendants civil claims were part of his explanation why he was operating in good faith, and therefore, had no criminal intent. Consequently, the exhibits were relevant and should have been admitted as evidence. Please see pages 133 and 227 of the Trial Transcript.

4. The Court should have granted the Defendant's Motion to Recuse.

The Defendant filed a lawsuit against the Court in federal Court well before the trial date. A Petition for Writ of Prohibition regarding the Defendant's Motion to Disqualify the Court (because the Court is a witness) was pending. Even if the

Defendant missed a procedural step in processing his motion, the Court had an identifiable conflict of interest warranting recusal. Please see page 128 of the Trial transcript.

5. The Court should have granted the Defendant's Motion for Change of Venue. The Defendant argued a variety of reasons why a change of venue was crucial for him to receive a far trial. He submitted there was too much organized fraud in t he Sarasota area, the Court was part of the fraud transfer and biased toward the State and allegations had been made against county commissioners, judges and other officials in the area. With all these factors (including publicity and litigation in the area), a change of venue was necessary. Please see pg. 136 of the trial transcript.

6. The Defendant alleges each ground presented merits a new trial. However, the cumulative effect of the Court's adverse rulings against the Defendant in the above plainly shows the Defendant was denied a fair trial and requests a new trial.


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via electronic submission to the Office of the State Attorney on this 17th day of September 2024.

Respectfully Submitted,

/s/ Daniel M. Hernandez
DANIEL M. HERNANDEZ, ESQ.
DANIEL M. HERNANDEZ, PA
P.O. BOX 173165
Tampa, Florida 33672
info@danielmhernandezpa.com
Florida Bar # 229733
Attorney for the Defendant

Case 2:24-cv-00123-BSM Document 2 Filed 02/06/25 Page 145 of 150
USDC IN/ND case 3:24-cv-00899-CCB-SJF document 1-5 filed 11/04/24 page 27 of
Filing # 207362289 E-Filed 09/20/2024 01:58:11 PM

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## IN AND FOR SARASOTA COUNTY, FLORIDA

STATE OF FLORIDA,                           CASE NO.:    21-CF-7559
Plaintiff,

V.

JOSEPH D GILBERTI JR,
Defendant.

_____/

## ADDENDUM TO DEFENDANT'S MEMORANDUM IN SUPPORT OF HIS MOTION
## FOR NEW TRIAL.

COMES NOW, the Defendant, JOSEPH GILBERTI, and files this his Addendum to his

Memorandum in Support of his Motion for New Trial and alleges:

1. It should be noted that the State filed an Amended Information the morning of

   Trial on March 5, 2024, further confusing the Defendant who was proceeding pro

   se. Although pro se litigants are not immune from rules of court or rules of

   procedure, they should be granted leniency and substantial leeway in litigation.

   Fernandez v. Barry University, Inc., 973 So. 2d 1240 (Fla. 3rd DCA 2008; Stokes

   v. Fla. Dept. of Corr., 948 So.2d 75 (Fla. 1st DCA 2007); Mankowski v. Dept. of

   Revenue ex rel. Evans, 24 So.3d 714 (Fla. 4th DCA 2009).

2. Applying the reasonableness test as defined in Canakaris v. Canakaris, 382 So2d

   1197 (Fla. 1980), there was clear abuse of discretion by this Honorable Court. It is

   sometimes frustrating to a Court when a Defendant, with no legal training,

   exercise his or her right of self-representation. In this case, the Defendant did his

   best despite making some mistakes, all of which were understandable under the

   circumstances he faced. It is respectfully suggested that the grounds stated in the

   Memorandum and this Addendum, especially their cumulative effect, warrant a

   new trial.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via electronic submission to the Office of the State Attorney on this 20th day of September 2024.

Respectfully Submitted,

/s/ Daniel M. Hernandez
DANIEL M. HERNANDEZ, ESQ.
DANIEL M. HERNANDEZ, PA
P.O. BOX 173165
Tampa, Florida 33672
info@danielmhernandezpa.com
Florida Bar # 229733
Attorney for the Defendant

Case 4:25-cv-00123-BSM Document 2 Filed 02/10/25 Page 175 of 178
USDC IN/ND case 3:24-cv-00899-CCB-SJF document 1-5 filed 11/04/24 page 29 of
Filing # 20971 7556 E-Filed 10/28/2024 02:15:52 PM

### IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
### IN AND FOR SARASOTA COUNTY, FLORIDA

STATE OF FLORIDA,                                              CASE NO.:    21-CF-7559
Plaintiff,

V.

JOSEPH D GILBERTI JR,
Defendant.
_____/

## ADDENDUM TO DEFENDANT'S MEMORANDUM TO HIS MOTION FOR NEW
## TRIAL.

COMES NOW, the Defendant, JOSEPH GILBERTI, by and through his undersigned
attorney, and hereby files this Addendum to his Memorandum to his Motion for New Trial and
alleges:

1. The Defendant incorporates by reference all allegations and arguments submitted in
   his Memorandum in Support of his Motion for new trial.

2. An additional reason for the Defendant requesting a continuance of the trial was that
   on the morning of the trial, he was provided new discovery regarding Det. Wyche,
   Thomas Howze and Ed Morrell.

3. This new discovery rendered the Defendant unprepared to proceed.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via electronic
submission to the Office of the State Attorney on this 28th day of October 2024.

Respectfully Submitted,
/s/ Daniel M. Hernandez
DANIEL M. HERNANDEZ, ESQ.
DANIEL M. HERNANDEZ, P.A.
P.O. Box 173165
Tampa, Florida 33672
info@danielmhernandezpa.com
Attorney for the Defendant



REGORY W. COLEMAN
HAIR

ON. MICHELLE T. MORLEY
CE-CHAIR

**STATE OF FLORIDA**
**JUDICIAL QUALIFICATIONS COMMISSION**
POST OFFICE BOX 14106
TALLAHASSEE, FLORIDA 32317
(850) 488-1581

BLAN L. TEAGLE
EXECUTIVE DIRECTOR

ALEXANDER J. WILLIAMS
GENERAL COUNSEL

HUGH R. BROWN
ASSISTANT GENERAL COUNSEL

September 6, 2024

Joseph D. Gilberti, P.E.
385 Donora Blvd
Ft. Myers, Fl 33931

        **Re:   Docket No. 24-777; Padar**

Dear Mr. Gilberti:

        The Commission has received your complaint. The Investigative Panel of the Commission meets approximately every six weeks. The Panel will evaluate your complaint to determine whether your concerns fall within the Commission's jurisdiction, and if so, whether they merit further review.

        Thank you for bringing this matter to the Commission's attention.

                        Sincerely,

                        Blan L. Teagle, J.D.
                        Executive Director

BLT/mc

*Inquiries by the Commission are confidential*

MIS TRIAL Judge Donna Marie Padar ... Enginer of Kbuts Joe Gillan to Block and Hide An Abundant Amount Spring Water with no contaminates or water shortages from All of America and children. This Judge NEEDS To Be ARRESTED For ORganized Fraud and Racketeering.





POSTAGE REQUIRED

UNITED STATES
POSTAL SERVICE.          Retail

**P**  US POSTAGE PAID
**$10.10**    Origin: 33931
02/04/25
1130600440-03

PRIORITY MAIL®

1 Lb 8.80 Oz
RDC 03

EXPECTED DELIVERY DAY: 02/07/25

C041

SHIP
TO:
STE A149
600 W CAPITOL AVE
LITTLE ROCK AR 72201-3399

USPS TRACKING® #

9505 5139 3983 5035 1571 18

PS00001000014    OD: 12 1/2 x 9 1/2    POUCH

FROM: Joe Gilberti PE
Landtech Design Group Inc.
385 Donora Blvd
Fort Myers Beach, FL 33931

TO:
U.S. District Court
Eastern District of Arkansas
600 W Capitol Ave, Rm A149
Little Rock, AR 72201