IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH D. GILBERTI, JR.**                                        **PLAINTIFF**

**v.**                  **CASE NO. 4:25-CV-00123-BSM**

**WILLIAM JEFFERSON CLINTON,** *et al.*                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE